UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CHAPTER 7
:
MICHAEL J. BLYDENSTEIN, : Case No. 18-71767-PMB
:
:
Debtor. :

STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

The Debtor submits pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor:      Michael J. Blydenstein
2. Employer:  10 Apart Hospitality, LLC
   Dates of Pay Advices: 10/31/2018, 11/7/2018, 11/14/2018, 11/28/2018 11/21/2018, 11/28/2018, 12/5/2018, 12/12/2018, 12/19/2018, 12/26/2018

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of Petition because:
   __ The Debtor was not employed.
   __ Debtor's source of income was from Social Security and/or unemployment
   __ Debtor was self-employed.

1. Debtor:      Michael J. Blydenstein
2. Employer:   Sur La Table, Inc.
   Dates of Pay Advices:  11/18/2018, 12/2/2018, 12/16/2018, 12/30/2018

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:
   __ The Debtor was not employed.
   __ Debtor's source of income was from Social Security.
   __ Debtor was self-employed.

| _/s/ G. Frank Nason, IV_        _1/28/2019_ | _/s/ Michael J. Blydenstein  1/28/19_ |
|---|---|
| Signature of Attorney            Date | Signature of Debtor              Date |

| _G. Frank Nason, IV  Georgia Bar No. 535160_ | |
|---|---|
| Name of Attorney | Signature of Joint Debtor (if any)     Date |

519910

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period  **12/10/2018**
to  **12/16/2018**
with a pay date of  **Dec 26, 2018**

**EMPLOYEE AND TAX INFO**          Paycor   EEID

**OTHER INFO**          Direct Deposit #   1002500175

Employee #  1004          FITWH   BLOCKED
Department #  60100          GA   BLOCKED
SSN:  ***-**-1088

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 769.23 | | 45,528.86 | Dent | | 8.85 | FITWH | | 3,064.82 |
| Person | | | 192.30 | | 384.60 | H125 | | 287.28 | MED | | 310.21 |
| Retro | | | | | 178.80 | | | | SOC | | 1,326.45 |
| | | | | | | | | | GA | | 1,145.31 |
| **NET** 961.53 | TOTALS | | 961.53 | | 46,092.26 | | | 296.13 | | | 5,846.79 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002500175
Date   12/26/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT  $961.53
TO ACCOUNT #   XXXX4630
BANK #   XXXXX0120

Pay to the
Order of

MERC          60100   **DD**
**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period **12/03/2018**
to **12/09/2018**
with a pay date of **Dec 19, 2018**

**EMPLOYEE AND TAX INFO**      Paycor  EEID

**OTHER INFO**      Direct Deposit #   1002443764

Employee #   1004
Department #  60100
SSN:  ***-**-1088

FITWH      BLOCKED
GA         BLOCKED

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary |  |  | 769.23 |  | 44,759.63 | Dent |  | 8.85 | FITWH |  | 3,064.82 |
| Person |  |  | 192.30 |  | 192.30 | H125 |  | 287.28 | MED |  | 310.21 |
| Retro |  |  |  |  | 178.80 |  |  |  | SOC |  | 1,326.45 |
|  |  |  |  |  |  |  |  |  | GA |  | 1,145.31 |

**NET** 961.53    TOTALS    961.53    45,130.73       296.13       5,846.79

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002443764
Date     12/19/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **      VOID ** VOID **

DIRECT DEPOSIT  $961.53
TO ACCOUNT #    XXXX4630
BANK #          XXXXX0120

Pay to the
Order of

MERC                60100   **DD**
**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period  **11/26/2018**
to  **12/02/2018**
with a pay date of  **Dec 12, 2018**

**EMPLOYEE AND TAX INFO**    *Paycor*  EEID ███████

Employee #  1004
Department #  60100
SSN:  ***-**-1088

FITWH    BLOCKED
GA       BLOCKED

**OTHER INFO**    Direct Deposit #    1002390854

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary |  |  | 769.23 |  | 43,990.40 | Dent |  | 8.85 | FITWH |  | 3,064.82 |
| Retro |  |  |  |  | 178.80 | H125 |  | 287.28 | MED |  | 310.21 |
|  |  |  |  |  |  |  |  |  | SOC |  | 1,326.45 |
|  |  |  |  |  |  |  |  |  | GA |  | 1,145.31 |
| **NET** 769.23 | TOTALS |  | 769.23 |  | 44,169.20 |  |  | 296.13 |  |  | 5,846.79 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002390854
Date    12/12/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT  $769.23
TO ACCOUNT #    XXXX4630
BANK #          XXXXX0120

Pay to the
Order of

MERC                              60100    **DD**
**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period   **11/19/2018**
to   **11/25/2018**
with a pay date of   **Dec 5, 2018**

**EMPLOYEE AND TAX INFO**     *Paycor*  *EEID*

**OTHER INFO**     *Direct Deposit #*   **1002344676**

Employee #   1004
Department #   60100
SSN:   ***-**-1088

FITWH     BLOCKED
GA        BLOCKED

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 769.23 | | 43,221.17 | Dent | | 8.85 | FITWH | | 3,064.82 |
| Retro | | | | | 178.80 | H125 | | 287.28 | MED | | 310.21 |
| | | | | | | | | | SOC | | 1,326.45 |
| | | | | | | | | | GA | | 1,145.31 |

**NET** 769.23   TOTALS   769.23   43,399.97   296.13   5,846.79

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002344676
Date   12/05/2018

Pay this Amount

** N O N - N E G O T I A B L E **  D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT  $769.23
TO ACCOUNT #    XXXX4630
BANK #          XXXXX0120

Pay to the
Order of

MERC                                    60100   **DD**
**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period **11/12/2018**
to **11/18/2018**
with a pay date of **Nov 28, 2018**

**EMPLOYEE AND TAX INFO**   *Paycor  EEID*   **OTHER INFO**   *Direct Deposit #*   1002294843

Employee #  1004
Department #  60100
SSN:  ***-**-1088

FITWH   BLOCKED
GA      BLOCKED

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary |  |  | 769.23 |  | 42,451.94 | Dent |  | 8.85 | FITWH |  | 3,064.82 |
| Retro |  |  |  |  | 178.80 | H125 |  | 287.28 | MED |  | 310.21 |
|  |  |  |  |  |  |  |  |  | SOC |  | 1,326.45 |
|  |  |  |  |  |  |  |  |  | GA |  | 1,145.31 |
| **NET** 769.23 | TOTALS |  | 769.23 |  | 42,630.74 |  |  | 296.13 |  |  | 5,846.79 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002294843
Date   11/28/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT  $769.23
TO ACCOUNT #   XXXX4630
BANK #         XXXXX0120

Pay to the
Order of

MERC                            60100   **DD**
**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



MICHAEL J BLYDENSTEIN
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period **11/05/2018**
to **11/11/2018**
with a pay date of **Nov 21, 2018**

### EMPLOYEE AND TAX INFO          Paycor EEID

| | |
|---|---|
| Employee # 1004 | FITWH    BLOCKED |
| Department # 60100 | GA    BLOCKED |
| SSN: ***-**-1088 | |

### OTHER INFO          Direct Deposit # 1002252024

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 769.23 | | 41,682.71 | Dent | | 8.85 | FITWH | | 3,064.82 |
| Retro | | | | | 178.80 | H125 | | 287.28 | MED | | 310.21 |
| | | | | | | | | | SOC | | 1,326.45 |
| | | | | | | | | | GA | | 1,145.31 |
| **NET** 769.23 | TOTALS | | 769.23 | | 41,861.51 | | | 296.13 | | | 5,846.79 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002252024
Date    11/21/2018

Pay this Amount

**\*\* NON-NEGOTIABLE \*\* DIRECT DEPOSIT RECEIPT \*\***    VOID \*\* VOID \*\*

DIRECT DEPOSIT  $769.23
TO ACCOUNT #    XXXX4630
BANK #    XXXXX0120

Pay to the Order of    MERC    60100    DD
MICHAEL J BLYDENSTEIN
215 MITCHELL STREET 9
ATLANTA GA 30303

NON-NEGOTIABLE

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**MICHAEL J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period **10/29/2018**
to **11/04/2018**
with a pay date of **Nov 14, 2018**

**EMPLOYEE AND TAX INFO**    Paycor *EEID*

**OTHER INFO**    Direct Deposit #    1002207798

Employee #  1004
Department # 60100
SSN: ***-**-1088

FITWH    BLOCKED
GA       BLOCKED

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary |  |  | 769.23 |  | 40,913.48 | Dent |  | 8.85 | FITWH |  | 3,064.82 |
| Retro |  |  |  |  | 178.80 | H125 |  | 287.28 | MED |  | 310.21 |
|  |  |  |  |  |  |  |  |  | SOC |  | 1,326.45 |
|  |  |  |  |  |  |  |  |  | GA |  | 1,145.31 |

**NET** 769.23    TOTALS    769.23    41,092.28    296.13    5,846.79

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002207798
Date    11/14/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT $769.23
TO ACCOUNT #    XXXX4630
BANK #          XXXXX0120

Pay to the
Order of

MERC                      60100    DD
**MICHAEL J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period   **10/22/2018**
to   **10/28/2018**
with a pay date of   **Nov 7, 2018**

**EMPLOYEE AND TAX INFO**    *Paycor*  EEID  ▇▇▇▇▇▇▇▇▇

Employee #  1004
Department #  60100
SSN:  ***-**-1088

FITWH   BLOCKED
GA      BLOCKED

**OTHER INFO**    Direct Deposit #   1002168492

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 769.23 | | 40,144.25 | Dent | | 8.85 | FITWH | | 3,064.82 |
| Retro | | | | | 178.80 | H125 | | 287.28 | MED | | 310.21 |
| | | | | | | | | | SOC | | 1,326.45 |
| | | | | | | | | | GA | | 1,145.31 |
| **NET** 769.23 | TOTALS | | 769.23 | | 40,323.05 | | | 296.13 | | | 5,846.79 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002168492
Date   11/07/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT $769.23
TO ACCOUNT #   XXXX4630
BANK #         XXXXX0120

Pay to the
Order of

MERC                         60100     **DD**
**MICHAEL  J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

N O N - N E G O T I A B L E

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307



**MICHAEL J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

Check stub for the period **10/15/2018**
to **10/21/2018**
with a pay date of **Oct 31, 2018**

**EMPLOYEE AND TAX INFO**   Paycor EEID

**OTHER INFO**   Direct Deposit #  1002121457

Employee #  1004
Department # 60100
SSN: ***-**-1088

FITWH   BLOCKED
GA      BLOCKED

| WEEKLY | RATE | HR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 769.23 | | 39,375.02 | Dent | | 8.85 | FITWH | | 3,064.82 |
| Retro | | | | | 178.80 | H125 | | 287.28 | MED | | 310.21 |
| | | | | | | | | | SOC | | 1,326.45 |
| | | | | | | | | | GA | | 1,145.31 |

**NET** 769.23   TOTALS   769.23   39,553.82   296.13   5,846.79

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

---

**10 APART HOSPITALITY LLC**
24 LESLIE ST NE
ATLANTA GA 30307

Direct Deposit # 1002121457
Date  10/31/2018

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

DIRECT DEPOSIT  $769.23
TO ACCOUNT #    XXXX4630
BANK #          XXXXX0120

Pay to the Order of

MERC                          60100   **DD**
**MICHAEL J BLYDENSTEIN**
215 MITCHELL STREET 9
ATLANTA GA 30303

N O N - N E G O T I A B L E

000779-000779

# Earnings Statement

CO            FILE #
ZNP           000054539
LOC           DEPT
109           CUL

Sur La Table, Inc.
6100 4th Avenue South #500
Seattle, WA 98108
206-613-6000

Page 001 of 001
Period Beg/End:   12/30/2018 - 01/12/2019
Check Date:       01/18/2019
Check Number:     0054475630
Batch Number:     CJOYR9000030

Fed Marital Status: Single
Exemptions/Allowances
  Federal: 0
  Work In GA: 0

Mike Blydenstein
215 Mitchell Street #9
Atlanta, GA 30303

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| OT - Base | 15.00 | 7.17 | $107.55 | $107.55 |
| OT - Prem | 7.50 | 7.17 | $53.78 | $53.78 |
| Regular | 15.00 | 34.45 | $516.75 | $1,329.30 |
| SPIFF | | | | $50.00 |
| GROSS PAY | | | $678.08 | $1,540.63 |

Net Pay: $547.66   $1,229.80

Your federal taxable wages this period are $678.08
Your GA taxable wages this period are $678.08

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| TOTAL EE Deds | $0.00 | $0.00 |

* Excluded from federal taxable wages

| Tax Deduction | Cur Tax Amt | YTD Tax Amt |
|---|---|---|
| Employee Medicar | $9.83 | $22.34 |
| Federal Income T | $56.37 | $139.88 |
| GA State Income | $22.18 | $53.09 |
| Social Security | $42.04 | $95.52 |
| TOTAL Taxes | $130.42 | $310.83 |

# Earnings Statement

```
CO      FILE #
ZNP     000054539
LOC     DEPT
109     CUL

Sur La Table, Inc.
6100 4th Avenue South #500
Seattle, WA 98108
206-613-6000
```

000783-000783

Period Beg/End:   12/16/2018 - 12/29/2018
Check Date:       01/04/2019
Check Number:     0054330662
Batch Number:     CIX1NQ000030

Page 001 of 001

Mike Blydenstein
215 Mitchell Street #9
Atlanta, GA 30303

Fed Marital Status: Single
Exemptions/Allowances
  Federal: 0
  Work In GA: 0

| Earnings | Rate  | Hours | This Period | Year-to-Date |
|----------|-------|-------|-------------|--------------|
| Regular  | 15.00 | 54.17 | $812.55     | $812.55      |
| SPIFF    |       |       | $50.00      | $50.00       |
| GROSS PAY |      |       | $862.55     | $862.55      |
| Net Pay  |       |       | $682.14     | $682.14      |

Your federal taxable wages this period are $862.55
Your GA taxable wages this period are $862.55

| Other Benefits and Information | This Period | Year-to-Date |
|--------------------------------|-------------|--------------|
| TOTAL EE Deds                  | $0.00       | $0.00        |

* Excluded from federal taxable wages

| Tax Deduction      | Cur Tax Amt | YTD Tax Amt |
|--------------------|-------------|-------------|
| Employee Medicar   | $12.51      | $12.51      |
| Federal Income T   | $83.51      | $83.51      |
| GA State Income    | $30.91      | $30.91      |
| Social Security    | $53.48      | $53.48      |
| TOTAL Taxes        | $180.41     | $180.41     |

◄ TEAR HERE    ©1998, 2006. ADP, LLC   All Rights Reserved.

# Earnings Statement

```
CO           FILE #
ZNP          00005453 9
LOC          DEPT
109          CUL
Sur La Table, Inc.
6100 4th Avenue South #500
Seattle, WA 98108
206-613-6000
```

Period Beg/End:   12/02/2018 - 12/15/2018
Check Date:       12/21/2018
Check Number:     005420929 4
Batch Number:     Ci8WQH00003 0

Page 001 of 001

000796-000796

Mike Blydenstein
215 Mitchell Street #9
Atlanta, GA 30303

Fed Marital Status: Single
Exemptions/Allowances
 Federal: 0
 Work In GA: 0

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 15.00 | 39.83 | $597.45 | $4,132.65 |
| GROSS PAY | | | $597.45 | $4,132.65 |
| Net Pay | | | $481.23 | $3,327.72 |

Your federal taxable wages this period are $597.45
Your GA taxable wages this period are $597.45

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| TOTAL EE Beds | $0.00 | $0.00 |

* Excluded from federal taxable wages

| Tax Deduction | Cur Tax Amt | YTD Tax Amt |
|---|---|---|
| Employee Medicar | $8.66 | $59.92 |
| Federal Income T | $47.29 | $328.80 |
| GA State Income | $23.23 | $159.99 |
| Social Security | $37.04 | $256.22 |
| TOTAL Taxes | $116.22 | $804.93 |

# Earnings Statement

CO           FILE #
ZNP          00054539
LOC          DEPT
109          CUL
Sur La Table, Inc.
6100 4th Avenue South #500
Seattle, WA 98108
206-613-6000

Period Beg/End:    11/18/2018 - 12/01/2018
Check Date:        12/07/2018
Check Number:      0054053562
Batch Number:      CHIZYP000030

Page 001 of 001

000778-000778

Fed Marital Status: Single
Exemptions/Allowances
 Federal: 0
 Work In GA: 0

Mike Blydenstein
215 Mitchell Street #9
Atlanta, GA 30303

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular | 15.00 | 21.55 | $323.25 | $3,535.20 |
| GROSS PAY | | | $323.25 | $3,535.20 |
| Net Pay | | | $273.31 | $2,846.49 |

Your federal taxable wages this period are $323.25
Your GA taxable wages this period are $323.25

Other Benefits and
Information           This Period    Year-to-Date
TOTAL EE Deds            $0.00          $0.00

* Excluded from federal taxable wages

| Tax Deduction | Cur Tax Amt | YTD Tax Amt |
|---|---|---|
| Employee Medicar | $4.69 | $51.26 |
| Federal Income T | $18.09 | $281.51 |
| GA State Income | $7.12 | $136.76 |
| Social Security | $20.04 | $219.18 |
| TOTAL Taxes | $49.94 | $688.71 |