# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 23-59198-WLH  
**Case Name:** BLOMQUIST BUILDERS GROUP INC.  
**For Period Ending:** 06/30/2024

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 09/21/2023 (f)  
**§ 341(a) Meeting Date:** 10/23/2023  
**Claims Bar Date:** 02/12/2024

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand  Scheduled at $0.00 value. | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account Account at Piedmont Bank, xxxxxx1129  Amended value from $1,129.00 to $857.29. | 857.29 | 857.29 | | 907.29 | FA |
| 3 | Checking Account Account at Piedmont Bank, xxxxxx5501 | 303.08 | 303.08 | | 2,753.08 | FA |
| 4 | Checking Account Account at United Community Bank, xxxxxx | 2,829.31 | 2,829.31 | | 3,000.58 | FA |
| 5 | A/R 90 days old or less. Face amount = $. Doubtful/Uncollectible accounts = $.  Scheduled at $0.00 value. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 111 Catesby Road (lot 27 in Somerset Oaks) Powder Springs GA 30127 (u)  Added per amended schedules, Dkt # 11. Undeveloped Lot | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 7 | 216 Pindos Place (lot 47 in Estates @ Cornerstone) Powder Springs GA 30127 (u)  Added per amended schedules, Dkt # 11. Undeveloped Lot | 75,000.00 | 75,000.00 | | 0.00 | 75,000.00 |
| 8 | 5035 Pindos Trail (Lot 6 in Estates @ Cornerstone) Powder Springs GA 30127 (u)  Added per amended schedules, Dkt # 11. Undeveloped Lot | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 9 | 5749 Sunbrust Drive (lot 66 in Somerset Oaks) Powder Springs GA 30127 (u)  Added per amended schedules, Dkt # 11. Undeveloped Lot | 50,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 9 | Assets    Totals    (Excluding unknown values) | **$228,989.68** | **$228,989.68** | | **$6,660.95** | **$225,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 23-59198-WLH | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** BLOMQUIST BUILDERS GROUP INC. | **Date Filed (f) or Converted (c):** 09/21/2023 (f) |
| | **§ 341(a) Meeting Date:** 10/23/2023 |
| **For Period Ending:** 06/30/2024 | **Claims Bar Date:** 02/12/2024 |

**Major Activities Affecting Case Closing:**

5/8/2024 - At mediation and pursuant to a consent order (Dkt # 32), Jennifer Blomquist and Blake Blomquist (the "Blomquists") shall file an objection to the Mushegan Proof of Claim (the "Claim Objection") within 10 days of the entry of this Consent Order. The Blomquists are granted authority and right to assert the claims of Debtor against the Mushegans in the Cobb Lawsuit and the Claim Objection. Without limitation, the Blomquists shall have standing to assert such claims and the Claim Objection. The Blomquists are entitled to such standing as equity holders and/or creditors in this case.

The automatic stay is lifted as to the Claim Objection, the Debtor's Claims, and the Counterclaims asserted by the Mushegans in the Cobb Lawsuit so that prosecution of the Claim Objection, Debtor's Claims, and the Mushegans' Counterclaims shall proceed before the Superior Court in the Cobb Lawsuit. The extent and validity of the Mushegans' claims against Debtor and Debtor's estate, if any, shall be fixed and determined in the Cobb Lawsuit. The 14-day requirement pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived so that stay relief is effective instanter.

See Consent Order (DKt # 32) for further details.

This bankruptcy case is hereby STAYED pending resolution of the Cobb Lawsuit or further order of this Court.

Administration of the real properties will be determined after resolution of the Cobb Lawsuit.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 11/30/2025 | **Current Projected Date Of Final Report (TFR):** 11/30/2025 |

## Form 2

### Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-59198-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | BLOMQUIST BUILDERS GROUP INC. | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3206 | Account #: | ******0638 Checking |
| For Period Ending: | 06/30/2024 | Blanket Bond (per case limit): | $27,655,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/21/24 | {4} | Blomquist Builders Group Inc | Transfer from Blomquist United Community Bank Bank Account | 1129-000 | 3,000.58 |  | 3,000.58 |
| 06/21/24 | {3} | Blomquist Builders | Transfer from Blomquist Piedmont Bank Account | 1129-000 | 2,753.08 |  | 5,753.66 |
| 06/21/24 | {2} | Blomquist Builders | Transfer from Blomquist Piedmont Bank Account | 1129-000 | 907.29 |  | 6,660.95 |
| 06/28/24 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 6,655.95 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,660.95 | 5.00 | $6,655.95 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 |  |
| Subtotal | 6,660.95 | 5.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $6,660.95 | $5.00 |  |

{ } Asset Reference(s)                                                                                                                      ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-2

| | |
|---|---|
| **Case No.:** 23-59198-WLH | **Trustee Name:** S. Gregory Hays (300320) |
| **Case Name:** BLOMQUIST BUILDERS GROUP INC. | **Bank Name:** East West Bank |
| **Taxpayer ID #:** **-***3206 | **Account #:** ******0638 Checking |
| **For Period Ending:** 06/30/2024 | **Blanket Bond (per case limit):** $27,655,000.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---|---:|
| Net Receipts: | $6,660.95 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $6,660.95 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0638 Checking | $6,660.95 | $5.00 | $6,655.95 |
| | **$6,660.95** | **$5.00** | **$6,655.95** |