# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| MICHAEL J. BLYDENSTEIN, ) | CASE NO. 18-71767-PMB |
| ) | |
| DEBTOR. ) | |

## NOTICE OF APPEARANCE

Comes now R. Jeneane Treace and enters her appearance as attorney for Nancy J. Gargula, United States Trustee for Region 21.

NANCY J. GARGULA
UNITED STATES TRUSTEE, REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
Trial Attorney
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Tel: (404) 331-4437
Email: *jeneane.treace@usdoj.gov*