**IT IS ORDERED as set forth below:**



**Date: July 26, 2019**

*Paul Baisier* [signature]

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-71767-PMB |
| | ) | |
| MICHAEL J. BLYDENSTEIN, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**CONSENT ORDER ON TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS**

S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Michael J. Blydenstein ("**Debtor**") filed an *Objection To Claimed Exemptions* (the "**Objection**") on March 6, 2019 [Doc 28]. The Trustee filed an *Amended Objection To Claimed Exemptions* (the "**Amended Objection**") on March 7, 2019 [Doc 29] upon discovering that a page had been inadvertently omitted from the Objection. As evidenced by signatures below, the Trustee and the Debtor consent to the entry of this Order. The Court finds that good cause exists to sustain the Amended Objection. Accordingly, it is hereby

**ORDERED** that the Amended Objection by the Trustee is **SUSTAINED**.

**IT IS FURTHER ORDERED** that the Debtor's claimed exemption of $11,200.00 in real property known as 1124 DeKalb Avenue #24, Atlanta, Georgia 30307 is reduced to $1,200.00.

This Order is without prejudice to the Debtor's right to amend his claimed exemption of $21,500 in real property known as 215 Mitchell Street, SW, #9, Atlanta, Georgia 30303 by reducing said exemption and applying $10,000.00 or less to other property.

**[END OF DOCUMENT]**

Prepared and presented by:
HERBERT C. BROADFOOT II, P.C.
*Attorney for Trustee*

By: */s/ Herbert C. Broadfoot II*
    Herbert C. Broadfoot II
    Georgia Bar No. 083750
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
Tel: (404) 926-0058
Email: bert@hcbroadfootlaw.com


Consented to by:
LAMBERTH, CIFELLI, ELLIS & NASON, P.A.
*Attorneys for Debtor*

By: */s/ G. Frank Nason, IV*
    G. Frank Nason, IV
    Georgia Bar No. 535160
1117 Perimeter Center West
Suite N313
Atlanta, Georgia 30338
(404) 262-7373
fnason@lcenlaw.com

## DISTRIBUTION LIST

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

Herbert C. Broadfoot II
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305

Gregory Hays, Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road, N.W.
Atlanta, GA 30305

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite N313

1117 Perimeter Center West

Atlanta, Georgia 30338