UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL J. BLYDENSTEIN, | : | Case No. 18-71767-PMB |
| | : | |
| | : | |
| Debtor. | : | |

## SUGGESTION OF DEATH

COMES NOW counsel for the Debtor, G. Frank Nason, IV, and shows the Court that he has been informed that the Debtor herein, Michael J. Blydenstein, died on or about August 30, 2019 in Atlanta, Georgia.

Respectfully submitted, this 4th day of October, 2019.

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
Attorneys for the Debtor

By: /s/ *G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160

1117 Perimeter Center West
Ste. N313
Atlanta, GA 30338
(404) 262-7373

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **SUGGESTION OF DEATH** using the Bankruptcy Court's Electronic Case Filing program which sends and electronic notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Samantha Leigh Gunnison
sgunnison@diment.law
kdavenport@diment.law

S. Gregory Hays
ghays@haysconsulting.net
saskue@haysconsulting.net
GA32@ecfcbis.com

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Herbert C. Broadfoot
bert@hcbroadfootlaw.com

Bryce R. Noel
cfganb@aldridgepite.com
bnoel@ecf.inforuptcy.com

R. Jeneane Treace
jeneane.treace@usdoj.gov

This is to further certify that I have this day caused to be served a true and correct copy of the foregoing **SUGGESTION OF DEATH** by United States first class mail, postage fully prepaid, to:

David F. Cooper
Kitchens Kelley Gaynes, P.C.
Glenridge Highlands One
Suite 800
5555 Glenridge Connector
Atlanta, GA 30342

S. Nathaniel De Veaux
Kitchens Kelley Gaynes, P.C.
Suite 800, Glenridge Highlands One
5555 Glenridge Connector
Atlanta, GA 30342

This 4th day of October, 2019.

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV

519522