**IT IS ORDERED as set forth below:**



**Date: April 1, 2020**

_Paul Baisier_

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-71767-PMB |
| | ) | |
| MICHAEL J. BLYDENSTEIN, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZING EMPLOYMENT
OF AUCTIONEER, SUBJECT TO OBJECTION**

S. Gregory Hays, Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Estate**") of Michael J. Blydenstein ("**Debtor**"), filed on March 31, 2020, an Application to Employ Auctioneer (the "**Application**")(Docket No. 52) seeking to employ Scott Schwartz and the firm of Bullseye Auction & Appraisal ("**Bullseye Auction**") as his auctioneer to sell personal property of the Estate. No notice or hearing on the Application is necessary, a copy of the Application having been served upon the United States Trustee for Region 21. Based upon the verified statement included in the Application, it appears that Scott Schwartz and Bullseye Auction represent no interest adverse to the Estate and are disinterested persons as that term is defined in 11 U.S.C. §101(14). This case justifies employment of professionals for the purpose specified.

Subject to objection filed by the United States Trustee, or any other party in interest in this case within twenty-one (21) days from the date of entry of this Order, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014, the employment of Scott Schwartz and Bullseye Auction to represent the Chapter 7 Trustee and the Estate as auctioneer as set forth in the Application is hereby approved.

2. No compensation shall be paid to Scott Schwartz and Bullseye Auction until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331 and Fed. R. Bankr. P. 2016, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the United States Trustee, counsel for Debtor, and all other parties in interest.

3. Any objection to this Order shall be served on the United States Trustee, Trustee, and counsel for Trustee. If an objection is timely filed, then counsel for Trustee shall schedule a hearing on the Application and such objection pursuant to the Court's open Calendar Procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and the objecting party.

**[END OF DOCUMENT]**

Prepared and presented by:
HERBERT C. BROADFOOT II, P.C.
*Attorneys for Trustee*

By: /s/ *Herbert C. Broadfoot II*
    Herbert C. Broadfoot II
    Georgia Bar No. 083750
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
Tel: (404) 926-0058
Email: bert@hcbroadfootlaw.com

## DISTRIBUTION LIST

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, GA 30305

G. Frank Nason IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite N313
1117 Perimeter Center West
Atlanta, GA 30338

John A. Medina
Kenney & Medina, P.C.
593 Main Street
Suwanee, GA 30024

Michael J Blydenstein
215 Mitchell Street, SW
#9
Atlanta, Ga 30303

All parties on the mailing matrix