IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MICHAEL J. BLYDENSTEIN, | : | CASE NO. 18-71767-PMB |
| | : | |
| Debtor. | : | |

## NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING

 **PLEASE TAKE NOTICE THAT** on April 20, 2020, S. Gregory Hays, as Chapter 7 Trustee (the **"Trustee"**) for the bankruptcy estate (the "**Bankruptcy Estate**") of Michael J. Blydenstein ("**Debtor**"), filed his *Trustee's Motion (1) For Authority To Sell At Public Auction Personal Property Of The Estate Free And Clear Of All Liens, Claims, Interests, And Encumbrances And (2) To Allow And Authorize Certain Disbursements* [Doc. No. 59] (the "**Sale Motion**") with the Court seeking an order, among other things, authorizing Trustee to sell a 2010 Audi A4 Avant and three (3) handguns at public auction. The Sale Motion is on file with the Clerk of this Court at the address set forth below and is available for review between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel for the Trustee identified below.

 Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Sale Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Herbert C. Broadfoot II, 2964 Peachtree Road, N.W., Suite 555, Atlanta, Georgia 30305, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

 **PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled by the Court for **May 18, 2020 at 2:00 P.M. in Courtroom 1202 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303**.to consider the Sale Motion and any timely response or objection thereto. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

This 20th day of April, 2020.

                                                **HERBERT C. BROADFOOT II, P.C.**

                                                */s/ Herbert C. Broadfoot II*
                                                Herbert C. Broadfoot II
                                                Georgia Bar No. 083750
                                                2964 Peachtree Road, NW, Suite 555
                                                Atlanta, GA 30305
                                                Telephone – (404) 926-0058
                                                Email: bert@hcbroadfootlaw.com
                                                *Counsel for the Trustee*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-71767-PMB |
| MICHAEL J. BLYDENSTEIN, | CHAPTER 7 |
| Debtor. | |

**TRUSTEE'S MOTION (1) FOR AUTHORITY TO SELL AT PUBLIC AUCTION PERSONAL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES AND (2) TO ALLOW AND AUTHORIZE CERTAIN DISBURSEMENTS**

COMES NOW S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for Michael J. Blydenstein ("**Debtor**"), by and through undersigned counsel, and pursuant to 11 U.S.C. §§ 363(b), (f), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c) and 9014, and files this *Trustee's Motion (1) for Authority to Sell at Public Auction Personal Property of the Estate Free and Clear of all Liens, Claims, Interests, and Encumbrances and (2) to Allow and Authorize Certain Disbursements* ("**Sale Motion**"), and respectfully shows the Court as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Sale Motion under 28 U.S.C. §§ 157 and 1334. Venue of this case in this District is proper under 28 U.S.C. §§ 1408 and 1409. This Sale Motion is a core proceeding under 28 U.S.C. § 157(b)(2).

**Background**

*a. General Background Information*

2. On December 30, 2018 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division ("**Bankruptcy Court**"), initiating Chapter 7 Case No. 18-71767-PMB

14013368v1

(the "**Bankruptcy Case**"). Trustee was subsequently appointed the duly acting Chapter 7 trustee in the Bankruptcy Case and became the permanent Trustee at the conclusion of the Meeting of Creditors.

3. At the commencement of the Bankruptcy Case, all legal and equitable rights of Debtor became property of his bankruptcy estate (the "**Bankruptcy Estate**"), and Trustee was and continues to be the sole representative of the Bankruptcy Estate.

4. On his bankruptcy schedules, Debtor scheduled his sole ownership interest in a 2010 Audi A4 Avant (the "**Vehicle**"), and three (3) handguns (the "**Personal Property**"). The Vehicle and the Personal Property are unencumbered.

*b. Employment of Bullseye as Auctioneer*

5. On March 31, 2020, Trustee filed his *Application to Employ Auctioneer* [Doc. No. 52], and, on April 1, 2020, the Court entered an *Order* [Doc. No. 53], authorizing the employment of Scott Schwartz and Bullseye Auction and Appraisal, LLC ("**Bullseye**") as Trustee's Auctioneer.

**Request for Relief**

6. Trustee requests authority to sell the Vehicle and the Personal Property by public auction through Bullseye, "as is, where is, with faults"; free and clear of all liens, claims, interests, and encumbrances. The auction will take place at 500 Pike Park Drive, Suite F, Lawrenceville, Georgia 30046, and, although the date and time of the public auction has not yet been determined, Trustee expects that it will occur within 30 days of entry of an order approving the proposed sale.

7. Trustee also requests that the Bankruptcy Court waive the 14-day stay provided in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

8. Finally, Trustee requests authority to pay to Bullseye a 10% commission, any

14013368v1

costs associated with transporting the Vehicle, and any out-of-pocket expenses up to $1,500.00.

## Basis for Requested Relief

9. Section 363 of the Bankruptcy Code authorizes a trustee "after notice and a hearing . . . [to] use, sell, or lease, other than in the ordinary course of business, property of the estate . . ." 11 U.S.C. § 363(b)(1) (2015).

10. The standard to grant a sale of property outside of the ordinary course of business is the sound business judgment of the trustee. *In re Chateaugay*, 973 F.2d 141 (2d Cir. 1992); *Stephens Indus. v. McClung*, 789 F.2d 386, 390 (6th Cir. 1986); *In re Abbotts Dairies of Penn., Inc.*, 788 F.2d 143 (3d Cir. 1986); *Committee of Equity Security Holders v. Lionel Corp. (In re Lionel Corp.)*, 722 F.2d 1063, 1071 (2d Cir. 1983). In this regard, the showing need not be exhaustive. Rather, a trustee is "simply required to justify the proposed disposition with sound business reason." *In re Baldwin United Corp.*, 43 B.R. 888, 906 (Bankr. S.D. Ohio 1984).

11. Here, selling the Vehicle and the Personal Property is within the sound business judgment of Trustee because, upon information and belief, the proposed sales will generate a meaningful distribution to holders of allowed unsecured claims.

12. As to a sale free and clear, Trustee can sell the Vehicle and Personal Property free and clear of any liens, claims, interests, and encumbrances because they are unencumbered.

WHEREFORE, Trustee respectfully requests that this Court:

a) Approve Trustee's proposed sale of the Vehicle and Personal Property, following Notice to all creditors and parties in interest of the Sale Motion, the date of the Hearing, and the deadline for any objection;

14013368v1

b) Waive the stay provided under Fed.R.Bankr.P.6004(h) so that the Trustee may proceed immediately with the proposed sale;

c) Authorize Trustee to pay a ten (10%) commission to Bullseye along with costs, including any costs associated with transporting the Vehicle, not to exceed $1,500.00; and

d) Grant such other and further relief as is just and proper.

Respectfully submitted this 20th day of April 2020.

                              HERBERT C. BROADFOOT II, P.C.
*Attorneys for Trustee*

By: /s/ *Herbert C. Broadfoot II*
    Herbert C. Broadfoot II
    Georgia Bar No. 083750
    bert@hcbroadfootlaw.com

2964 Peachtree Road, N.W. Suite 555
Atlanta, Georgia 30305
Phone: (404) 926-0058

14013368v1

## CERTIFICATE SERVICE

This is to certify that I have served a copy of the *Trustee's Motion (1) for Authority to Sell at Public Auction Personal Property of the Estate Free and Clear of all Liens, Claims, Interests, and Encumbrances and (2) to Allow and Authorize Certain Disbursements* to all parties listed below by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery. Additionally, the *Notice of Pleading, Deadline to Object, and For Hearing* was served by U.S. Mail, First Class, postage prepaid to all parties listed on the attached mailing matrix.

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

G. Frank Nason IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite N313
1117 Perimeter Center West
Atlanta, GA  30338

John A. Medina
Kenney & Medina, P.C.
593 Main Street
Suwanee, GA 30024

Scott Schwartz
Bullseye Auction & Appraisal, LLC
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

This 20th day of April, 2020.

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750

14013368v1

```
Label Matrix for local noticing          1St Global Capital LLC              513 Capital
113E-1                                   1250 East Hallandale Beach Bl.      Attn: Scott Stidel
Case 18-71767-pmb                        Ste 409                             3511 La Rochelle Drive
Northern District of Georgia             Hallandale, FL 33009-4624           Columbus, OH 43221-1535
Atlanta
Fri Apr 17 16:11:46 EDT 2020

A. Christian Wilson                      Ace Loan                            Acuity CFO, LLC
Simpson Uchitel & Wilson LLP             3173 Hwy 129 North                  3423 Piemont Road NE
3490 Piedmont Rd NE Ste. 1100            Cleveland, GA 30528-2715            Atlanta, GA 30305-1751
Atlanta, GA 30305-4812


Advanced Color Imaging                   All State Mall Services             Alliance Funding Group
5300 Oakbrook Parkway                    PO Box 93717                        3745 W. Chapman Ave
Ste. 340                                 Las Vegas, NV 89193-3717            Ste 200
Norcross, GA 30093-6210                                                      Orange, CA 92868-1656


American Express                         American Express                    American Express National Bank
200 Vesey Street                         PO Box 1270                         c/o Becket and Lee LLP
New York, NY 10285-0002                  Newark, NJ 07101-1270               PO Box 3001
                                                                             Malvern  PA 19355-0701


Ameripride                               Amur Equipment Finance, Inc.       Amur Equipment Finance, Inc.
1081 Experiment Stn Rd                   c/o Kye Law Group, P.C.            c/o Rachelson & White
Watkinsville, GA 30677-2441              201 Old Country Road, Suite 120    3350 Riverwood Pkwy Ste 2110
                                         Melville, NY 11747-2725            Atlanta, GA 30339-3363


BFS Capital                              BMI                                 Bizfund, LLC
3301 N. University Drive                 PO Box 630893                       762 N. Orange Street
Ste. 300                                 Watkinsville, GA 30677              Ste.762
Pompano Beach, FL 33065-4149                                                 Wilmington, DE 19801


Robin Blass                              Michael J Blydenstein               Herbert C. Broadfoot II
Coldwell Banker Residential Brokerage    215 Mitchell Street, SW             Herbert C. Broadfoot II, PC
5591 Chamblee Dunwoody Road              #9                                  Buckhead Centre - Suite 555
Building 1300, Suite 100                 Atlanta, Ga 30303-3312              2964 Peachtree Road, NW
Atlanta, GA 30338-4183                                                       Atlanta, GA 30305-2153


Buckhead Beef                            CTI                                 Cenlar
4500 Wickersham Dr                       942 Enterprise Ste B                PO Box 77423
Atlanta, GA 30337-5122                   Sacramento, CA 95825-3900           Trenton, NJ 08628-7423


Cofactor LLC                             David F. Cooper                     Corporation Service Company
2711 Centerville Ste 400                 Kitchens Kelley Gaynes, P.C.        801 Adlai Stevenson Dr
Wilmington, DE 19808-1645                Suite 800, Glenridge Highlands One  Apopka, FL 32703
                                         5555 Glenridge Connector
                                         Atlanta, GA 30342-4759


Creadibility Capital                     DAU Group Investments, LLC          S. Nathaniel De Veaux
419 Park Ave South                       2630 Talley Street                  Kitchens Kelley Gaynes, P.C.
8th Floor                                Unit 403                            Suite 800, Glenridge Highlands One
New York, NY 10016-8410                  Decatur, GA 30030-5348              5555 Glenridge Connector
                                                                             Atlanta, GA 30342-4759
```

Deep End, LLC
24 Leslie Street
Atlanta, GA 30307-2724

Earl Cloud, III
24 Leslie Street, NE
Atlanta, GA 30307-2724

East Andrews Realty, LLC
c/o Kitchens Kelley Gaynes PC
Glenridge Highlands One - Suite 800
5555 Glenridge Connector
, GA 30342-4759

East Andrews Realty, LLC
Glenridge Highlands One Ste800
555 Glenridge Connector
Atlanta, GA 30342

Fireplay
Attn: Brian Buckner
5915 Silver Springs, Bldg 6B
El Paso, TX 79912-4126

Fundation Group, LLC
11501 Sunset Street NE
Atlanta, GA 30307

GFRS Equipment Leasing Fund II, LLC
Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30117-3214

GFRS Equipment Leasing Fund II, LLC
c/o Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30117-3214

GTR Source
111 John Street
Ste 1210
New York, NY 10038-3118

Georgia Department of Labor
148 Andrew Young Int'l Blvd NE
Atlanta, GA 30303-1751

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Georgia Dept of Revenue
1800 Century Center Blvd
Ste 9100
Atlanta, GA 30345

Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Georgia Power
241 Ralph McGill Blvd NE
Atlanta, GA 30308-3374

Georgia Power Company
2500 Patrick Henry Pkwy
BIN 80003
McDonough, GA 30253-4298

Global Financial & Leasing Services, LLC
Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30117-3214

Global Financial and Leasing
Services, 6263 N Scottsdale
Ste 222
Scottsdale, AZ 85250

Samantha Leigh Gunnison
DimentPorterfield LLP
412 Adamson Square
Carrollton, GA 30117-3214

HAWAJE
S Concourse Pkwy
Ste 1000
Atlanta, GA 30328

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

Hays Financial Consulting, LLC
S. Gregory Hays
2964 Peachtree Road NW
Suite 555
Atlanta, Ga 30305-4909

Henry Inc.
Attn: Diane Henry
2285 Park Central Blvd
Decatur, GA 30035-3800

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jamestown PCM Master Tenant LP
Ponce City Market
675 Ponce De Leon Ave NE
Atlanta, GA 30308-1884

Julian Goglia
1060 Tilden Street NE
Atlanta, GA 30318

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309-3909

Taylor S. Mansell
Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346-1305

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

NFS Leasing
900 Commings Center
Ste 226-U
Beverly, MA 01915-6183

| | | |
|---|---|---|
| G. Frank Nason IV<br>Lamberth, Cifelli, Ellis & Nason, P.A.<br>Suite 435<br>6000 Lake Forrest Drive, N.W.<br>Sandy Springs, GA 30328-3896 | (p)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | Navitas Credit Corp<br>One Post Office Square<br>Ste. 3710<br>Boston, MA 02109-2175 |
| Bryce R. Noel<br>Aldridge Pite, LLP<br>3575 Piedmont Road, NE, Suite 500<br>Fifteen Piedmont Center<br>Atlanta, GA 30305-1527 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | On Deck Capital<br>155 E 56th Street<br>New York, NY 10022-2743 |
| One Point<br>PO Box 1849<br>Woodstock, GA 30188-1369 | PBS Capital<br>One Evertrust Plaza<br>Ste 1401<br>Jersey City, NJ 07302-3087 | Paladin Hospitality, LLC<br>dba The Pinewood<br>254 W. Ponce de Leon Ave.<br>Decatur, GA 30030-3269 |
| Pawnee Leasing Corp<br>c/o Aldridge Pite Haan LLP<br>PO Box 52815<br>Atlanta, GA 30355-0815 | Paycor<br>3525 Piedmont Rd NE<br>5 Piedmont Ctr Ste 520<br>Atlanta, GA 30305-1649 | People's United Bank<br>One Post Office Square<br>Ste. 3710<br>Boston, MA 02109-2175 |
| Rohrig Investments, LP<br>340 East Paces Ferry<br>Atlanta, GA 30305-2352 | S. Nataniel De Veaux<br>Kitchens Kelley Gynes PC<br>5555 Glenridge Conn Ste 800<br>Atlanta, GA 30342-4728 | Sard & Leff, LLC<br>3789 Roswell Rd NE<br>Atlanta, GA 30342-4429 |
| Scott Schwartz<br>Bullseye Auction & Appraisal<br>Suite F<br>500 Pike Park Drive<br>Lawrenceville, GA 30046-2416 | Southeastern Hospitality, LLC<br>dba The Mercury<br>675 Ponce De Leon Ave, Ste 215<br>Atlanta, GA 30308-1884 | Southern Dairies<br>Attn: Kari Marschark<br>621 North Avenue NE Ste C140<br>Atlanta, GA 30308-2863 |
| Spagett, LLC d/b/a Bar Americano<br>24 Leslie Street NW<br>Atlanta, GA 30307 | Spagett, LLC dba Bar Americano<br>24 Leslie Street NW<br>Atlanta, GA 30307 | Technology Insurance Company<br>8948 Canyon Falls Blvd<br>Ste 200<br>Twinsburg, OH 44087-1900 |
| Touchmark National Bank<br>3651 Old Milton Pkwy<br>Alpharetta, GA 30005-4487 | R. Jeneane Treace<br>Assistant United States Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | TriMark Strategic Equipment<br>6684 Jimmy Carter Blvd. Ste. 2<br>Peachtree Corners<br>Norcross, GA 30071-1719 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Vend Lease<br>8100 Sandpiper Circle<br>Ste. 300<br>Nottingham, MD 21236-4992 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Attn: Ronald Johnson, Jr.<br>PO Box 105499<br>Atlanta, GA 30348 | Navitas Credit Corp<br>Attn: Charlie Butler<br>111 Executive Ctr Dr Ste. 102<br>Columbia, SC 29210 | (d)Navitas Credit Corp.<br>Suite 100<br>201 Executive Center Dr.<br>Columbia SC 29210 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American Express | (u)Cenlar FSB | (u)Loft Mortage |
| (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (u)Pingora Loan Servicing | (du)Pingora Loan Servicing, LLC |
| (u)Town House Mortgage | End of Label Matrix<br>Mailable recipients    85<br>Bypassed recipients     7<br>Total                  92 | |