**PLEASE TYPE OR PRINT**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Michael J. Blydenstein

Case No.: 18-71767-PMB    Chapter: 7

**Change of Address for**:
Debtor [ ]    Creditor [ ]    Attorney for Debtor [ ]    Attorney for Creditor [✓]

**Change for:**
Notices ONLY [ ]    Payments ONLY [ ]    Notices and Payments [✓]

EFFECTIVE DATE OF CHANGE: 05/26/2020

Name: Leon S. Jones

Prior Address: Jones & Walden LLC
21 Eighth Street, NE
Atlanta, GA 30309

****************************************************************************

New Address: Jones & Walden LLC
699 Piedmont Avenue, NE
Atlanta, GA 30308

Change of Address Was Furnished By:    Debtor [ ]    Creditor [ ]    Attorney [✓]

Date: 05/26/2020    Signature of Filer: /s/ Leon S. Jones
Telephone Number: (404) 564-9300
Attorney for Southern Dairies Partners, LLC

**IF FILED BY ATTORNEY**

Attorney Name: Leon S. Jones

Bar ID: 003980
Address: 699 Piedmont Avenue, NE
Atlanta, GA 30308

Revised August 2012