UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL J. BLYDENSTEIN, | : | CASE NO. 18-71767-PMB |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

By Order entered on May 15, 2020 [Doc. No. 61], this Court authorized the Trustee to sell by public auction personal property of the estate known as a 2010 Audi A4 Avant (the "**Audi**") and three (3) handguns (the "**Handguns**").

2.

The Trustee held a public on-line auction of the Audi and Handguns, which concluded on July 3, 2020. The Audi sold for $5,650.00 to Charles McDaniel (Bidder # 2033) and the Handguns sold for $1,856.00 to Mark Sykes (Bidder # 2041). Attached as Exhibit "A" is an auction summary which list the individual items sold, the winning bidder numbers and winning bid amounts.

3.

The Trustee reports that he has completed the delivery of the Audi and Handguns

to the purchasers and will net $6,412.05 from the auction after payment of the auctioneer's commission and expenses.

Respectfully submitted this 20th day of July, 2020.

/s
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060

# Exhibit "A"



BULLSEYE
Auction
& APPRAISAL
www.BullseyeAuctions.com

# 2010 Audi A4 Wagon & Firearms

## Bankruptcy Case #18-71767-PMB

## Priced Lot List

| Lot # | Description | Bidder | Price |
|---|---|---|---|
| 1 | 2010 Audi A4 Wagon 4D 2.0T Premium, Mileage = 85,487 &amp; VIN WAUSFAFLXAA096291 - 2010 Audi A4 Wagon 4D 2.0T Premium, Mileage = 85,487 &amp; VIN WAUSFAFLXAA096291 | 2033 | $5,650.00 |
| 2 | Beretta Model 92FS Cal. 9MM Serial # BER703624 - Beretta Model 92FS Cal. 9MM Serial # BER703624 | 2041 | $980.00 |
| 3 | Walther Smith &amp; Wesson PPK 380ACP Serial #0159BAR - Walther Smith &amp; Wesson PPK 380ACP Serial #0159BAR | 2041 | $435.00 |
| 4 | Walther 9MM x 19 PPX Serial #FAM6991 - Walther 9MM x 19 PPX Serial #FAM6991 | 2041 | $441.00 |
| | | **Total of All Lots Sold:** | **$7,506.00** |

**Bullseye Auction & Appraisal, LLC**
500 Pike Park Drive, Ste. F
Lawrenceville, GA  30046 US
(770) 544-7479
merrin@BullseyeAuctions.com
www.BullseyeAuctions.com



# INVOICE

**BILL TO**
Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road NW,
Suite 555
Atlanta, GA  30305

**INVOICE #** 3570
**DATE** 07/03/2020
**DUE DATE** 07/03/2020
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Commission**<br>10% Commission for 2010 Audi A4 Wagon & Firearms (BK Case #18-71767-PMB) | 1 | 750.60 | 750.60 |
| **Marketing/Promotion**<br>Marketing and Promotional Expenses for 2010 Audi A4 Wagon & Firearms (BK Case #18-71767-PMB) | 1 | 343.35 | 343.35 |

Please mail payments to:
Bullseye Auction & Appraisal, LLC
500 Pike Park Drive
Suite F
Lawrenceville, GA 30046

**BALANCE DUE**          **$1,093.95**

We greatly appreciate your business and look forward to working with you again soon!

Please mail payments to:
Bullseye Auction & Appraisal, LLC
500 Pike Park Drive  |  Suite F
Lawrenceville, GA 30046

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michael J Blydenstein
215 Mitchell Street, SW
#9
Atlanta, Ga 30303

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite 435
6000 Lake Forrest Drive, N.W.
Sandy Springs, GA 30342

John A. Medina
Kenney & Medina, P.C.
593 Main Street
Suwanee, GA 30024

This 20th day of July, 2020.

_/s  *S. Gregory Hays*_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060