UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE:<br><br>MICHAEL J. BLYDENSTEIN,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 7<br><br>CASE NO. 18-71767-PMB |
| S. GREGORY HAYS, Chapter 7 Trustee<br>For the Estate of Michael J. Blydenstein,<br><br>Movant,<br>v.<br><br>PINGORA LOAN SERVICING, LLC;<br>FULTON COUNTY TAX COMMISSIONER;<br>GORDON LOFTS CONDOMINIUM<br>ASSOCIATION, INC.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CONTESTED MATTER |

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN,** pursuant to Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014 that S. Gregory Hays, Trustee (**"Trustee"**) for the bankruptcy estate (the "**Bankruptcy Estate**") of Michael J. Blydenstein ("**Debtor**"), has filed his *Trustee's Motion for Authority to (A) Sell Real Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (B) Disburse Certain Proceeds at Closing* (the "**Sale Motion**") proposing to sell real property known as 215 Mitchell Street, S.W., #9, Atlanta, Georgia 30303 (the "**Property**") pursuant to 11 U.S.C. §§ 363(b) and (f), to Nicholas S. Graham (the

"**Purchaser**"), "as is, where is" for a sale price of $260,000.00 (the "**Purchase Price**") subject to Bankruptcy Court approval (the "**Contract**"). A true and correct copy of the Contract is attached and marked as Exhibit "A" to the Sale Motion and incorporated herein by reference.

The Trustee further moves for authority to have all gross sale proceeds paid to him at closing and for authority to have certain items specifically described in the Sale Motion paid at closing. All other distributions of funds will be made pursuant to further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Sale Motion in **Courtroom 1202 of the Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at 2:00 p.m. on October 19, 2020.** The Sale Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users). Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

The Trustee seeks to sell the Property free and clear of all liens, claims and interests as provided by 11 U.S.C. § 363(f). The Trustee also seeks authority to have paid at closing those liens, expenses and costs specifically described in the Sale Motion. All valid, perfected, and unavoidable liens that the Trustee does not propose to pay at closing shall attach to the Sale proceeds with the same validity, extent, and priority that they had in the Property.

The proposed Contract includes a Purchase Price of $260,000.00, which is the highest and best offer the Trustee has received, is subject to no contingencies, and represents a fair selling price for the Property. **The Trustee invites any and all competing cash offers to be**

submitted which exceed the proposed Contract by at least $8,000.00 supported by earnest money of at least two percent (2%) of the bid price, with no contingencies, and the ability to close within ten (10) days from Bankruptcy Court approval.

Your rights may be affected by the Court's ruling on the Sale Motion. You should read the Sale Motion carefully and discuss it with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Sale Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Sale Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at lease two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to counsel for the Trustee at the address stated below.

Dated: September 25, 2020.

HERBERT C. BROADFOOT II, P.C.
*Attorney for Trustee*

By:*/s/ Herbert C. Broadfoot II*
Herbert C. Broadfoot II
Georgia Bar No. 083750
bert@hcbroadfootlaw.com
2964 Peachtree Road, NW, Suite 555
Atlanta, Georgia 30305
Tele: (404) 926-0058

**EXHIBIT "A" FOLLOWS**

R. Jeneane Treace
Assistant United States Trustee
362 Richard Russell Bldg.
Atlanta, GA 30303-3315

Sard & Leff, LLC
3789 Roswell Rd NE
Atlanta, GA 30342-4429

Advanced Color Imaging
5300 Oakbrook Parkway
Ste. 340
Norcross, GA 30093-6210

Acuity CFO, LLC
3423 Piemont Road NE
Atlanta, GA 30305-1751

Fireplay
Attn: Brian Buckner
5915 Silver Springs, Bldg 6B
El Paso, TX 79912-4126

Paladin Hospitality, LLC
dba The Pinewood
254 W. Ponce de Leon Ave.
Decatur, GA 30030-3269

All State Mall Services
PO Box 93717
Las Vegas, NV 89193-3717

Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd
Atlanta, GA 30303-1751

Global Financial and Leasing
Services, 6263 N Scottsdale
Ste 222
Scottsdale, AZ 85250

Southeastern Hospitality, LLC
dba The Mercury
675 Ponce De Leon Ave
Ste 215
Atlanta, GA 30308-1884

Jamestown PCM Master Tenant LP
Ponce City Market
675 Ponce De Leon Ave NE
Atlanta, GA 30308-2186

Creadibility Capital
419 Park Ave South
8th Floor
New York, NY 10016-8410

Georgia Dept of Revenue
1800 Century Center Blvd
Ste 9100
Atlanta, GA 30345

HAWAJE
S Concourse Pkwy
Ste 1000
Atlanta, GA 30328

Bryce R. Noel
Aldridge Pite, LLP
3575 Piedmont Road, NE
Suite 500
Atlanta, GA 30305-1527

Rohrig Investments, LP
340 East Paces Ferry
Atlanta, GA 30305-2352

Buckhead Beef
4500 Wickersham Dr
Atlanta, GA 30337-5122

Fundation Group, LLC
11501 Sunset Street NE
Atlanta, GA 30307

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd
Atlanta, GA 30303-1751

One Point
PO Box 1849
Woodstock, GA 30188-1369

Vend Lease
8100 Sandpiper Circle
Ste. 300
Nottingham, MD 21236-4992

American Express
PO Box 1270
Newark, NJ 07101-1270

Southern Dairies
Attn: Kari Marschark
621 North Avenue NE
Ste C140
Atlanta, GA 30308-2863

Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Cenlar
PO Box 77423
Trenton, NJ 08628-7423

A. Christian Wilson
Simpson Uchitel & Wilson LLP
3490 Piedmont Rd NE
Ste. 1100
Atlanta, GA 30305-4812

Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1400

Touchmark National Bank
3651 Old Milton Pkwy
Alpharetta, GA 30005-4487

Global Financial &
Leasing Services, LLC
Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30117-3214

CTI
942 Enterprise Ste B
Sacramento, CA 95825-3900

PBS Capital
One Evertrust Plaza
Ste 1401
Jersey City, NJ 07302-3087

Navitas Credit Corp.
Suite 100
201 Executive Center Dr.
Columbia, SC 29210

Paycor
3525 Piedmont Rd NE
5 Piedmont Ctr Ste 520
Atlanta, GA 30305-1649

Julian Goglia
1060 Tilden Street NE
Atlanta, GA 30318

Technology Insurance Company
8948 Canyon Falls Blvd
Ste 200
Twinsburg, OH 44087-1900

TriMark Strategic Equipment
6684 Jimmy Carter Blvd.
Ste. 2
Norcross, GA 30071-1719

NFS Leasing
900 Commings Center
Ste 226-U
Beverly, MA 01915-6183

Pawnee Leasing Corp
c/o Aldridge Pite Haan LLP
PO Box 52815
Atlanta, GA 30355-0815

East Andrews Realty, LLC
c/o Kitchens Kelley Gaynes PC
Glenridge Highlands One
Suite 800
Atlanta, GA 30342

Georgia Department of Revenue
Attn: Ronald Johnson, Jr.
PO Box 105499
Atlanta, GA 30348

Robin Blass
Coldwell Banker Res Broker.
5591 Chamblee-Dunwoody RD
Atlanta, GA 30338-4183

Ameripride
1081 Experiment Stn Rd
Watkinsville, GA 30677-2441

American Express
200 Vesey Street
New York, NY 10285-0002

Ace Loan
3173 Hwy 129 North
Cleveland, GA 30528-2715

Spagett, LLC
dba Bar Americano
24 Leslie Street NW
Atlanta, GA 30307

Earl Cloud, III
24 Leslie Street, NE
Atlanta, GA 30307-2724

NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CTR DR
SUITE 100
COLUMBIA, SC 29210-8410

Cofactor LLC
2711 Centerville Ste 400
Wilmington, DE 19808-1645

Southern Dairies Partners, LLC
c/o Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1400

Amur Equipment Finance, Inc.
c/o Kye Law Group, P.C.
201 Old Country Road
Suite 120
Melville, NY 11747-2725

Corporation Service Company
801 Adlai Stevenson Dr
Apopka, FL 32703

GFRS Equipment
Leasing Fund II, LLC
c/o Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30117-3214

BFS Capital
3301 N. University Drive
Ste. 300
Pompano Beach, FL 33065-4149

Deep End, LLC
24 Leslie Street
Atlanta, GA 30307-2724

Bizfund, LLC
762 N. Orange Street
Ste.762
Wilmington, DE 19801

GTR Source
111 John Street
Ste 1210
New York, NY 10038-3118

David F. Cooper
Kitchens Kelley Gaynes, P.C.
Glenridge Highlands One
Suite 800
Atlanta, GA 30342-4759

People's United Bank
One Post Office Square
Ste. 3710
Boston, MA 02109-2175

East Andrews Realty, LLC
Glenridge Highlands One
555 Glenridge Connector
Ste800
Atlanta, GA 30342

Amur Equipment Finance, Inc.
c/o Rachelson & White
3350 Riverwood Pkwy
Ste 2110
Atlanta, GA 30339-3363

Navitas Credit Corp
One Post Office Square
Ste. 3710
Boston, MA 02109-2175

BMI
PO Box 630893
Watkinsville, GA 30677

Georgia Power
241 Ralph McGill Blvd NE
Atlanta, GA 30308-3374

513 Capital
Attn: Scott Stidel
3511 La Rochelle Drive
Columbus, OH 43221-1535

Michael J Blydenstein
215 Mitchell Street, SW
#9
Atlanta, GA 30303-3312

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303-3309

Spagett, LLC
d/b/a Bar Americano
24 Leslie Street NW
Atlanta, GA 30307

G. Frank Nason IV
Lamberth, Cifelli P.A.
6000 Lake Forrest Dr, N.W.
Ste 435
Atlanta, GA 30328-3896

GFRS Equipment
Leasing Fund II, LLC
Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30117-3214

Scott Schwartz
Bullseye Auction & Appraisal
Suite F
Lawrenceville, GA 30046-2416

American Express NB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

GA Department of Labor
148 Andrew Young Int'l Blvd NE
Atlanta, GA 30303-1751

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

1St Global Capital LLC
1250 East Hallandale Beach Bl.
Ste 409
Hallandale, FL 33009-4624

Henry Inc.
Attn: Diane Henry
2285 Park Central Blvd
Decatur, GA 30035-3800

Lucretia Lashawn Scruggs
Shapiro Pendergast & Hasty, LLP
211 Perimeter Ctr Pkwy, N.E.
Atlanta, GA 30346-1305

GA DEPT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
ATLANTA, GA 30345-3202

Samantha Leigh Gunnison
DimentPorterfield LLP
412 Adamson Square
Carrollton, GA 30117-3214

Alliance Funding Group
3745 W. Chapman Ave
Ste 200
Orange, CA 92868-1656

Georgia Power Company
2500 Patrick Henry Pkwy
BIN 80003
McDonough, GA 30253-4298

On Deck Capital
155 E 56th Street
New York, NY 10022-2743

Navitas Credit Corp
Attn: Charlie Butler
111 Executive Ctr Dr Ste. 102
Columbia, SC 29210

S. Nataniel De Veaux
Kitchens Kelley Gynes PC
5555 Glenridge Conn Ste 800
Atlanta, GA 30342-4728

DAU Group Investments, LLC
2630 Talley Street
Unit 403
Decatur, GA 30030-5348

S. Nathaniel De Veaux
Kitchens Kelley Gaynes, P.C.
Glenridge Highlands One
Suite 800,
Atlanta, GA 30342-4759

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346