IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL J. BLYDENSTEIN, | ) | CASE NO. 18-71767-PMB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| S. GREGORY HAYS, Chapter 7 Trustee | ) | |
| For the Estate of Michael J. Blydenstein, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| PINGORA LOAN SERVICING, LLC; | ) | |
| FULTON COUNTY TAX COMMISSIONER; | ) | |
| GORDON LOFTS CONDOMINIUM | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING

**PLEASE TAKE NOTICE THAT** on February 4, 2021, S. Gregory Hays, as Chapter 7 Trustee (the **"Trustee"**) for the bankruptcy estate (the **"Bankruptcy Estate"**) of Michael J. Blydenstein (**"Debtor"**), filed his *Trustee's Second Motion for Authority to (A) Sell Real Property of the Bankruptcy Estate Free and Clear Of All Liens, Interests, and Encumbrances and (B) Disburse Certain Proceeds at Closing* [Doc. No. 72] (the **"Second Sale Motion"**) with the Court proposing to sell real property known as 215 Mitchell Street, S.W., #9, Atlanta, Georgia 30303 (the **"Property"**) pursuant to 11 U.S.C. §§ 363(b) and (f) to ELS Property Solutions, LLC (the **"Purchaser"**) "as is, where is" for a sale price of $270,000.00 subject to Bankruptcy Court approval (the **"Contract"**). A true and correct copy of the Contract is attached and marked Exhibit "A" to the Second Sale Motion and incorporated herein by

reference. The Second Sale Motion is on file with the Clerk of this Court and is available for review online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or a copy may be obtained from counsel for the Trustee identified below.

The Trustee further moves for authority to have all gross sale proceeds paid to him at closing and for authority to have certain items specifically described in the Second Sale Motion paid at closing. All other distributions of funds will be made pursuant to further order of the Court.

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Second Sale Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Herbert C. Broadfoot II, 2964 Peachtree Road, N.W., Suite 555, Atlanta, Georgia 30305, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE FURTHER NOTICE** that a hearing has been scheduled by the Court for **March 8, 2021 at 1:35 P.M. in Courtroom 1202 Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303**.to consider the Second Sale Motion and any timely response or objection thereto. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the

2

top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

This 4th day of February, 2021.

                **HERBERT C. BROADFOOT II, P.C.**

                */s/ Herbert C. Broadfoot II*
                Herbert C. Broadfoot II
                Georgia Bar No. 083750
                2964 Peachtree Road, NW, Suite 555
                Atlanta, GA 30305
                Telephone – (404) 926-0058
                Email: bert@hcbroadfootlaw.com
                *Counsel for the Trustee*