**IT IS ORDERED as set forth below:**



Date: March 3, 2021

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 18-71767-PMB |
| MICHAEL J. BLYDENSTEIN, | ) | |
| | ) | |
| Debtor. | ) | |
| ------------------------------- | ) | ------------------------------- |
| | ) | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Michael J. Blydenstein, | ) ) ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| PINGORA LOAN SERVICING, LLC; FULTON COUNTY TAX COMMISSIONER; GORDON LOFTS CONDOMINIUM ASSOCIATION, INC., | ) ) ) ) | |
| | ) | |
| Respondents. | ) ) | |

**ORDER ON TRUSTEE'S MOTION FOR AUTHORITY TO (A) SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR OF ALL LIENS, INTERESTS, AND ENCUMBRANCES AND (B) DISBURSE CERTAIN PROCEEDS AT CLOSING**

13032138v1

On February 4, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Michael J. Blydenstein (the "**Debtor**"), filed *Trustee's Second Motion for Authority to (A) Sell Real Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (B) Disburse Certain Proceeds at Closing* [Doc. No. 72] (the "**Second Sale Motion**"), seeking, among other things, an order from the Court, authorizing the sale (the "**Sale**") of that certain improved real property with a common address of 215 Mitchell Street, #9, Atlanta, Fulton County, Georgia 30303 (the "**Property**") to ELS Property Solutions, LLC (the "**Purchaser**") "as-is, where-is, with all faults" for an all-cash sale price of $270,000.00 (the "**Purchase Price**") in accordance with the terms of a *Trustee's Purchase and Sale Agreement* (the "**Sale Agreement**") attached to the Second Sale Motion as Exhibit "A."

Also on February 4, 2021, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 74] (the "**Notice**"), regarding the Second Sale Motion, in accordance with General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on February 4, 2021. [Doc. No. 75].

Notice of the opportunity to object and for hearing was provided pursuant to the procedures in General Order No. 24-2018 and no objection to the Second Sale Motion was filed prior to the objection deadline. The Court has considered the Second Sale Motion and all other matters of record, including the lack of objection thereto. Based on the forgoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Second Sale Motion. It is hereby

**ORDERED** that the Second Sale Motion is **GRANTED**. It is further

**ORDERED** that Trustee is authorized and directed to take any and all actions necessary or

13032138v1

appropriate to (i) consummate the Sale of the Property to Purchaser, (ii) execute, perform, consummate, implement, and close fully the Sale together with all additional instruments and documents that may be reasonably necessary; and (iii) execute and perform all of the obligations of Trustee under the Sale Agreement.  It is further

**ORDERED** that this Order shall be binding upon all creditors (whether known or unknown) of Debtor, the Trustee, the Bankruptcy Estate, and their respective successors, assigns, affiliates, and subsidiaries.  It is further

**ORDERED** that upon consummation of the closing of the Sale, the Property shall be transferred and assigned to Purchaser free and clear of all liens, claims, interests, and encumbrances with all valid and enforceable liens, claims, or interests attaching to the sale proceeds with the same extent, validity, and priority that they held in the Property.  It is further

**ORDERED** that the Sale of the Property to the Purchaser is "as is," "where is," and without representation or warranty, express or implied, from Trustee.  It is further

**ORDERED** that, under Fed. R. Bankr. P. 6004(h), this Order shall be effective and enforceable immediately upon entry, and its provisions shall be self-executing.  In the absence of any person or entity obtaining a stay pending appeal, Trustee and Purchaser are free to close the Sale of the Property at any time, at which time the gross sales proceeds shall be paid to Trustee pursuant to this Order, and those disbursements requested by Trustee in his Sale Motion are authorized to be made.  It is further

**ORDERED** that this Court retains exclusive jurisdiction over any action relating to, based upon, or arising from disputes or controversies relating to or concerning the Sale, the Sale Agreement, or this Order. It is further

**ORDERED** that this Court's previous Order pertaining to sale of the Property entered

13032138v1

October 20, 2020 [Doc. No. 70] is vacated in its entirety.

**[END OF DOCUMENT]**

Order prepared and presented by:

HERBERT C. BROADFOOT II, P.C.
*Attorney for Chapter 7 Trustee*

By:*/s/ Herbert C. Broadfoot II*
   Herbert C. Broadfoot II
   Georgia Bar No. 083750
2964 Peachtree Road, N.W.
Suite 555
Atlanta, Georgia 30305
Telephone: (404) 926-0058
Email: bert@hcbroadfootlaw.com


**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA 30305

Arthur E. Ferdinand
Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303

Gordon Lofts Condominium Association, Inc.
c/o Miye Johnson Yi
Winter Capriola Zenner, LLC
3490 Piedmont Road, N.E., Suite 800
Atlanta, GA 30305


Cenlar
c/o Bryce Noel

13032138v1

Robin Blass
Harry Norman Realtors
4848 Ashford Dunwoody Road
Atlanta, GA 30338

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
1117 Perimeter Center West, Suite N313
Atlanta, GA 30338

John A. Medina
Kenney & Medina, P.C.
593 Main Street
Suwanee, GA 30024

Michael Campbell
Attention: Denise Hammock
Campbell & Brannon, LLC
5565 Glenridge Connector, Suite 350
Atlanta, GA 30342

Pingora Loan Servicing, LLC
c/o Lucretia Scruggs
Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346

Herbert C. Broadfoot II
2964 Peachtree Road, N.W.
Suite 555
Atlanta, GA 30305

13032138v1