UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL J. BLYDENSTEIN, | : | CASE NO. 18-71767-PMB |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On March 5, 2021, the Trustee sold real property of the estate known as 215 Mitchell Street SW, Unit 9, Atlanta, GA 30303 ("**Property**") to ELS Property Solutions, LLC ("**Purchaser**") for $270,000.00 as ordered and approved by the Court on March 3, 2021 [Doc. No. 76].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $14,439.06 from the sale.

Respectfully submitted this 15th day of March, 2021.

                                              /s
                                    S. Gregory Hays
Hays Financial Consulting, LLC        Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| Settlement Date: | 03/05/2021 |
| Disbursement Date: | 03/05/2021 |
| Settlement Location: | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| File Number: | |
| Lender: | |
| Loan Type: | Conventional Uninsured |
| Borrower: | ELS Property Solutions, LLC<br>45 Hollywood Ave<br>Trenton, NJ 08609 |
| Seller: | S. Gregory Hays, as and only as Trustee in Bankruptcy for Estate of Micheal J. Blydenstein<br>2964 Peachtree Road<br>Suite 555<br>Atlanta, GA 30305 |
| Property location: | 215 Mitchell Street SW Unit 9<br>Atlanta, GA 30303 |
| Tax Parcel No: | 14 -0077-0002-076-7 |

| | Seller Debit | Seller Credit |
|---|---:|---:|
| **Financial Consideration** | | |
| Sale Price of Property | | 270,000.00 |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $318/mo 03/05/21 - 03/31/21 | | 276.97 |
| Prorated Sanitation 01/01/21 - 03/05/21 | 33.02 | |
| City Taxes ($3378.21) 01/01/21 - 03/05/21 | 583.09 | |
| County Taxes ($1090.37) 01/01/21 - 03/05/21 | 188.20 | |
| **Commissions** | | |
| Commission- Listing Agent to Harry Norman Realtors | 8,100.00 | |
| Commission- Selling Agent to Keller Williams Real Estate Atlanta Midtown | 8,100.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Mr. Cooper | 233,666.29 | |
| **HOA Charges** | | |
| HOA Balance due to Gordon Lofts Condominium Association Inc. | 4,727.60 | |
| March HOA Dues to Gordon Lofts Condominium Association Inc. | 318.00 | |
| **Miscellaneous Debits/Credits** | | |
| Reimbursement for utilities to Robin Blass | 121.71 | |
| **Subtotals** | 255,837.91 | 270,276.97 |
| **Balance Due TO Seller** | 14,439.06 | |

# CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michael J Blydenstein
215 Mitchell Street, SW
#9
Atlanta, Ga 30303

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite 435
6000 Lake Forrest Drive, N.W.
Sandy Springs, GA 30342

John A. Medina
Kenney & Medina, P.C.
593 Main Street
Suwanee, GA 30024

This 15th day of March, 2021.

               /s  *S. Gregory Hays*
               S. Gregory Hays
               Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060