UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL J BLYDENSTEIN | CASE NO: 18-71767<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 84 |

On 10/3/2022, I did cause a copy of the following documents, described below,

Notice of Motion for Order Authorizing Compromise and Settlement ECF Docket Reference No. 84

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/3/2022

/s/ Herbert C. Broadfoot
Herbert C. Broadfoot  083750

Broadfoot Law
Suite 555, 2964 Peachtree Road
Atlanta, GA  30305
404 926 0053
hsewell@sewellfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL J BLYDENSTEIN | CASE NO: 18-71767<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 84 |

On 10/3/2022, a copy of the following documents, described below,

Notice of Motion for Order Authorizing Compromise and Settlement ECF Docket Reference No. 84

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/3/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Herbert C. Broadfoot
Broadfoot Law
Suite 555, 2964 Peachtree Road
Atlanta, GA  30305

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (07-06-22)ALL ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING       1ST GLOBAL CAPITAL LLC                513 CAPITAL
NCRS ADDRESS DOWNLOAD                  1250 EAST HALLANDALE BEACH BL         ATTN SCOTT STIDEL
CASE 18-71767                          STE 409                               3511 LA ROCHELLE DRIVE
NORTHERN DISTRICT OF GEORGIA           HALLANDALE   FL 33009-4624            COLUMBUS  OH 43221-1535
MON OCT 3 12-23-46 PST 2022


A CHRISTIAN WILSON                     ACE LOAN                              ACUITY CFO  LLC
SIMPSON UCHITEL  WILSON LLP            3173 HWY 129 NORTH                    3423 PIEMONT ROAD NE
3490 PIEDMONT RD NE STE 1100           CLEVELAND  GA 30528-2715              ATLANTA  GA 30305-1751
ATLANTA  GA 30305-4812


ADVANCED COLOR IMAGING                 ALL STATE MALL SERVICES               ALLIANCE FUNDING GROUP
5300 OAKBROOK PARKWAY                  PO BOX 93717                          3745 W CHAPMAN AVE
STE 340                                LAS VEGAS  NV 89193-3717              STE 200
NORCROSS  GA 30093-6210                                                      ORANGE  CA 92868-1656


EXCLUDE
(U)AMERICAN EXPRESS                    AMERICAN EXPRESS                      AMERICAN EXPRESS
                                       200 VESEY STREET                      PO BOX 1270
                                       NEW YORK  NY 10285-0002               NEWARK  NJ 07101-1270


AMERICAN EXPRESS NATIONAL BANK         AMERIPRIDE                            AMUR EQUIPMENT FINANCE  INC
CO BECKET AND LEE LLP                  1081 EXPERIMENT STN RD                CO KYE LAW GROUP  PC
PO BOX 3001                            WATKINSVILLE  GA 30677-2441           201 OLD COUNTRY ROAD  SUITE 120
MALVERN  PA 19355-0701                                                       MELVILLE  NY 11747-2725


AMUR EQUIPMENT FINANCE  INC            BFS CAPITAL                           BMI
CO RACHELSON  WHITE                    3301 N UNIVERSITY DRIVE               PO BOX 630893
3350 RIVERWOOD PKWY STE 2110           STE 300                               WATKINSVILLE  GA 30677
ATLANTA  GA 30339-3363                 POMPANO BEACH  FL 33065-4149


                                                                             DEBTOR
BIZFUND  LLC                           ROBIN BLASS                           MICHAEL J BLYDENSTEIN
762 N ORANGE STREET                    COLDWELL BANKER RESIDENTIAL BROKERAGE 215 MITCHELL STREET  SW
STE762                                 5591 CHAMBLEE DUNWOODY ROAD           9
WILMINGTON  DE 19801                   BUILDING 1300  SUITE 100              ATLANTA  GA 30303-3312
                                       ATLANTA  GA 30338-4176


HERBERT C BROADFOOT II                 BUCKHEAD BEEF                         CTI
HERBERT C BROADFOOT II  PC             4500 WICKERSHAM DR                    942 ENTERPRISE STE B
BUCKHEAD CENTRE - SUITE 555            ATLANTA  GA 30337-5122                SACRAMENTO  CA 95825-3900
2964 PEACHTREE ROAD  NW
ATLANTA  GA 30305-2153


                                       EXCLUDE
CENLAR                                 (U)CENLAR FSB                         COFACTOR LLC
PO BOX 77423                                                                 2711 CENTERVILLE STE 400
TRENTON  NJ 08628-7423                                                       WILMINGTON  DE 19808-1645
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (OR NO ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED RECEIPT OF ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


DAVID F COOPER                        CORPORATION SERVICE COMPANY          CREADIBILITY CAPITAL
KITCHENS KELLEY GAYNES   PC           801 ADLAI STEVENSON DR               419 PARK AVE SOUTH
SUITE 800  GLENRIDGE HIGHLANDS ONE    APOPKA  FL 32703                     8TH FLOOR
5555 GLENRIDGE CONNECTOR                                                   NEW YORK  NY 10016-8438
ATLANTA  GA 30342-4759



DAU GROUP INVESTMENTS   LLC           S NATHANIEL DE VEAUX                 DEEP END  LLC
2630 TALLEY STREET                    KITCHENS KELLEY GAYNES   PC          24 LESLIE STREET
UNIT 403                              SUITE 800  GLENRIDGE HIGHLANDS ONE   ATLANTA  GA 30307-2724
DECATUR  GA 30030-5348                5555 GLENRIDGE CONNECTOR
                                      ATLANTA  GA 30342-4759



EARL CLOUD  III                       EAST ANDREWS REALTY  LLC             EAST ANDREWS REALTY  LLC
24 LESLIE STREET  NE                  CO KITCHENS KELLEY GAYNES PC         GLENRIDGE HIGHLANDS ONE STE800
ATLANTA  GA 30307-2724                GLENRIDGE HIGHLANDS ONE - SUITE 800  555 GLENRIDGE CONNECTOR
                                      5555 GLENRIDGE CONNECTOR             ATLANTA  GA 30342
                                      GA 30342-4759



FIREPLAY                              FUNDATION GROUP  LLC                 GFRS EQUIPMENT LEASING FUND II  LLC
ATTN BRIAN BUCKNER                    11501 SUNSET STREET NE               DIMENT PORTERFIELD LLP
5915 SILVER SPRINGS  BLDG 6B          ATLANTA  GA 30307                    412 ADAMSON SQUARE
EL PASO  TX 79912-4126                                                     CARROLLTON  GA 30117-3214



GFRS EQUIPMENT LEASING FUND II  LLC   GTR SOURCE                           GEORGIA DEPARTMENT OF LABOR
CO DIMENT PORTERFIELD LLP             111 JOHN STREET                      148 ANDREW YOUNG INTL BLVD NE
412 ADAMSON SQUARE                    STE 1210                             ATLANTA  GA 30303-1751
CARROLLTON  GA 30117-3214             NEW YORK  NY 10038-3118



(P)GEORGIA DEPARTMENT OF REVENUE      GEORGIA DEPT OF REVENUE              GEORGIA DEPT OF LABOR
COMPLIANCE DIVISION                   1800 CENTURY CENTER BLVD             SUITE 826
ARCS BANKRUPTCY                       STE 9100                             148 ANDREW YOUNG INTER BLVD  NE
1800 CENTURY BLVD NE SUITE 9100       ATLANTA  GA 30345                    ATLANTA GA 30303-1751
ATLANTA GA 30345-3202



GEORGIA DEPT OF LABOR                 GEORGIA POWER                        GEORGIA POWER COMPANY
SUITE 910                             241 RALPH MCGILL BLVD NE             2500 PATRICK HENRY PKWY
148 ANDREW YOUNG INTER BLVD  NE       ATLANTA  GA 30308-3374               BIN 80003
ATLANTA GA 30303-1751                                                      MCDONOUGH  GA 30253-4298



GLOBAL FINANCIAL  LEASING SERVICES  LLC   GLOBAL FINANCIAL AND LEASING     SAMANTHA LEIGH GUNNISON
DIMENT PORTERFIELD LLP                    SERVICES  6263 N SCOTTSDALE      DIMENTPORTERFIELD LLP
412 ADAMSON SQUARE                        STE 222                          412 ADAMSON SQUARE
CARROLLTON  GA 30117-3214                 SCOTTSDALE  AZ 85250             CARROLLTON  GA 30117-3214



HAWAJE                                S GREGORY HAYS                       HAYS FINANCIAL CONSULTING  LLC
S CONCOURSE PKWY                      HAYS FINANCIAL CONSULTING  LLC       S GREGORY HAYS
STE 1000                              SUITE 555                            2964 PEACHTREE ROAD NW
ATLANTA  GA 30328                     2964 PEACHTREE ROAD                  SUITE 555
                                      ATLANTA  GA 30305-4909               ATLANTA  GA 30305-4909
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (OR VIA EMAIL ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ESTRUCTION" RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| HENRY INC<br>ATTN DIANE HENRY<br>2285 PARK CENTRAL BLVD<br>DECATUR   GA 30035-3800 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | JAMESTOWN PCM MASTER TENANT LP<br>PONCE CITY MARKET<br>675 PONCE DE LEON AVE NE<br>ATLANTA  GA 30308-2186 |
| LEON S JONES<br>JONES   WALDEN   LLC<br>699 PIEDMONT AVENUE NE<br>ATLANTA  GA 30308-1400 | JULIAN GOGLIA<br>1060 TILDEN STREET NE<br>ATLANTA   GA 30318 | KATHLYN FLORA IBRAHIM FOUAD KHASHAN<br>LOGS LEGAL GROUP LLP<br>SUITE 300<br>211 PERIMETER CENTER PARKWAY  NE<br>ATLANTA  GA 30346-1305 |
| LEON S JONES<br>JONES   WALDEN   LLC<br>21 EIGHTH STREET  NE<br>ATLANTA  GA 30309-3909 | EXCLUDE<br>(U) LOFT MORTAGE | JEREMY T MCCULLOUGH<br>MCCULLOUGH LLC<br>1579 MONROE DR   SUITE 251<br>ATLANTA   GA 30324-5039 |
| MR COOPER<br>8950 CYPRESS WATERS BLVD<br>COPPELL   TX 75019-4620 | NFS LEASING<br>900 COMMINGS CENTER<br>STE 226-U<br>BEVERLY   MA 01915-6183 | G FRANK NASON IV<br>LAMBERTH  CIFELLI  ELLIS  NASON  PA<br>SUITE 435<br>6000 LAKE FORREST DRIVE  NW<br>ATLANTA  GA 30328-3896 |
| EXCLUDE<br>(U) NATIONSTAR MORTGAGE LLC DBA MR COOPER | (P)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | NAVITAS CREDIT CORP<br>ONE POST OFFICE SQUARE<br>STE 3710<br>BOSTON   MA 02109-2175 |
| EXCLUDE<br>(D)(P)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | BRYCE R NOEL<br>ALDRIDGE PITE   LLP<br>3575 PIEDMONT ROAD   NE   SUITE 500<br>FIFTEEN PIEDMONT CENTER<br>ATLANTA   GA 30305-1527 | OFFICE OF THE UNITED STATES TRUSTEE<br>362 RICHARD RUSSELL BUILDING<br>75 TED TURNER DRIVE   SW<br>ATLANTA   GA 30303-3315 |
| ON DECK CAPITAL<br>155 E 56TH STREET<br>NEW YORK   NY 10022-2743 | ONE POINT<br>PO BOX 1849<br>WOODSTOCK   GA 30188-1369 | PBS CAPITAL<br>ONE EVERTRUST PLAZA<br>STE 1401<br>JERSEY CITY   NJ 07302-3087 |
| PALADIN HOSPITALITY   LLC<br>DBA THE PINEWOOD<br>254 W PONCE DE LEON AVE<br>DECATUR   GA 30030-3269 | PAWNEE LEASING CORP<br>CO ALDRIDGE PITE HAAN LLP<br>PO BOX 52815<br>ATLANTA   GA 30355-0815 | EXCLUDE<br>(U) PAWNEE LEASING CORPORATION |
| PAYCOR<br>3525 PIEDMONT RD NE<br>5 PIEDMONT CTR STE 520<br>ATLANTA   GA 30305-1649 | PEOPLES UNITED BANK<br>ONE POST OFFICE SQUARE<br>STE 3710<br>BOSTON   MA 02109-2175 | EXCLUDE<br>(U) PINGORA LOAN SERVICING |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D/DUE TO AN UNDELIVERABLE OR NOT PROVIDED ADDRESS.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ELECTRONIC RECEIPT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
(D)PINGORA LOAN SERVICING  LLC

ROHRIG INVESTMENTS  LP
340 EAST PACES FERRY
ATLANTA  GA 30305-2352

S NATANIEL DE VEAUX
KITCHENS KELLEY GYNES PC
5555 GLENRIDGE CONN STE 800
ATLANTA  GA 30342-4728

SARD  LEFF  LLC
3789 ROSWELL RD NE
ATLANTA  GA 30342-4429

SCOTT SCHWARTZ
BULLSEYE AUCTION  APPRAISAL
SUITE F
500 PIKE PARK DRIVE
LAWRENCEVILLE  GA 30046-2416

SOUTHEASTERN HOSPITALITY  LLC
DBA THE MERCURY
675 PONCE DE LEON AVE  STE 215
ATLANTA  GA 30308-1884

SOUTHERN DAIRIES
ATTN KARI MARSCHARK
621 NORTH AVENUE NE STE C140
ATLANTA  GA 30308-2863

SOUTHERN DAIRIES PARTNERS  LLC
CO JONES  WALDEN  LLC
699 PIEDMONT AVENUE NE
ATLANTA  GA 30308-1400

SPAGETT  LLC DBA BAR AMERICANO
24 LESLIE STREET NW
ATLANTA  GA 30307

SPAGETT  LLC DBA BAR AMERICANO
24 LESLIE STREET NW
ATLANTA  GA 30307

TECHNOLOGY INSURANCE COMPANY
8948 CANYON FALLS BLVD
STE 200
TWINSBURG  OH 44087-1900

TOUCHMARK NATIONAL BANK
3651 OLD MILTON PKWY
ALPHARETTA  GA 30005-4487

EXCLUDE
(U)TOWN HOUSE MORTGAGE

R JENEANE TREACE
ASSISTANT UNITED STATES TRUSTEE
362 RICHARD RUSSELL BLDG
75 TED TURNER DRIVE  SW
ATLANTA  GA 30303-3315

TRIMARK STRATEGIC EQUIPMENT
6684 JIMMY CARTER BLVD STE 2
PEACHTREE CORNERS
NORCROSS  GA 30071-1719

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE SW  SUITE 600
ATLANTA GA 30303-3309

VEND LEASE
8100 SANDPIPER CIRCLE
STE 300
NOTTINGHAM  MD 21236-4992

ADDRESSES WHOSE AN EMAIL ADDRESS IS PRESENT WERE SERVED VIA "EM/ECF" SERVICE THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
Southern Dairies Partners, LLC
c/o Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308
represented by:
Leon S. Jones
Jones & Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308

ljones@joneswalden.com

Scott Schwartz
Bullseye Auction & Appraisal
Suite F
500 Pike Park Drive
Lawrenceville, GA 30046
(Auctioneer)

(Creditor)
ATTORNEY TO BE NOTICED
Pingora Loan Servicing, LLC
represented by:
Bryce R. Noel
Aldridge Pite, LLP
3575 Piedmont Road, NE, Suite 500
Fifteen Piedmont Center
Atlanta, GA 30305

ecfganb@aldridgepite.com

Lucretia Lashawn Scruggs
LOGS Legal Group, LLP
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346

ATTORNEY TO BE NOTICED
Taylor S. Mansell
Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346

(Creditor)
Pingora Loan Servicing
represented by:
Kathlyn Flora Ibrahim Fouad Khashan
LOGS Legal Group LLP
Suite 300
211 Perimeter Center Parkway, N.E.
Atlanta, GA 30346
770-220-2535 x62722

logsecf@logs.com

(Creditor)
Pawnee Leasing Corporation
represented by:
Jeremy T. McCullough
McCullough LLC
1579 Monroe Dr., Suite 251
Atlanta, GA 30324

jmccullough@jtm-law.com

(U.S. Trustee)
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
represented by:
R. Jeneane Treace
Assistant United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

jeneane.treace@usdoj.gov

(Creditor)
Nationstar Mortgage LLC d/b/a Mr.
Cooper
represented by:
Bryce R. Noel
Aldridge Pite, LLP
3575 Piedmont Road, NE, Suite 500
Fifteen Piedmont Center
Atlanta, GA 30305

ecfganb@aldridgepite.com

(Accountant)
Hays Financial Consulting, LLC
S. Gregory Hays
2964 Peachtree Road NW
Suite 555
Atlanta, Ga 30305-2153

(Trustee)
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
represented by:
Herbert C. Broadfoot, II
Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

bert@hcbroadfootlaw.com

(Creditor)
Global Financial & Leasing Services,
LLC
Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30117United States
represented by:
Samantha Leigh Gunnison
DimentPorterfield LLP
412 Adamson Square
Carrollton, GA 30117

sgunnison@diment.law

ADDRESSES WHOSE AN EMAIL IS PRESENT WERE SERVED VIA "E-ECF" SERVICE THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
GFRS Equipment Leasing Fund II, LLC
Diment Porterfield LLP
412 Adamson Square
Carrollton, GA 30122
represented by:
Samantha Leigh Gunnison
DimentPorterfield LLP
412 Adamson Square
Carrollton, GA 30117

sgunnison@diment.law

Kimberley Marie Childs
Kitchens Kelley Gaynes, P.C.
Suite 800 - Glenridge Highlands One
5555 Glenridge Connector
Atlanta, GA 30342

S. Nathaniel De Veaux
Kitchens Kelley Gaynes, P.C.
Suite 800, Glenridge Highlands One
5555 Glenridge Connector
Atlanta, GA 30342

ndeveaux@kkgpc.com

(Creditor)
East Andrews Realty, LLC
c/o Kitchens Kelley Gaynes PC
Glenridge Highlands One - Suite 800
5555 Glenridge Connector, GA 30342
represented by:
David F. Cooper
Kitchens Kelley Gaynes, P.C.
Suite 800, Glenridge Highlands One
5555 Glenridge Connector
Atlanta, GA 30342

dcooper@kkgpc.com

(Creditor)
Cenlar FSB
represented by:
Bryce R. Noel
Aldridge Pite, LLP
3575 Piedmont Road, NE, Suite 500
Fifteen Piedmont Center
Atlanta, GA 30305

ecfganb@aldridgepite.com

(Debtor)
Michael J Blydenstein
215 Mitchell Street, SW
Atlanta, Ga 30303
represented by:
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite 435
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328

fnason@lcenlaw.com


Robin Blass
Coldwell Banker Residential Brokerage
5591 Chamblee Dunwoody Road
Building 1300, Suite 100
Atlanta, GA 30338
(Broker)