**IT IS ORDERED as set forth below:**



Date: November 8, 2022

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 18-71767-PMB |
| MICHAEL J. BLYDENSTEIN, | CHAPTER 7 |
| Debtor. | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On October 3, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Michael J. Blydenstein ("**Debtor**"), filed his *Motion for Order Authorizing Compromise and Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 84] (the "**Motion**"), seeking an order, among other things, approving a Settlement Agreement[1] pursuant to which, *inter alia*,[2] Trustee, on the one hand, and

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

[2] The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the terms of the Settlement Agreement shall control.

17717753v1

Krystin Alexander ("**Ms. Alexander**"), on the other hand, settle certain claims that the Bankruptcy Estate has regarding that certain real property with a common address of 1124 Dekalb Avenue, #24, Atlanta, Fulton County, Georgia 30307 (the "**Property**"). Ms. Alexander will pay a total of $25,000.00 to the Trustee in exchange for Trustee's conveying the Bankruptcy Estate's interest in the Property to Ms. Alexander. Pursuant to the Settlement Agreement, Ms. Alexander will pay $5,000.00 upon Court approval and $20,000.00 on or before 6 months following the date of the initial payment. The exact terms of the Settlement Agreement are set forth in Exhibit "A" to the Motion.

On October 3, 2022, Trustee filed *Notice of Motion for Order Authorizing Compromise and Settlement under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and Hearing* [Doc. No. 84] (the "**Notice**") regarding the Motion. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on October 3, 2022. [Doc. No. 85].

The Motion came on for hearing as scheduled on November 7, 2022. Counsel for the Trustee appeared to advocate the Motion, and counsel for Ms. Alexander appeared in support of the Motion. Responding to questions from the Court, counsel presented more information about the economic analysis by the Trustee and the equitable considerations taken into account in negotiating the settlement. Counsel also stated the Trustee's belief that the claims filed in this

17717753v1

case will be substantially reduced by Trustee's objections, resulting in a meaningful distribution to creditors.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion and the presentation of counsel, based on the foregoing, finding that no further notice or hearing is necessary; and the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED,** the Settlement Agreement is approved and its terms are incorporated herein. It is further

**ORDERED** that Trustee and Ms. Alexander may take any other actions necessary to effectuate the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

[END OF DOCUMENT]

**Order prepared and presented by:**

HERBERT C. BROADFOOT II, P.C.
*Attorney for Trustee*

By:/s/ *Herbert C. Broadfoot II*
    Herbert C. Broadfoot II
    Georgia Bar No. 083750
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
Telephone: (404) 926-0058
Email: bert@hcbroadfootlaw.com

17717753v1

**Identification of entities to be served:**

Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Valerie W. Sherman, Esq.
The Sherman Law Group
1560 Warsaw Road, Suite 100
Roswell, GA 30076

G. Frank Nason, IV, Esq.
Lamberth, Cifelli, Ellis & Nason
6000 Lake Forrest Drive, NW, Suite 435
Atlanta, GA 30328

Michael J Blydenstein
215 Mitchell Street, SW
#9
Atlanta, Ga 30303

Herbert C. Broadfoot II, PC
Buckhead Centre - Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305

17717753v1