# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 18-71767-PMB  
**Case Name:** MICHAEL J BLYDENSTEIN  
**For Period Ending:** 06/30/2024

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/30/2018 (f)  
**§ 341(a) Meeting Date:** 02/05/2019  
**Claims Bar Date:** 08/05/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 215 Mitchell Street, SW #9, Atlanta, GA 30303-0000, Fulton County<br>Exemption amount to be negotiated. | 289,000.00 | 35,604.29 | | 270,000.00 | FA |
| 2* | One-Half Interest - 1124 Dekalb Avenue #24, Atlanta, GA 30307<br>Value, liens, settlement considerations and Other costs reflect 1/2 interest in property. Exemption allowed at $1,200 see Order, docket # 44 . (See Footnote) | 175,000.00 | 25,000.00 | | 25,000.00 | FA |
| 3 | 2010 Audi A4 Avant, 82000 miles<br>Property was sold at auction on 7/3/20 for $5,650.00. | 10,000.00 | 5,000.00 | | 5,650.00 | FA |
| 4 | 1978 Ves P200e, 5000 miles<br>Scooter Location: 215 Mitchell Street, SW #9, Atlanta GA 30303. Entire property value: $800.00 | 800.00 | 800.00 | | 0.00 | FA |
| 5* | Appliances and Kitchen Wares Location: 215 Mitchell Street, SW #9, Atlanta GA 30303 (See Footnote) | 7,000.00 | 2,000.00 | | 0.00 | FA |
| 6 | Televisions, Home Audio, Computers | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7 | Model toys | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8 | 3 pistols<br>Property was sold at auction on 7/3/20 for $1,856.00. | 1,800.00 | 1,800.00 | | 1,856.00 | FA |
| 9 | Jeans, jackets, shoes; everyday clothing<br>Upon review of property, value in schedules was over stated. Cost to administer would exceed value. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 10 | 3 watches | 2,000.00 | 1,500.00 | | 0.00 | FA |
| 11 | CPAP machine Location: 215 Mitchell Street, SW #9, Atlanta GA 30303 | 800.00 | 0.00 | | 0.00 | FA |
| 12 | Cash<br>Will be resolved with exemption negotiations with family of Mr. Blydenstein. | 150.00 | 150.00 | | 0.00 | 150.00 |
| 13 | Checking: Citizens Bank<br>Will be resolved with exemption negotiations with family of Mr. Blydenstein. | 2,767.00 | 2,767.00 | | 0.00 | 2,767.00 |
| 14 | Checking: Premier Members Federal Credit Union<br>Will be resolved with exemption negotiations with family of Mr. Blydenstein. | 250.00 | 250.00 | | 0.00 | 250.00 |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

Case No.: 18-71767-PMB  
Case Name: MICHAEL J BLYDENSTEIN  

For Period Ending: 06/30/2024

Trustee Name: (300320) S. Gregory Hays  
Date Filed (f) or Converted (c): 12/30/2018 (f)  
§ 341(a) Meeting Date: 02/05/2019  
Claims Bar Date: 08/05/2019

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Brokerage: Acorns Investment  Will be resolved with exemption negotiations with family of Mr. Blydenstein. | 600.00 | 600.00 | | 0.00 | 600.00 |
| 16 | Spagett, LLC, 8% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 401 (k): Securian Financial | 20,701.00 | 0.00 | | 0.00 | FA |
| 18 | 401 (k): Fidelity Investments | 9,019.31 | 0.00 | | 0.00 | FA |
| 19* | Estimated tax prepayment: 2018 Federal and State Taxes (See Footnote) | 13,900.00 | 13,900.00 | | 0.00 | FA |
| 20 | Forfeited Earnest Money on Terminated Sale on 215 Mitchell Street (Asset # 1) (u) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 20 | Assets    Totals    (Excluding unknown values) | **$545,287.31** | **$100,871.29** | | **$306,006.00** | **$3,767.00** |

RE PROP# 2     One half interest in property sold to Krystin Alexander for $25,000 per Order, Dkt # 86. $15,000 paid and $10,000 paid in May 2023.

RE PROP# 5     Appliances were included with the property at 215 Mitchell Street. Will be resolved with exemption negotiations with family of Mr. Blydenstein.

RE PROP# 19    Information has been difficult to obtain with the passing of Mr. Blydenstein. Based on a number of factors including signing of the returns, cost of pursuing and limited recovery, the Trustee will not pursue.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 18-71767-PMB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** MICHAEL J BLYDENSTEIN | **Date Filed (f) or Converted (c):** 12/30/2018 (f) |
| | **§ 341(a) Meeting Date:** 02/05/2019 |
| **For Period Ending:** 06/30/2024 | **Claims Bar Date:** 08/05/2019 |

**Major Activities Affecting Case Closing:**

8/3/2019 - The Debtor passed away. The Trustee and the Debtor's family have agreed to a sale of the Debtor's real property, Audi and handguns and the future negotiations relating to the exemption in same.

7/3/2020 - The Audi sold at auction on July 3, 2020 for $5,650 and the handguns sold for $1,856.

3/5/2021 - Trustee closed on the sale of the real property located at 215 Mitchell Street.

6/30/2021 - Trustee has contacted the Debtor's ex-wife who co-owns the property located at 1124 Dekalb Avenue and attempted to resolve matter.

6/30/2022 - Trustee continues to work with attorney for Debtor's ex-wife who co-owns the property located at 1124 Dekalb Avenue. A low offer was received. Trustee continues to attempt to get 2018 W-2 to pursue potential tax refund.

9/22/2022 - Settlement motion circulated to Debtor's ex-wife to resolve claims relating to 1124 Dekalb Avenue #24, Atlanta, GA 30307. Settlement of $25,000 to bankruptcy estate.

12/7/2022 - One half interest in property sold to Krystin Alexander for $25,000 per Order, Dkt # 86. $15,000 paid and $10,000 due around May 21, 2023.

6/1/2023 - Final payment resolving one-half interest in 1124 Dekalb Avenue received. Trustee to review claims and file objections as necessary prior to distribution.

6/30/2024 - Trustee is in discussions with creditor attorneys regarding resolution of claim treatment and amounts. The Trustee will submit his TFR upon resolution of claims.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2021 | **Current Projected Date Of Final Report (TFR):** | 12/31/2024 |

Form 2

Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-71767-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | MICHAEL J BLYDENSTEIN | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0723 | Account #: | ******0323 Checking |
| For Period Ending: | 06/30/2024 | Blanket Bond (per case limit): | $27,655,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/16/20 | | Bullseye Auction & Appraisal LLC | Sale of Audi and handguns per Order, Dkt # 61. | | 7,506.00 | | 7,506.00 |
| | {3} | | Sale of Audi and handguns per Order, Dkt # 61. $5,650.00 | 1129-000 | | | |
| | {8} | | Sale of Audi and handguns per Order, Dkt # 61. $1,856.00 | 1129-000 | | | |
| 07/20/20 | 101 | Bullseye Auction & Appraisal LLC | Auctioneer Commission and Expenses (Audi & Handguns) paid per Order, Dkt # 61. | | | 1,093.95 | 6,412.05 |
| | | | Auctioneer Commission paid per Order, Dkt # 61. $750.60 | 3610-000 | | | |
| | | | Auctioneer Expenses paid per Order, Dkt # 61. $343.35 | 3620-000 | | | |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 6,407.05 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 10.24 | 6,396.81 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 10.90 | 6,385.91 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 10.20 | 6,375.71 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.84 | 6,365.87 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 11.19 | 6,354.68 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.84 | 6,344.84 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.48 | 6,335.36 |
| 03/15/21 | | Campbell & Brannon IOLTA (ELS Property Solutions, Purchaser) | Sale of 215 Mitchell Street per Order, Dkt # 76. | | 14,439.06 | | 20,774.42 |
| | {1} | ELS Property Solutions, LLC | Sale of 215 Mitchell Street per Order, Dkt # 76. $270,000.00 | 1110-000 | | | |
| | | | Prorated Sanitation paid per Order, Dkt # 76. -$33.02 | 2420-000 | | | |
| | | Fulton County Tax Commissioner | Prorated property taxes paid per Order, Dkt # 76. -$188.20 | 2820-000 | | | |
| | | City of Atlanta | Prorated property taxes paid per Order, Dkt # 76. -$583.09 | 2820-000 | | | |
| | | | Page Subtotals: | | $21,945.06 | $1,170.64 | |

{ } Asset Reference(s)                                                                                                              ! - transaction has not been cleared

Form 2

Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 18-71767-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | MICHAEL J BLYDENSTEIN | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0723 | Account #: | ******0323 Checking |
| For Period Ending: | 06/30/2024 | Blanket Bond (per case limit): | $27,655,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Gordon Lofts Condominium Association | Condominium association fees paid per Order, Dkt # 76. -$4,768.63 | 4120-000 | | | |
| | | Harry Norman Realtors | Real estate commission paid per Order, Dkt # 76. -$8,100.00 | 3510-000 | | | |
| | | Keller Williams Real Estate Midtown | Real estate commission paid per Order, Dkt # 76. -$8,100.00 | 3510-000 | | | |
| | | Robin Blass | Utilities reimbursement paid per Order, Dkt # 76. -$121.71 | 2420-000 | | | |
| | | Mr. Cooper | Mortgage Payoff paid per Order, Dkt # 76. -$233,666.29 | 4110-000 | | | |
| 03/24/21 | {20} | Campbell & Brannon IOLTA (Nicholas Graham) | Forfeited earnest money on sale of 215 Mitchell Street approved per Order, Dkt # 70. Sale not consummated. | 1229-000 | 3,500.00 | | 24,274.42 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.86 | 24,250.56 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 38.86 | 24,211.70 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.21 | 24,175.49 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 42.61 | 24,132.88 |
| 07/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 38.67 | 24,094.21 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 41.19 | 24,053.02 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 38.55 | 24,014.47 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 37.20 | 23,977.27 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 40.98 | 23,936.29 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 39.63 | 23,896.66 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 37.02 | 23,859.64 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 35.69 | 23,823.95 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 42.00 | 23,781.95 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.84 | 23,745.11 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.78 | 23,708.33 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 41.80 | 23,666.53 |

Page Subtotals:    $3,500.00    $607.89

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 18-71767-PMB | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | MICHAEL J BLYDENSTEIN | | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0723 | | Account #: | ******0323 Checking |
| For Period Ending: | 06/30/2024 | | Blanket Bond (per case limit): | $27,655,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.66 | 23,629.87 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 41.65 | 23,588.22 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 37.80 | 23,550.42 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.48 | 23,513.94 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 40.20 | 23,473.74 |
| 12/07/22 | {2} | Krystin Alexander | One half interest in property sold to Krystin Alexander for $25,000 per Order, Dkt # 86.  $5,000 paid and $20,000 due in May 2023. | 1110-000 | 5,000.00 | | 28,473.74 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 43.49 | 28,430.25 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 48.60 | 28,381.65 |
| 02/13/23 | {2} | Krystin Alexander | One half interest in property sold to Krystin Alexander for $25,000 per Order, Dkt # 86. | 1110-000 | 10,000.00 | | 38,381.65 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 49.93 | 38,331.72 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 63.48 | 38,268.24 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 57.24 | 38,211.00 |
| 05/08/23 | {2} | Krystin Alexander | One half interest in property sold to Krystin Alexander for $25,000 per Order, Dkt # 86. | 1110-000 | 10,000.00 | | 48,211.00 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 79.11 | 48,131.89 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 77.14 | 48,054.75 |
| 07/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 74.45 | 47,980.30 |
| 08/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 84.59 | 47,895.71 |
| 09/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 74.20 | 47,821.51 |
| 10/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 81.75 | 47,739.76 |
| 11/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 76.51 | 47,663.25 |
| 12/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 73.84 | 47,589.41 |
| 01/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 83.69 | 47,505.72 |
| 02/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 73.39 | 47,432.33 |
| 03/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 73.28 | 47,359.05 |
| 04/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 80.74 | 47,278.31 |

Page Subtotals:    $25,000.00    $1,388.22

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 18-71767-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | MICHAEL J BLYDENSTEIN | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0723 | Account #: | ******0323 Checking |
| For Period Ending: | 06/30/2024 | Blanket Bond (per case limit): | $27,655,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/14/24 | 102 | Georgia Department of Revenue | FEIN - 30-6680723. 2022 tax payment. Paid per Order, Dkt # 90. | 2820-000 | | 1,868.00 | 45,410.31 |
| 05/14/24 | 103 | Georgia Department of Revenue | FEIN - 30-6680723. 2023 tax payment. Paid per Order, Dkt # 90. | 2820-000 | | 458.00 | 44,952.31 |
| 05/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 77.21 | 44,875.10 |
| 06/28/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 66.94 | 44,808.16 |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 50,445.06 | 5,636.90 | $44,808.16 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 50,445.06 | 5,636.90 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $50,445.06 | $5,636.90 | |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| | |
|---|---|
| **Case No.:** | 18-71767-PMB |
| **Case Name:** | MICHAEL J BLYDENSTEIN |
| **Taxpayer ID #:** | **-***0723 |
| **For Period Ending:** | 06/30/2024 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0323 Checking |
| **Blanket Bond (per case limit):** | $27,655,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $50,445.06 |
| Plus Gross Adjustments: | $255,560.94 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $306,006.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0323 Checking | $50,445.06 | $5,636.90 | $44,808.16 |
| | **$50,445.06** | **$5,636.90** | **$44,808.16** |