UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ATLANTA LIGHT BULBS. INC, | : | CASE NO. 22-52950-PMB |
| | : | |
| Debtor. | : | JUDGE BAISIER |

**NOTICE OF ABANDONMENT OF CERTAIN
PROPERTY OF THE ESTATE**

**PLEASE TAKE** NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the following described property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate. The items have limited value and are encumbered by the lien of Tandem Bank.

Items shown in the pictures attached as Exhibit "A" and located in the back corner of the warehouse space at 2109 Mountain Industrial Boulevard, Tucker, GA 30084 (the "**Facility**"), which include (a) obsolete inventory, (b) lighting and fixtures considered as 'recyclables' and (c) shipping materials

Storage racking located at the Facility

Office furniture located at 2 Sun Court, Peachtree Corners, GA ("**Sun Court Office**") including (a) 3 - 5 cubicle office systems, (b) 8 – 3 drawer cabinets which slide under the cubicle desks, (c) 1 – 4 door credenza and (d) 1 – office chair.

Excluded from this abandonment are the Debtor's records, computers and data located at the Facility and the Sun Court Office.

**PLEASE TAKE FURTHER** NOTICE that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no

objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

This 21st day of July, 2022.

*/s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060

# Exhibit "A" Follows






