**Fill in this information to identify the case:**

Debtor name  **Atlanta Light Bulbs, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **22-52950**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Ford Motor Credit Company, LLC**
Creditor's Name

**c/o Ronald A. Levine**
**P.O. Box 422148**
**Atlanta, GA 30342**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**$459,433.00** | **Unknown**

---

**2.2  Tandem Bank**
Creditor's Name

**c/o Attn: Leslie M. Pineyro**
**699 Piedmont Avenue, NE**
**Atlanta, GA 30308**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$600,000.00** | **Unknown**

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **U.S. Small Business Admin** |
|---|---|

Creditor's Name

**200 W. Santa Ana Blvd. Ste. 740**
**Santa Ana, CA 92701**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                $2,025,551.37          Unknown

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,084,984.37 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Atlanta Light Bulbs, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **22-52950**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Allison Meehan**<br>**8723 stony field way**<br>**louisville, KY 40299** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2.21 | $2.21 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**ANDREA MCKEEVER**<br>**4370 GUNNIN RD**<br>**Norcross, GA 30092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $74.20 | $74.20 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.60 | $12.60 |
|---|---|---|---|---|
| | **Ashley Van Gelder**<br>**3307 Stone Heather Ct.**<br>**Herndon, VA 20171** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.90 | $171.90 |
|---|---|---|---|---|
| | **Ben Hartshorn**<br>**490 JARVIS DR**<br>**MORGAN HILL, CA 95037-2809** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.90 | $161.90 |
|---|---|---|---|---|
| | **Bradley Harken**<br>**2808 South Radio Lane**<br>**Spokane, WA 99223** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.26 | $55.26 |
|---|---|---|---|---|
| | **chirag patel**<br>**628 U.S. 250**<br>**Norwalk, OH 44857** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|

Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.45** | **$6.45** |
|---|---|---|---|---|

**Christopher Cooper**
**6956 Whitewater Ln**
**Lincoln, NE 68521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | | **$24.73** | **$24.73** |
|---|---|---|---|---|

**Connie Chen**
**4011 Crest Ct**
**Pleasanton, CA 94588**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | | **$136.50** | **$136.50** |
|---|---|---|---|---|

**Daniel Gray**
**867 Valley Street**
**Dayton, OH 45404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | | **$10.65** | **$10.65** |
|---|---|---|---|---|

**Dave Gomoll**
**3323 Dekalb Ln**
**Neenah, WI 54956**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (*if known*) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$44.00** | **$44.00** |
|---|---|---|---|---|

**David Amheiser**
**3782 Wenkel Ford**
**Leslie, MO 63056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.12 | Priority creditor's name and mailing address | | **$36.58** | **$36.58** |
|---|---|---|---|---|

**David Paratore**
**8601 Bell Mountain Dr**
**Austin, TX 78730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.13 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DEKALB COUNTY TAX**
**COMMISSIONER**
**P. O. BOX 100004**
**DECATUR, GA 30031-7004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| 2.14 | Priority creditor's name and mailing address | | **$12.96** | **$12.96** |
|---|---|---|---|---|

**Dennis Jewell**
**14993 sw Scarlett dr**
**Tigard, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.20 $91.20 |
| | **Dennis Miller**<br>**8260 Lakeland Dr.**<br>**Granite Bay, CA 95746** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.02 $58.02 |
| | **Edward Blank**<br>**PO Box 180446**<br>**Boston, MA 02118** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.99 $22.99 |
| | **Edward J. Lyons**<br>**847 Dewitt Road**<br>**Webster, NY 14580** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.40 $20.40 |
| | **Eileen Guptill**<br>**1387 NYE ST**<br>**CHARLESTON, SC 29407-5121** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.98 | $22.98 |
|---|---|---|---|---|

**Elaine Cox**
**3907 - 103RD STREET CT**
**GIG HARBOR, WA 98332-8814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.87 | $79.87 |
|---|---|---|---|---|

**Eric Macbeth**
**503 E Maple St**
**River Falls, WI 54022-2516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Fiona Lin**
**75 BRIAR HILL RD**
**NORWICH, CT 06360-6440**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GEORGIA DEPT OF REV**
**SALES AND USE TAX DIVISION**
**P. O. BOX 105296**
**Atlanta, GA 30348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **GEORGIA DEPT OF REVENUE**<br>**Taxpayer Services Division**<br>**PO Box 105499**<br>**Atlanta, GA 30348** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$83.80** | **$83.80** |
|---|---|---|---|---|
| | **Greg Mosely**<br>**5257 Highway 280 East**<br>**Pembroke, GA 31321** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76.93** | **$76.93** |
|---|---|---|---|---|
| | **Gregory Taylor**<br>**2000 Strathallan Woods Place**<br>**Innisfil, ON L9S 4T7** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74.52** | **$74.52** |
|---|---|---|---|---|
| | **Harry Ruffino**<br>**5109 W. Lemon St.**<br>**Tampa, FL 33609** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.38 | $23.38 |
|---|---|---|---|---|

**Ilhom Islomov**
**1985 E 15TH ST APT D4**
**BROOKLYN, NY 11229-3343**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.90 | $85.90 |
|---|---|---|---|---|

**Jack Eiseman**
**466 MILL COVE DR**
**Dahlonega, GA 30533**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 | $22.00 |
|---|---|---|---|---|

**James E. O'Brien**
**14 DAY ST**
**BLOOMFIELD, NJ 07003-4410**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.46 | $15.46 |
|---|---|---|---|---|

**James Eifler**
**2800 N Flagler D**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
| --- | --- | --- | --- |
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.95 | $39.95 |
| --- | --- | --- | --- | --- |

**James M Sharp**
**53 ALPINE GEM LN**
**TROUT CREEK, MT 59874-9410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.77 | $36.77 |
| --- | --- | --- | --- | --- |

**Jan Schwartz**
**0175N 450 East**
**Bluffton, IN 46714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.59 | $20.59 |
| --- | --- | --- | --- | --- |

**JASON MARTON**
**471 Copano Ridge Rd**
**Rockport, TX 78382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
| --- | --- | --- | --- | --- |

**Jermaine Williams**
**2 Tibbits Ave**
**White Plains, NY 10606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
| --- | --- | --- | --- |
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.22 | $13.22 |
| --- | --- | --- | --- | --- |
| | **Joe De leon**<br>**1210 north Richmond Road**<br>**Bay #5**<br>**Wharton, TX 77488** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
| --- | --- | --- | --- | --- |
| | **john crosby**<br>**534 white pelican**<br>**vero beach, FL 32963** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.45 | $46.45 |
| --- | --- | --- | --- | --- |
| | **John Keating**<br>**6122 36TH AVE NW**<br>**SEATTLE, WA 98107-2626** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.70 | $13.70 |
| --- | --- | --- | --- | --- |
| | **John T Carter**<br>**PO BOX 772**<br>**Selma, AL 36702** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$243.42** | **$243.42** |
|---|---|---|---|---|
| | **JR Metzger**<br>**3101 Concord ROAD**<br>**Aston PA, PA 19014** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$44.00** | **$44.00** |
|---|---|---|---|---|
| | **Lewis Milner**<br>**19711 Edgecliff Drive**<br>**Euclid, OH 44119** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.60** | **$45.60** |
|---|---|---|---|---|
| | **Mark Allen**<br>**3640 Pallos Verdas Dr.**<br>**Dallas, TX 75229** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.96** | **$45.96** |
|---|---|---|---|---|
| | **Max Bodden**<br>**106 Bowsprit Drive**<br>**North Palm Beach, FL 33408** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.60 | $15.60 |
|---|---|---|---|---|

**Michael Fannin**
**46 Gema**
**San Clemente, CA 92672**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.68 | $174.68 |
|---|---|---|---|---|

**Michel Moos**
**946 NORTH AVE NE**
**ATLANTA, GA 30306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.99 | $10.99 |
|---|---|---|---|---|

**Monty Benhaim**
**10611 Garden Grove Ave**
**Northridge, CA 91326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.28 | $203.28 |
|---|---|---|---|---|

**Naitram Gopaul**
**407 Keys Ferry Rd**
**McDonough, GA 30252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.36** | **$240.36** |
|---|---|---|---|---|

**Nick Bohacz**
**27 JUNIPER DR**
**RICHBORO, PA 18954-1625**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.05** | **$37.05** |
|---|---|---|---|---|

**Noah Scher**
**559 Jacobs Place**
**Carbondale, CO 81623**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54.12** | **$54.12** |
|---|---|---|---|---|

**Peggy O'Halloran**
**6598 Springpath Lane**
**San Jose, CA 95120**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$672.40** | **$672.40** |
|---|---|---|---|---|

**Rameshwar Deokaran**
**555 E 90TH ST**
**NEW YORK, NY 10128-7803**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $41.67 | $41.67 |
|---|---|---|---|---|
| | **ricky mcintyre**<br>**310 South Lake Avenue**<br>**Ridgeland, MS 39157** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36.74 | $36.74 |
|---|---|---|---|---|
| | **Robert Beaulieu**<br>**349 Black Brook Road**<br>**Goffstown, NH 03045** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13.11 | $13.11 |
|---|---|---|---|---|
| | **Robin Hopper**<br>**PO Box 670549**<br>**Chugiak, AK 99567** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13.80 | $13.80 |
|---|---|---|---|---|
| | **Rolando Martinez**<br>**4307 9th St.**<br>**Rockford, IL 61109** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.13** | **$36.13** |
|---|---|---|---|---|
| | **Ron Conti**<br>**905 Harvest Lane**<br>**Indiana, PA 15701** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$216.00** | **$216.00** |
|---|---|---|---|---|
| | **RONALD CARPENTER**<br>**6 COLLEGE HILL RD**<br>**CANAAN, CT 06018-2313** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ronald Finkenbinder**<br>**215 West Lisburn Rd**<br>**Mechanicsburg, PA 17055** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$207.92** | **$207.92** |
|---|---|---|---|---|
| | **Ronald Thon**<br>**1010 May Lane**<br>**Yankton, SD 57078** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.68 | $34.68 |
|---|---|---|---|---|

**RUSSELL LACEY**
**P. O. BOX 575**
**BOAZ, AL 35957**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.58 | $27.58 |
|---|---|---|---|---|

**Santosh Iyer**
**28 LEWISTON CIR**
**LANCASTER, PA 17601-4822**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.73 | $24.73 |
|---|---|---|---|---|

**Sarah Markowitz**
**328 North Main St**
**Minoa, NY 13116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.62 | $21.62 |
|---|---|---|---|---|

**Scott Long**
**8321 SNOWDEN OAKS PL**
**LAUREL, MD 20708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $2.99 | $2.99 |
|---|---|---|---|---|---|
| | **scott palmi** | *Check all that apply.* | | | |
| | **106 Cemetery Road** | ☐ Contingent | | | |
| | **Putney, VT 05346** | ☐ Unliquidated | | | |
| | | ■ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $36.95 | $36.95 |
|---|---|---|---|---|---|
| | **Sharon A. Colado** | *Check all that apply.* | | | |
| | **628 DAVID ST** | ☐ Contingent | | | |
| | **LAKE IN THE HILLS, IL 60156-5205** | ☐ Unliquidated | | | |
| | | ■ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $270.23 | $270.23 |
|---|---|---|---|---|---|
| | **shaun kennedy** | *Check all that apply.* | | | |
| | **2070 kalakaua ave** | ☐ Contingent | | | |
| | **Honolulu, HI 96815** | ☐ Unliquidated | | | |
| | | ■ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | | |
| | | ☐ Yes | | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $10.79 | $10.79 |
|---|---|---|---|---|---|
| | **STEPHEN MULLADY** | *Check all that apply.* | | | |
| | **1100 CUMBERLAND RD** | ☐ Contingent | | | |
| | **Chattanooga, TN 37419** | ☐ Unliquidated | | | |
| | | ■ Disputed | | | |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | | |
| | | ☐ Yes | | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address<br>**Steven weiher**<br>**S76W13722 MCSHANE DR**<br>**MUSKEGO, WI 53150-3931** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$24.73** | **$24.73** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>**Taniel m Cameron**<br>**9 York circle**<br>**Bluffton, SC 29909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$49.46** | **$49.46** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address<br>**Todd McAreavey**<br>**2605 Fieldstone Trl**<br>**Ponca City, OK 74604** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$663.00** | **$663.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address<br>**Tony Celli**<br>**28 E. Spring st**<br>**cookeville, TN 38501** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$240.00** | **$240.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
| --- | --- | --- | --- |
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$60.32** | **$60.32** |
| --- | --- | --- | --- | --- |

**Trent Weaver**
**2204 Chestnut Road**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$95.00** | **$95.00** |
| --- | --- | --- | --- | --- |

**Tuyen Nguyen**
**23 Susan Drive**
**Pelham, NH 03076**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$588.06** | **$588.06** |
| --- | --- | --- | --- | --- |

**Tyler MacGeorge**
**1031 Miller Dr.**
**Altamonte Springs, FL 32701**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$27.54** | **$27.54** |
| --- | --- | --- | --- | --- |

**vonee pawlowski**
**PO Box 872**
**Hiawassee, GA 30546**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.49 | $56.49 |
|---|---|---|---|---|

**Winfred Wiencke**
**2133 Newport Place NW**
**Washington, DC 20037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,769.14 |
|---|---|---|---|

**ABB Installation Products Inc.**
**PO Box 28073**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,185.14 |
|---|---|---|---|

**ABB Installation Products Inc.**
**1811 Hymus Blvd**
**Dorval, QC H9P1JK5**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,208.00 |
|---|---|---|---|

**ABRAMS GROUP CONSTRUCTION**
**3645 Hwy 90**
**Milton, FL 32571**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $948.87 |
|---|---|---|---|

**AC ELECTRONICS**
**3401 AVENUE D**
**ARLINGTON, TX 76011**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.37 |
|---|---|---|---|

**ACCO BRANDS - ONTARIO**
**PO BOX 842166**
**BOSTON, MA 02284**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138.04**

**ACE CASH EXPRESS**
**3804 Gunn Hwy**
**Suite B**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,987.50**

**Acuity Brands Lighting**
**PO Box 100863**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.69**

**ADT Commercial**
**PO Box 382109**
**Pittsburgh, PA 15251-8109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,082.99**

**AFLAC**
**ATTN:  REMITTANCE PROCESSI**
**1932 WYNNTON ROAD**
**COLUMBUS, GA 31999-0797**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,259.75**

**ALL METRO SUPPLY (#656.00)**
**3755 HEWATT COURT**
**SNELLVILLE, GA 30039**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.19**

**ALLGOOD PLUMBING & ELECTRIC**
**5238 Royalwoods Parkway**
**Suite 190**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,353.36**

**ALLIANCE SPORTS GROUP (NEBO)**
**DBA NEBO TOOLS**
**P O BOX 203246**
**DALLAS, TX 75320-3246**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | |

Debtor  **Atlanta Light Bulbs, Inc.**
   Name

Case number (if known)  **22-52950**

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,656.20 |
|---|---|---|---|

**AMAX LIGHTING 65600**
**10268 SANTA FE SPRINGS RD**
**SANTA FE SPGS, CA 90670**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219,918.00 |
|---|---|---|---|

**AMERICAN EXPRESS**
**PO BOX 650448**
**DALLAS, TX 75265-0448**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.64 |
|---|---|---|---|

**AMERICAN LIGHTING SUPPLY**
**ATTN: ACCOUNTS PAYABLE**
**P.O. BOX 1761**
**LILBURN, GA 30047**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558.96 |
|---|---|---|---|

**AMERICAN TACK AND HARDWARE**
**P. O. BOX 85077   (65600)**
**CHICAGO, IL 60680-0851**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,710.00 |
|---|---|---|---|

**American Ultraviolet**
**212 S. Mt. Zion Road**
**Lebanon, IN 46052**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,290.58 |
|---|---|---|---|

**AMERICASMART**
**475 S. Grand Central Parkway**
**Suite 1615**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.83 |
|---|---|---|---|

**ANDRUS ELECTRICAL SOLUTIONS**
**10750 PLANTATION DRIVE**
**JOHNS CREEK, GA 30022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,968.39 |
|---|---|---|---|

**ANTHONY**
**2388 COLLECTIONS CENTER DR**
**ACCT # 102260**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $154.80 |
|---|---|---|---|

**ASTORIA FOOT CARE GROUP**
**31-17 DITMARS BLVD SUITE 1**
**ASTORIA, NY 11105**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer Credit Balance**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $868.46 |
|---|---|---|---|

**AT&T *1882 (79020)**
**PO BOX 105262**
**ATLANTA, GA 30348-5262**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,035.34 |
|---|---|---|---|

**AT&T CAROL STREAM *835**
**P O BOX 5019**
**CAROL STREAM, IL 60197-5019**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $753.41 |
|---|---|---|---|

**ATG ELECTRONICS**
**10700 7TH STREET**
**RCH CUCAMONGA, CA 91730**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $278.64 |
|---|---|---|---|

**ATLANTA BOTANICAL GARDENS**
**ATTN: ACCOUNTS PAYABLE**
**1345 PIEDMONT AVE NE**
**ATLANTA, GA 30309**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer Credit Balance**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66.74 |
|---|---|---|---|

**ATLANTA RONALD MCDONALD HOUSE**
**ATTN: ACCOUNTS PAYABLE**
**795 GATEWOOD ROAD**
**ATLANTA, GA 30329**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Customer Credit Balance**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,929.00**

**ATLAS LIGHTING PROD (#65600)**
**P. O. BOX 740471**
**ATLANTA, GA 30374-0471**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,340.42**

**ATR LIGHTING**
**PO BOX 67**
**RICHLAND, MO 65556**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,512.40**

**AXIS LED GROUP, LLC**
**L-3790**
**COLUMBUS, OH 43260-3790**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32.94**

**B B Storage LLC**
**1811 W Jackson St**
**Knoxville, IA 50138-1020**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.96**

**B&H ELECTRIC AND SUPPLY**
**1330 HWY 41 BYPASS**
**GRIFFIN, GA 30224**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,900.00**

**Barron Lighting Group (EXITRONIX)**
**PO BOX 8271**
**PASADENA, CA 91109-8271**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$190.46**

**Barton's Home Upgrading**
**121 Penny Lane**
**MCDONOUGH, GA 30253**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$477.00** |
| | **BATAVIA PUBLIC SCHOOLS** | ☐ Contingent | |
| | **804 MAIN STREET** | ☐ Unliquidated | |
| | **BATAVIA, IL 60510** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$174.96** |
| | **BECKER ADVENTIST SCHOOL** | ☐ Contingent | |
| | **ATTN: ACCOUNTS PAYABLE** | ☐ Unliquidated | |
| | **3567 COVINGTON HIGHWAY** | ☑ Disputed | |
| | **DECATUR, GA 30032** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$566.40** |
| | **Benz Research and Development** | ☐ Contingent | |
| | **6447 Parkland Drive** | ☐ Unliquidated | |
| | **Sarasota, FL 34243** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$474.38** |
| | **BLC America (formerly Green Energy Light** | ☐ Contingent | |
| | **16310 ARTHUR ST.** | ☐ Unliquidated | |
| | **CERRITOS, CA 90703** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
| | **BLUEGRASS IRRIGATION & LIGHTING INC** | ☐ Contingent | |
| | **4855 Hills and Dales Rd NW** | ☐ Unliquidated | |
| | **CANTON, OH 44708** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$618.64** |
| | **Boise Diamond Tables** | ☐ Contingent | |
| | **3949 Adams Street** | ☐ Unliquidated | |
| | **Garden City, ID 83714** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Bomar Pneumatics** | ☐ Contingent | |
| | **5785 West 74th Street** | ☐ Unliquidated | |
| | **Indianapolis, IN 46278** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.97 |
|---|---|---|---|

**BOSTON UNIVERSITY**
**ATTN:  ACCOUNTS PAYABLE**
**25 BUICK STREET**
**BOSTON, MA 02215**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69.02 |
|---|---|---|---|

**BREIT INDUSTRIAL HOLDINGS LLC**
**(STREAM RE**
**P.O. BOX 1232**
**Hicksville, NY 11802-1232**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,273.22 |
|---|---|---|---|

**BREIT Stone Mountain Owner LLC**
**PO Box 208046**
**Dallas, TX 75320-8046**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.95 |
|---|---|---|---|

**BRIARLAKE BAPTIST CHURCH**
**ATTN: ACCOUNTS PAYABLE**
**3715 LAVISTA RD**
**DECATUR, GA 30033**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.06 |
|---|---|---|---|

**BUFORD HWY. FARMERS MKT**
**ATTN. ACCOUNTS PAYABLE**
**P. O. BOX 620533**
**ATLANTA, GA 30362**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,477.89 |
|---|---|---|---|

**BULBRITE INDUSTRIES**
**P. O. BOX 419890**
**BOSTON, MA 02241-9890**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $532.00 |
|---|---|---|---|

**BULBTRONICS (#65600)**
**45 BANFI PLAZA N.**
**FARMINGDALE, NY 11735**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.41 |
|---|---|---|---|

**C.N.ROBINSON LIGHTING SUPPLY**
**ATTN. ACCOUNTS PAYABLE**
**4318 WASHINGTON BLVD.**
**BALTIMORE, MD 21227**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,810.08 |
|---|---|---|---|

**CADMET, INC.**
**P.O. BOX 24**
**MALVERN, PA 19355**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,207.74 |
|---|---|---|---|

**CANDELA CORPORATION**
**FILE #1033**
**1801 WEST OLYMPIC BLVD**
**PASADENA, CA 91199-1033**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.55 |
|---|---|---|---|

**CAPITAL CITY ELECTRICAL SRV**
**1346 Oakbrook Dr**
**Suite 170A**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.96 |
|---|---|---|---|

**CAPITAL ELECTRIC COMPANY**
**PO BOX 945650**
**Maitland, FL 32794**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,658.18 |
|---|---|---|---|

**Capital One Spark**
**PO Box 71083**
**Charlotte, NC 28272-1083**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**CAPP, INC.**
**PO Box 127**
**Clifton Heights, PA 19018-0127**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,706.91** |
|---|---|---|---|

**CBC LIGHTING**
**3025 A BATES RD**
**MONTREAL, QC H3S 2W8**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108,959.47** |
|---|---|---|---|

**Chase Card Services**
**P. O. BOX 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.10** |
|---|---|---|---|

**Chinook Engineering**
**860 S Windrose Drive**
**Coupeville, WA 98239**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194.19** |
|---|---|---|---|

**CHRIST OUR HOPE**
**CATHOLIC CHURCH**
**1786 WELLBORN ROAD**
**LITHONIA, GA 30058**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,112.24** |
|---|---|---|---|

**Chubb**
**PO Box 382001**
**Pittsburgh, PA 15250-8001**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.28** |
|---|---|---|---|

**CINTAS CORPORATION -MASTER**
**6800 CINTAS BLVD CINCINNATI**
**CINCINNATI, OH 45262**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,929.90** |
|---|---|---|---|

**CITY ELECTRIC SUPPLY(C.E.S.)**
**PO Box 131811**
**Charleston Division**
**Dallas, TX 75313**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|

Name

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,087.61**

**CITY LIGHTS (65600)**
PO BOX 6586
PHOENIX, AZ 85005

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.90**

**City of Dekalb Streets Dept.**
1316 Market St
Dekalb, IL 60115-3533

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.94**

**City of West Palm Beach**
1045 charlotte ave
west palm beach, FL 33401

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.44**

**Cityplex**
7777 South Lewis Avenue
Tulsa, OK 74171

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$773.31**

**COMCAST**
P O BOX 530098
ATLANTA, GA 30353-0098

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$912.90**

**Comcast (VOIP)**
PO Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$351.00**

**CommerceHub**
25736 Network Place
Chicago, IL 60673-1257

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.08** |
|---|---|---|---|
| | **COMMERCIAL AND CUSTOM CABINET** | ☐ Contingent | |
| | **2111 KILMAN DRIVE** | ☐ Unliquidated | |
| | **TUCKER, GA 30084** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Customer Credit Balance | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.79** |
|---|---|---|---|
| | **COMMERCIAL LIGHTING COMPANY** | ☐ Contingent | |
| | **8201 NORTH HIMES AVE** | ☐ Unliquidated | |
| | **TAMPA, FL 33614** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Customer Credit Balance | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
|---|---|---|---|
| | **Connie Liles Auto Parts** | ☐ Contingent | |
| | **1127 W.Orange Ave** | ☐ Unliquidated | |
| | **Tallahassee, FL 32310** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Customer Credit Balance | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$885.26** |
|---|---|---|---|
| | **Cooper Lighting (Eaton)** | ☐ Contingent | |
| | **28362 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1283** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.12** |
|---|---|---|---|
| | **CORPUS CHRISTI CATHOLIC CHURCH** | ☐ Contingent | |
| | **ATTN: SALLY YADAV** | ☐ Unliquidated | |
| | **600 MOUNTAIN VIEW DRIVE** | ■ Disputed | |
| | **STONE MOUNTAIN, GA 30083** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Customer Credit Balance | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Credence Resource Mgt** | ☐ Contingent | |
| | **4222 Trinity Mills** | ☐ Unliquidated | |
| | **Suite 260** | ■ Disputed | |
| | **Dallas, TX 75287** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Agent for ATT | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.64** |
|---|---|---|---|
| | **Creditsafe USA Inc** | ☐ Contingent | |
| | **PO BOX 789985** | ☐ Unliquidated | |
| | **PHILADELPHIA, PA 19178-9985** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  Vendor | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.90**

**CREE LIGHTING**
**75 REMITTANCE DRIVE**
**SUITE 6403**
**CHICAGO, IL 60675-6403**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CST Co**
**PO Box 33127**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Agent for Lutron Electroncis__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57.25**

**Current Electric**
**305 Wells St**
**Greenfield, MA 01301**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$502.53**

**DE ANDRADE MANGIERI LLC**
**ATTN JEFFERY M MANGIEI ESQ**
**2 RAVINIA DR STE 1530**
**ATLANTA, 30346 30346-0000**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236.52**

**DECATUR DIGGS**
**141 GRAPE ST NE**
**ATLANTA, GA 30312**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167.28**

**DECATUR PRESBYTERIAN CHURCH**
**ATTN ACCTS PAYABLE**
**205 SYCAMORE ST**
**DECATUR, GA 30030**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$276.49**

**DEKALB COUNTY (SAN)**
**P. O. BOX 105942**
**DECATUR, GA 30348-5942**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$298.07** |
|---|---|---|---|

**DEKALB COUNTY (WTR)**
**P. O. BOX 71224**
**Charlotte, NC 28272-1224**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Vendor</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.01** |
|---|---|---|---|

**Di-Coat Corporation**
**42900 W. 9 Mile Rd.**
**Novi, MI 48375**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Customer Credit Balance</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$367.20** |
|---|---|---|---|

**DIAMOND RESTAURANT SERVICE, INC**
**849 EDMONDSON RD**
**MONROE, GA 30656**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Customer Credit Balance</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222.92** |
|---|---|---|---|

**District850**
**2662 Fleischmann Road**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Customer Credit Balance</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$794.53** |
|---|---|---|---|

**DIVERSE MARKETING**
**2050 N. Stemmons Frwy.**
**Suite 439 & 421**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Customer Credit Balance</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.50** |
|---|---|---|---|

**DIVINE MORTUARY SERVICES**
**5620 HILLANDALE DR**
**LITHONIA, GA 30058**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Customer Credit Balance</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,466.25** |
|---|---|---|---|

**Drew Bowen Electric**
**5231 Copelan Rd**
**Watkinsville, GA 30677**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  <u>Vendor</u>

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$832.33**

ECKARDT ELECTRIC
ATTN. ACCOUNTS PAYABLE
3690 NORTH PEACHTREE ROAD
ATLANTA, GA 30341

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,978.52**

EDWIN GAYNOR CORPORATION
200 CHARLES STREET
STRATFORD, CT 06615

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,345.44**

EIKO LTD.
8596 SOLUTION CENTER
CHICAGO, IL 60677-8005

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.00**

ELECTRIC SUPPLY & EQUIPMENT
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20308
GREENSBORO, NC 27420

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.34**

Elite Aviation c/o Donna Tipton
18600 EDISON AVE
CHESTERFIELD, MO 63005-3644

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,940.74**

ELONG INTERNATIONAL USA.
1200 W. CROSBY ROAD
CARROLLTON, TX 75006

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.36**

EMORY UNIVERSITY/PHARMACOLOGY
PO Box 3807
Scranton, PA 18505

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,042.96 |
|---|---|---|---|

**ENCAPSULITE INTERNAT. (#65600)**
**P. O. BOX 1086**
**ROSENBERG, TX 77471**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,449.39 |
|---|---|---|---|

**ENERGETIC LIGHTING,INC**
**13445 12TH STREET**
**CHINO, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.60 |
|---|---|---|---|

**Entertainment Technology Inc**
**155 Atlanta Hwy**
**Loganville, GA 30052**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,769.60 |
|---|---|---|---|

**ESL Vision, LLC**
**1136 South 3600 West**
**Suite 400**
**Salt Lake City, UT 84104**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,557.35 |
|---|---|---|---|

**EYE LIGHTING**
**9150 Hendricks Road**
**Mentor, OH 44060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $485.99 |
|---|---|---|---|

**Fairfield Inn and Suites**
**1355 Mall of Georgia Blvd.**
**Buford, GA 30519**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,802.26 |
|---|---|---|---|

**FANLIGHT CORPORATION**
**2000 S. GROVE AVE, BLDG B**
**ONTARIO, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,650.24** |
|---|---|---|---|

**FEDERAL EXPRESS**
P.O. BOX 660481
DALLAS, TX 75266-0481

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,970.26** |
|---|---|---|---|

**FEDEX FREIGHT EAST**
DEPT CH
PO BOX 10306
PALATINE, IL 60055-0306

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**FEDEX Revenue Recovery Dept**
P Box 371461
Pittsburgh, PA 15250

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,656.67** |
|---|---|---|---|

**FEELUX**
3000 NORTHWOODS PKWY
SUITE 165
NORCROSS, GA 30071

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.59** |
|---|---|---|---|

**FIRST SOUTHERN MANAGEMENT LLC**
1842 INDEPENDENCE SQUARE STE C
ATLANTA, GA 30338

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88.50** |
|---|---|---|---|

**Flo-control**
80 Center Rd SE
Cartersville, GA 30121

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$990.00** |
|---|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**
P.O. BOX 13600
TALLAHASSEE, FL 32317

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,824.53** |
|---|---|---|---|

**Ford Credit**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,379.61** |
|---|---|---|---|

**FULHAM COMPANY**
**P.O. BOX 845686**
**Los Angeles, CA 90084-5686**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$585.00** |
|---|---|---|---|

**Fusco's The Spot**
**4432 E Bristol Rd**
**Feasterville Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690.16** |
|---|---|---|---|

**FUSECO INC (75600)**
**1865 Corporate Dr., Ste 210**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,282.80** |
|---|---|---|---|

**GA CENTRAL ELECTRICAL**
**100 Commerce Drive**
**P.O. Box 723**
**Tyrone, GA 30290**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.28** |
|---|---|---|---|

**Gatewood Schools**
**139 Phillips Dr.**
**Eatonton, GA 31024**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,251.30** |
|---|---|---|---|

**GEORGIA DUPLICATING PRODUCTS, INC.**
**(Xero**
**P O BOX 3547**
**MACON, GA 31205**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,696.01**

**GEORGIA POWER COMPANY (#79530)**
**96 ANNEX**
**ATLANTA, GA 30396-0001**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617.47**

**GLOBAL INDUSTRIAL COMPANY**
**29833 Network Place**
**Chicago, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.68**

**GREATER ATLANTA CHRISTIAN SCHOOL**
**1575 INDIAN TRAIL RD**
**NORCROSS, GA 30093**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.88**

**GREEK ORTHODOX CATHEDRAL**
**2500 CLAIRMONT ROAD**
**ATTN: Victor Rodi**
**ATLANTA, GA 30329**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,379.90**

**GREEN CREATIVE**
**PO Box 930495**
**Atlanta, GA 31193-0495**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.98**

**GREEN GLOW DOCK LIGHT**
**4604 49th St. North**
**Suite 122**
**Saint Petersburg, FL 33709**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299,477.03**

**HALCO LIGHTING Technologies LLC**
**PO BOX 936822**
**ATLANTA, GA 31193-6822**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,604.72**

HATCH TRANSFORMERS
7821 WOODLANDS CENTER BLVD
TAMPA, FL 33614

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,171.78**

Hep Group USA
12245 Florence Avenue
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

HLI Solutions Inc.
Hubbell
701 Millennium Blvd
Geeenville, SC 29607

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,909.46**

HOLIDAY DIVISION (#65600)
ACTION LIGHTING
310 ICE POND DR
BOZEMAN, MT 59715

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78.00**

HOLIDAY INN EXPRESS - CADILLAC
7642 SOUTH US. 131
CADILLAC, MI 49601

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,023.00**

HONYA Lighting
Garden City NY 11530 United States
Garden City, NY 11530

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3.28**

HORMEL FOODS CORP
P O BOX 900
AUSTIN, MN 55912

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
| | Name | | |

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,990.35** |
|---|---|---|---|
| | **HOWARD INDUSTRIES**<br>**P. O. BOX 11407**<br>**BIRMINGHAM, AL 35246-1132** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,229.30** |
|---|---|---|---|
| | **HUBBELL LIGHTING, INC.**<br>**DEPT CH 14175**<br>**PALATINE, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,366.77** |
|---|---|---|---|
| | **Ignite Industrial Consignment**<br>**Attn: Jeff Heilman**<br>**568 George Bishop Pkwy**<br>**Myrtle Beach, SC 29579** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$939.79** |
|---|---|---|---|
| | **Imaging Center**<br>**22647 Ventura Blvd.**<br>**Ste. 661**<br>**Woodland Hills, CA 91364** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,484.11** |
|---|---|---|---|
| | **INDUSTRIAL PKG CORP (75601)**<br>**PO BOX 740438**<br>**ATLANTA, GA 30374-0438** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56.18** |
|---|---|---|---|
| | **INFINITE ENERGY CENTER**<br>**ATT: Jan Mitchell**<br>**6400 SUGARLOAF PARKWAY**<br>**DULUTH, GA 30097** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Customer Credit Balance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.78** |
|---|---|---|---|
| | **INTERLIGHT**<br>**7939 NEW JERSEY AVENUE**<br>**HAMMOND, IN 46323-3040** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,607.22 |
|---|---|---|---|

**INTERMATIC**
**P.O.BOX 71596**
**CHICAGO, IL 60694**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,445.69 |
|---|---|---|---|

**INTERSTATE ALL BATTERIES WH**
**PO BOX 1909**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,153.18 |
|---|---|---|---|

**IRON MOUNTAIN**
**P O BOX 915004**
**DALLAS, TX 75391-5004**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $526.89 |
|---|---|---|---|

**ITV ASSOCIATES, INC.**
**1845 SOUTH LEE COURT**
**BUFORD, GA 30518**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,892.22 |
|---|---|---|---|

**J.D. INTERNATIONAL**
**P. O. BOX 668755**
**POMPANO BEACH, FL 33066**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $87.16 |
|---|---|---|---|

**Jackpot Junction Casino Hotel**
**PO Box 420**
**Morton, MN 56270**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42.45 |
|---|---|---|---|

**Jennifer W Gordona DDS LLC**
**105 East Ohio avenue**
**Mount Vernon, OH 43050**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,836.51** |
|---|---|---|---|
| | **Jiawei Technology (USA) Limited**<br>**29470 Union City Blvd.**<br>**Union City, CA 94587** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,712.30** |
|---|---|---|---|
| | **JL Lighting**<br>**4505 Peachtree Industrial Blvd**<br>**STE D**<br>**Berkeley Lake, GA 30092** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,580.00** |
|---|---|---|---|
| | **John Jimenez DDS**<br>**4831 SOQUEL DR**<br>**SOQUEL, CA 95073-2428** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer Credit Balance__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,280.00** |
|---|---|---|---|
| | **KC ELECTRONIC DISTRIBUTORS**<br>**186 NORTH BELLE MEAD ROAD**<br>**East Setauket, NY 11733** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer Credit Balance__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.50** |
|---|---|---|---|
| | **KENDALL ELECTRIC, INC (ALL 42)**<br>**5101 S. SPRINKLE ROAD**<br>**PORTAGE, MI 49002-2049** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Customer Credit Balance__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$289,298.70** |
|---|---|---|---|
| | **KEYSTONE TECHNOLOGIES**<br>**PO BOX 69159**<br>**Baltimore, MD 21264-9159** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,075.49** |
|---|---|---|---|
| | **LADE ELECTRICAL SUPPLY(#65600)**<br>**US ELECTRICAL SERVICES, INC, ATTN:**<br>**LBS**<br>**PO BOX 101569**<br>**ATLANTA, GA 30392-1569** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,046.13** |
|---|---|---|---|

**LEDVANCE LLC *429484***
**PO BOX 5163**
**Carol Stream, IL 60197-5163**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,553.75** |
|---|---|---|---|

**LIGHT EFFICIENT DESIGN**
**188 NORTHWEST HWY**
**SUITE 301**
**CARY, IL 60013**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,130.00** |
|---|---|---|---|

**LIGHTING ASSOCIATES**
**3600 SWIFTWATER PARK DRIVE**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,378.91** |
|---|---|---|---|

**Lighting Supply (formerly LIGHT BULB DIS**
**L-4058**
**Columbus, OH 43260-4058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,280.00** |
|---|---|---|---|

**LITETRONICS (#65600)**
**6969 West 73rd Street**
**BEDFORD PARK, IL 60638**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.00** |
|---|---|---|---|

**LOWE ELECTRIC SUPPLY COMPANY**
**ATTN: ACCOUNTS PAYABLE**
**P O BOX 4767**
**MACON, GA 31208**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,786.29** |
|---|---|---|---|

**LUMIRAM (#65600)**
**707 Executive Blvd. 1A**
**Valley Cottage, NY 10989**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,207.92 |
|---|---|---|---|

**LUTRON ELECTRONICS (NO DROPSHIP)**
P O BOX 643782
PITTSBURGH, PA 15264-3782

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.30 |
|---|---|---|---|

**MAINTENANCE SUPPLY**
ATTN: ACCOUNTS PAYABLE
6910 Brasada Dr.
Houston, TX 77085

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,216.30 |
|---|---|---|---|

**MAJOR SUPPLY INTERNATIONAL**
5400 NW 35TH Terrace
SUITE 104
Ft. Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,393.34 |
|---|---|---|---|

**MARKET GROUP VENTURES (#65600)**
P. O. BOX 40
SHAWNIGAN LAKE, BC V0R 2W0

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,644.00 |
|---|---|---|---|

**MARTIN SPROCKET & GEAR, INC.**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 886
SCOTTDALE, GA 30079

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**Maxair Mechanical LLC**
3435 Breckinridge Blvd
Ste 120
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,368.75 |
|---|---|---|---|

**MAXLITE/SK AMERICA**
PO BOX 844825
BOSTON, MA 02284-4825

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**McGahren Law Firm, LLC**
**6171 Crooked Creek Road**
**Peachtree Corners, GA 30092**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.00** |
|---|---|---|---|

**McNeely Electric, Inc.**
**8201 Alcorn Circle**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Customer Credit Balance</u>

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.73** |
|---|---|---|---|

**MedCura Medical Center**
**5582 Memorial Dr.**
**Lithonia, GA 30032**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Customer Credit Balance</u>

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merchant Services**
**PO Box 6010**
**Hagerstown, MD 21741**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,067.97** |
|---|---|---|---|

**METROPOWER INC**
**ATTN:  ACCOUNTS PAYABLE**
**PO BOX 5228**
**ALBANY, GA 31706**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Customer Credit Balance</u>

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,904.60** |
|---|---|---|---|

**MICROLAMP**
**2954 N. W. 60TH STREET**
**FT LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,479.50** |
|---|---|---|---|

**MILLER OEM SUPPLIES (#65600)**
**3612 N. 16TH STREET**
**PHOENIX, AZ 85016**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,697.52** |
|---|---|---|---|

**MILWAUKEE LIGHT BULB**
**P. O. BOX 125**
**OAK CREEK, WI 53154**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,444.80** |
|---|---|---|---|

**Modern Forms**
**23550 Network Place**
**Chicago, IL 60673-1235**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,538.45** |
|---|---|---|---|

**MORRIS PRODUCTS INC**
**53 CAREY ROAD**
**QUEENSBURY, NY 12804**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,579.46** |
|---|---|---|---|

**MULTI LITE USA (#65600)**
**172 W. Providencia, Unit 101**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Murphy Lomon & Associates**
**2860 River Rd, Ste 2000**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Agent for Intermatic**

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.80** |
|---|---|---|---|

**NBT Bank**
**120 North Keyser Ave**
**Scranton, PA 18504**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,424.51** |
|---|---|---|---|

**NICOR, INC**
**2200 MIDTOWN PL NE**
**STE A**
**ALBUQUERQUE, NM 87107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165,772.38**

**NORCROSS ELECTRIC SUPPLY**
4190 Capital View Dr
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,331.30**

**NORMAN LAMPS**
P. O. BOX 3550
ST CHARLES, IL 60174

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.07**

**NORTH DECATUR PRESBYTERIAN CHURCH**
611 MEDLOCK RD
DECATUR, GA 30033

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$376.80**

**NORTHROP GRUMMAN**
1201 CONTINENTAL BLVD
CHARLOTTE, NC 28273

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291.00**

**Northwest Exterminating**
830 Kennesaw Ave
Marietta, GA 30060

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,163.83**

**NORTHWEST MUTUAL FINANCIAL NETWORK**
ATTN: AUBREY VAUGH
3438 PEACHTREE RD SUITE 1200
ATLANTA, GA 30326

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,037.75**

**NSI Industries**
9730 Northcross Center Ct
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$793.80** |
|---|---|---|---|

**NULIGHT CONSULTING**
**PO Box 3406**
**Loganville, GA 30052**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48.51** |
|---|---|---|---|

**Ocean Glass Inn**
**37299 Rehoboth Avenue**
**Rehoboth Beach, DE 19971**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.97** |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 88040**
**CHICAGO, IL 60680-1040**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,555.68** |
|---|---|---|---|

**Old World Industries, LLC**
**P.O. BOX 204549**
**DALLAS, TX 75320**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,683.00** |
|---|---|---|---|

**ON HOLD MEDIA GROUP**
**3001 DALLAS PARKWAY**
**SUITE 220**
**FRISCO, TX 75034**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,098.67** |
|---|---|---|---|

**Oracle America, Inc.**
**Bank of America Lockbox Services**
**15612 Collections Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,342.28** |
|---|---|---|---|

**Orbit Industries, Inc.**
**2100 South Figueroa Street**
**Acct# 2409**
**Los Angeles, CA 90007**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.80 |
|---|---|---|---|

**Orchid Cove at Palm Harbor**
**2600 Highlands Blvd N**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,719.37 |
|---|---|---|---|

**OSRAM SYLVANIA INC**
**P O BOX 2114**
**ACCT# 428412**
**CAROL STREAM, IL 60132-2114**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.17 |
|---|---|---|---|

**OTTLITE TECHNOLOGIES**
**1715 N. WESTSHORE BLVD**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,520.74 |
|---|---|---|---|

**Oxem, LLC**
**2413 Eastwood Village Dr.**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,924.25 |
|---|---|---|---|

**PHILIPS (FIXTURES) Luminaries (Sesco)**
**P.O. Box 100194**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,866.58 |
|---|---|---|---|

**Philips (LAMPS) Lighting**
**P.O. Box 100194**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.75 |
|---|---|---|---|

**PHILIPS EMERGENCY LIGHTING (#A000881)**
**P.O. BOX 100282**
**ATLANTA, GA 30384-0282**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,915.50 |
|---|---|---|---|

**Philips Lighting Electronics (ADVANCE)**
P.O. Box 100194
ATLANTA, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Photometric Design**
1066 CHARTLEY DR SW
LILBURN, GA 30047

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pitney Bowes**
2225 American Drive
Neenah, WI 54956

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.88 |
|---|---|---|---|

**PITNEY BOWES GLOBAL**
PO BOX 371887
PITTSBURGH, PA 15250-7887

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.21 |
|---|---|---|---|

**POINTS ELECTRICAL**
5500 Oakbrook Pkwy ste 210
NORCROSS, GA 30093

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.68 |
|---|---|---|---|

**POWERSELECT INC**
15602 COMMERCE LANE
HUNTINGTON BEACH, CA 92649

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $611.00 |
|---|---|---|---|

**PPG AEROSPACE**
6022 Corporate Way
Indianapolis, IN 46278

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,197.00** |
|---|---|---|---|

**PQL (#656.00)**
**2285 WARD AVENUE**
**SIMI VALLEY, CA 93065**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$214.96** |
|---|---|---|---|

**PRINCIPAL HANDY SOLUTIONS**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer Credit Balance_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$174.00** |
|---|---|---|---|

**Pro Source Industrial, LLC**
**DBA. Mechanical Services**
**3806 Calhoun Ave**
**Chattanooga, TN 37407**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer Credit Balance_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Quality Industries, Inc.**
**1595 Ocean Ave**
**Unit B1**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer Credit Balance_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$982.84** |
|---|---|---|---|

**Quest Diagnostics.com**
**1 Malcolm Ave.**
**Teterboro, NJ 07074**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Customer Credit Balance_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,601.69** |
|---|---|---|---|

**QuikTrip Fleetmaster (QT)**
**PO Box 4337**
**Carol Stream, IL 60197-4337**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$983.18** |
|---|---|---|---|

**R&L Carriers**
**PO Box 10020**
**Port William, OH 45164-2000**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rauch-Milliken International**
PO Box 8390
Metairie, LA 70011

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Agent for Reece Supply CO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,611.44** |
|---|---|---|---|

**REECE SUPPLY CO OF GA (#65600)**
5755 OAKBROOK PARKWAY
NORCROSS, GA 30093

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$113.95** |
|---|---|---|---|

**RELIANT REAL ESTATE MANAGEMENT**
15600 Old 41 Rd
Naples, FL 34110

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330.00** |
|---|---|---|---|

**Restaurant Technologies**
2250 Pilot Knob Road
Ste 100
Mendota Heights, MN 55120

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,251.10** |
|---|---|---|---|

**RF Smart (ICS, Inc)**
PO Box 638345
Cincinnati, OH 45263-8345

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,697.52** |
|---|---|---|---|

**RIZE ENTERPRISES**
PO BOX 1311
BRENTWOOD, NY 11717

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,200.86** |
|---|---|---|---|

**RKB Maintenance Solutions**
350 Motor Parkway
Suite 412
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.80** |
|---|---|---|---|

**ROBERT N JONES MD**
**217 FAIRWAY DRIVE**
**NEW ORLEANS, LA 70124**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Customer Credit Balance

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348,029.03** |
|---|---|---|---|

**ROBERT TAITZ**
**3860 Falls Landing Drive**
**Johns Creek, GA 30022**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,888.63** |
|---|---|---|---|

**RST VISIONS IN COLOR**
**8655 Tamarack Ave**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.40** |
|---|---|---|---|

**Sajjadian Medical Corp.**
**496 Old Newport Blvd**
**Suite 3**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Customer Credit Balance

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,154.94** |
|---|---|---|---|

**SATCO PRODUCTS**
**900 N.W. 159TH DRIVE**
**MIAMI, FL 33169**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$542.12** |
|---|---|---|---|

**SCANA ENERGY**
**PO BOX 100157**
**COLUMBIA, SC 29202-3157**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.00** |
|---|---|---|---|

**SEBCO INDUSTRIES**
**2621 S. Main Street**
**SANTA ANA, CA 92707**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$393.64**

**Semperlite**
**141 Cassia Way**
**Suite A, Room 100**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,982.00**

**SENGLED**
**155 Bluegrass Valley Pkwy**
**Suite 200**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59.96**

**SILVERTON FIRST AID SQUAD**
**86 MAINE STREET**
**Toms River, NJ 08753-1780**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00**

**SITLER'S SUPPLIES (#65600)**
**111 WEST VIEW DRIVE**
**WASHINGTON, IA 52353**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57.50**

**Sound Services-RH Nolte**
**Po Box 18**
**Bylas, AZ 85530**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.88**

**SOUTHERN EQUIPMENT SALES**
**ATTN: ACCOUNTS PAYABLE**
**1896 FORGE STREET**
**TUCKER, GA 30084**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2.00**

**SOUTHLAND ELECTRIC, INC**
**ATT: SCOTT NELSON**
**2239 DILLARD STREET**
**TUCKER, GA 30084**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | | | Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|

Name

---

| | | |
|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**$30.15**

Sparkles Smyrna
666 Smyrna Hill Dr
Smyrna, GA 30082

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customter__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**$14,250.08**

Spot Lighting
PO Box 20860
Long Beach, CA 90801

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**$1,231.75**

STANDARD ENTERPRISES (DBA Watt-man)
(656
DBA  WATT-MAN LED LIGHTING
P.O. BOX 1345
DECATUR, GA 30031

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**$649.37**

STAPLES ADVANTAGE
DEPT ATL
P O BOX 405386
ATLANTA, GA 30384-5386

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**Unknown**

Staples Busienss Credit
PO Box 105638
Altanta, GA 30348

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**$3,906.15**

SUNSHINE LIGHTING
744 CLINTON STREET
BROOKLYN, NY 11231

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|

**$72.90**

SUPER H MART DISTRIBUTION
2550 Pleasant Hill Rd
STE 300
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Credit Balance__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.60** |
|---|---|---|---|

**SYNOVOS**
**16888 STATE ROUTE 706**
**MONTROSE, PA 18801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.53** |
|---|---|---|---|

**TBF Computing**
**1090 Cobb Industrial Dr**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,636.73** |
|---|---|---|---|

**TECHNICAL CONSUMER PRODUCTS**
**3691 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,124.62** |
|---|---|---|---|

**TECHNO USA LLC**
**1580 Boggs Road**
**Suite 500**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
|---|---|---|---|

**THE HARTFORD (#75850)**
**P. O. BOX 660916**
**DALLAS, TX 75266-0916**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,357.87** |
|---|---|---|---|

**The Retirement Advantage**
**47 Park Place**
**Suite 850**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,058.45** |
|---|---|---|---|

**THHC LIGHTING**
**1411 North Batavia Street, Suite 212**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,729.52 |
|---|---|---|---|

**TOPAZ LIGHTING (65600)**
**PO Box 7247, Mail Code 7333**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,654.29 |
|---|---|---|---|

**TOPSTAR INTERNATIONAL**
**291 Kettering Drive**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $287.52 |
|---|---|---|---|

**TOPSTAR INTERNATIONAL**
**13668 VALLEY BLVD**
**SUITE D-2**
**CITY INDUSTRY, CA 91746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $244.40 |
|---|---|---|---|

**TRC Electroncis**
**4171 Stony Lane**
**Doylestown, PA 18902**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $911.25 |
|---|---|---|---|

**TRUE VISION SYSTEMS**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,534.39 |
|---|---|---|---|

**UNITED PARCEL SERVICE (#65702)**
**P. O. BOX 7247-0244**
**PHILADELPHIA, PA 19170-0001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,625.92 |
|---|---|---|---|

**UNIVERSAL LIGHTING (MAGNETEK)**
**PO BOX 5510**
**CAROL STREAM, IL 60197-5510**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |

Name

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,642.19**

**US BANK EQUIPMENT FINANCE**
**P O BOX 790448**
**ST LOUIS, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,817.92**

**USHIO AMERICA**
**6045 SOLUTION CENTER**
**CHICAGO, IL 60677-6000**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00**

**van der Veen, Hartshorn & Levin**
**1219 Spruce St.**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Verizon**
**PO Box 408**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,288.00**

**Verizon Connect Fleet USA LLC**
**PO Box 15043**
**Albany, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Versapay**
**548 Market Street # 43812**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.30**

**Verum Analytics Industries**
**18916 Bonanza Way**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.29** |
|---|---|---|---|

**WAGES & SONS**
**ATTN: HANK WAGES**
**P.O. BOX 605**
**STONE MOUNTAIN, GA 30086**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.50** |
|---|---|---|---|

**WageWorks, Inc. (take care)**
**1100 Park Place, 4th floor**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.44** |
|---|---|---|---|

**WellMax Center for Preventive Medicine**
**45200 Club Dr**
**Suite B**
**Indian Wells, CA 92210-8837**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.28** |
|---|---|---|---|

**Western Securities**
**2626 Howell St.**
**Suite 850**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |
|---|---|---|---|

**WESTINGHOUSE LIGHTING (ANGELO)**
**P. O. BOX 780984**
**P. O. BOX 780984**
**Philadelphia, PA 19178-0984**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.33** |
|---|---|---|---|

**Wildwood Services LLC**
**2242 Otter Creeek Ln**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128.90** |
|---|---|---|---|

**Wiredup Electric Inc.**
**14723 Weeks Dr.**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$219,418.77** |
|---|---|---|---|

**WORLDWIDE SPECIALTY**
**6759 OAK RIDGE COMMERCE WY**
**AUSTELL, GA 30168**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,334.67** |
|---|---|---|---|

**XTRA LITE LIGHTING**
**6300 ST LOUIS STREET**
**MERIDIAN, MS 39307**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$593.21** |
|---|---|---|---|

**Z&R LIGHTING**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,600.00** |
|---|---|---|---|

**ZLED Lighting**
**1536 Kings Highway North**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 7,014.07 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,572,043.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,579,057.55 |