UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 22-52950-pmb** |
| | : | |
| **ATLANTA LIGHT BULBS, INC.,** | : | **CHAPTER 7** |
| | : | |
| Debtor. | : | **JUDGE BAISIER** |

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** has filed a **FIRST AND FINAL APPLICATION OF BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JUNE 10, 2022 THROUGH JULY 7, 2022** and related papers with the Court seeking an order approving professional fees.

PLEASE TAKE FURTHER NOTICE that the Court will hold an initial telephonic hearing for announcements on the **FIRST AND FINAL APPLICATION OF BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED PERIOD JUNE 10, 2022 THROUGH JULY 7, 2022** at the following number: **toll-free number: 833-568-8864; meeting id 161 706 9079**, at **1:20 PM** on **October 3, 2022** in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk,

1

U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

*/s/Kathleen G. Furr*
Kathleen G. Furr
Georgia Bar No. 589008
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC
3414 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia 30326
(404) 577-6000 (Telephone)
(404) 221-6501 (Facsimile)
kfurr@bakerdonelson.com

*Co-Counsel for the Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-52950-pmb |
| | : | |
| ATLANTA LIGHT BULBS, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | JUDGE BAISIER |

**FIRST AND FINAL APPLICATION OF**
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
**FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE**
**PERIOD JUNE 10, 2022 THROUGH JULY 7, 2022**

COMES NOW Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. (hereinafter "*Baker Donelson*" or "*Applicant*"), local counsel for the Official Committee of Unsecured Creditors (the "*Committee*"), files this First and Final Application for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period June 10, 2022 through July 7, 2022 (the "*Baker Donelson Fee Application*") in the total amount of $18,653.97 for the period from June 10, 2022 through July 7, 2022 (the "*Fee Period*").

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  The Baker Donelson Fee Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

1

## BACKGROUND

3.        On April 15, 2022, Halco Lighting Technologies, LLC, Norcross Electric Supply Company, and Candela Corporation filed an involuntary petition for relief under Chapter 11 of the Bankruptcy Code (the "*Bankruptcy Code*") against Atlanta Light Bulbs, Inc. (the "*Debtor*") in the United States Bankruptcy Court for the Northern District of Georgia.  [Docket No. 1].

4.        On June 8, 2022, the Office of the United States Trustee appointed the Committee as an official committee to represent the interests of unsecured creditors of the Debtor pursuant to section 1102 of the Bankruptcy Code.  [Docket No. 37].

5.        The Committee is comprised of the following creditors and parties in interest:

| Member | Primary Representative |
|---|---|
| Halco Lighting Technologies | Chris Chickanosky (Chair) |
| Candela Corporation | James Baas |
| Norcross Electric Supply Company | Jim C. Joedecke, Jr. |

6.        On June 10, 2022, the Committee selected Tucker Ellis LLP as lead counsel and Baker Donelson as local Georgia counsel.

7.        On July 7, 2022, the Chapter 11 case was subsequently converted to a case under Chapter 7 of the Bankruptcy Code by this Court.  [Docket No. 109].

## RETENTION AND SCOPE OF SERVICES

8.        On June 13, 2022, Baker Donelson filed an application to be retained as local counsel (the "*Employment Application*"), nunc pro tunc to June 10, 2022, for the Committee pursuant to § 327(a) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure ("*Bankruptcy Rules*").  [Docket No. 50].

9.      The Employment Application was approved by this Court on June 15, 2022.

[Docket No. 55].  The scope of Baker Donelson's retention is set forth in the Employment

Application and the attached Declaration of Kathleen G. Furr.  *See* [Docket No. 50, Exhibit

A].

### COMPENSATION AND REIMBURSEMENT OF EXPENSES REQUESTED

10.      Baker Donelson submits the Baker Donelson Fee Application pursuant to

sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 for the first and

final allowance of reasonable compensation for actual and necessary professional services

provided and for reimbursement of actual and necessary out-of-pocket expenses incurred in

representing the Committee during the Fee Period.

11.      Baker Donelson seeks payment of (i) compensation for professional services

performed during the course of this Chapter 11 Case in the amount of $18,624.50, and (ii)

its actual and necessary expenses incurred in connection with the rendering of such services

in the amount of $29.47.

12.      During the Fee Period, 37.10 hours were expended by the following Baker

Donelson professionals:

| Professional | Position | Rate |
|---|---|---|
| Kathleen G. Furr | Shareholder | $545.00 |
| Ali Lowe | Paralegal | $270.00 |
| Leslie Goforth | Legal Secretary | $160.00 |

13.     There is no agreement or understanding between Baker Donelson and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in the case.

14.     Baker Donelson prepared a statement, which provide detailed descriptions of services rendered for the Fee Period by date, time, nature of service performed, which is attached hereto as **EXHIBIT A**.

**SERVICES PERFORMED**

15.     Among other services, Baker Donelson:

    a.  Advised lead counsel Tucker Ellis LLP and the Committee regarding Chapter 11 strategy considerations and local procedures;

    b.  Analyzed and provided recommendations related to Tandem Bank's Motion to Dismiss Bankruptcy Case [Docket No. 23], Tandem Bank's Motion for Relief from the Automatic Stay [Docket No. 33], Tandem Bank's Motion Requesting an Order Prohibiting use of Cash Collateral [Docket No. 35], and Tandem Bank's Supplement to Motion to Dismiss Bankruptcy Case (Requesting Conversion to Chapter 7 as Alternative Relief) [Docket No. 40] (collectively, "Tandem Bank's Motions");

    c.  Assisted with preparation for the contested hearing on Tandem Bank's Motions;

    d.  Assisted with drafting an Objection to Tandem Bank's Motion to Dismiss Bankruptcy Case [Docket No. 23] and Tandem Bank's Supplement to

Motion to Dismiss Bankruptcy Case (Requesting Conversion to Chapter 7 as Alternative Relief) [Docket No. 40];

e.   Drafted a Motion for Appointment of Chapter 11 Trustee [Docket No. 51];

f.   Participated in multiple conversations with the Committee, counsel for Tandem Bank, and counsel for Jesse Root regarding Tandem Bank's Motions; and

g.   Reviewed multiple proposed orders relating to matters before the Court on June 13, 2022.

16.    A more detailed description of the day-to-day services and time expended in performing such services during the Fee Period are fully set forth in **EXHIBIT A**.

## RELIEF REQUESTED AND BASIS FOR RELIEF

17.    By this Baker Donelson Fee Application, Baker Donelson respectfully requests that this Court enter an order authorizing the payment of $18,624.50 in professional fees and $29.47 in reimbursement of expenses, pursuant to section 330 of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules, for the Fee Period.

18.    Sections 330 and 331 of the Bankruptcy Code provide the statutory basis for compensation of professionals in bankruptcy cases.  Section 330 provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered…and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including-
>
> (A) the time spent on such services;
> (B) the rates charged for such services;
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

19.     Baker Donelson respectfully represents to the Court that the fees and expenses requested herein are allowable and reasonable and satisfies the standards and guidelines as set forth in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974) and 11 U.S.C. § 330.

20.     Furthermore, Baker Donelson submits the services rendered to the Committee were necessary and beneficial to the Committee, the Debtor's estate, and other parties in interest, and the compensation herein requested is reasonable in light of the nature, extent and value of such services and the unusual circumstances presented in this case.

6

## <u>REASONABLE AND NECESSARY EXPENSES INCURRED</u>

21.    As a part of its ordinary course of business activity, Baker Donelson keeps contemporaneous records of expenses incurred on behalf of clients.  Baker Donelson's clerical and bookkeeping staff recorded the expense information in **EXHIBIT A** at or about the same time as such charges occurred.

22.    The sole expense of $29.47 represents Kathleen Furr's mileage and parking for attendance on June 13, 2022, on Tandem Bank's Motions.

23.    Baker Donelson's billing rates do not include as overhead components the charges for copying, postage, or other expenses set forth in **EXHIBIT A**.

24.    All expenses reflected in **EXHIBIT A** are reasonable and were necessary to Baker Donelson's representation of the Committee.  All expenses in **EXHIBIT A** were incurred on the Committee's behalf in the amounts set forth in Exhibit A and were necessary as part of Baker Donelson's Committee representation.

**WHEREFORE**, Baker Donelson respectfully requests that the Court enter an Order:

(A)    Approving the fees incurred by Baker Donelson on a first and final basis during the Fee Period in the total amount of $18,653.97, consisting $18,624.50 of fees incurred and $29.47 of expenses and authorizing the Chapter 7 Trustee to remit the amount of $18,653.97 to Baker Donelson; and

(B)    Granting Applicant such other and further relief as this Court deems just and proper.

*/s/Kathleen G. Furr*
Kathleen G. Furr
Georgia Bar No. 589008
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
3414 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia 30326
(404) 577-6000 (Telephone)
(404) 221-6501 (Facsimile)
kfurr@bakerdonelson.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of Atlanta Light Bulbs, Inc.*

# EXHIBIT A

# BAKER
## DONELSON
### BEARMAN, CALDWELL
### & BERKOWITZ, PC

**TAX NO.** ▮

MONARCH PLAZA SUITE 1500
3414 PEACHTREE ROAD N.E.
ATLANTA, GEORGIA 30326
PHONE: 404.577.6000

www.BakerDonelson.com

August 31, 2022
Invoice No. 9022482
Client.Matter: 2960642.000001
Attorney: Katy Furr
Email: kfurr@bakerdonelson.com
Phone: 404.221.6533

Official Comm of Unsecured Creditors

Client: The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.
Matter: Atlanta Light Bulbs, Inc.

| | |
|---|---:|
| Current Professional Services Rendered | $ 18,624.50 |
| Current Disbursements | $ 29.47 |
| TOTAL AMOUNT DUE | $ 18,653.97 |

UNLESS OTHERWISE AGREED, PAYMENT IS DUE WITHIN 30 DAYS FROM DATE OF INVOICE

---

| PAYMENT OPTIONS | BAKER DONELSON'S PREFERRED PAYMENT METHOD IS ACH | | |
|---|---|---|---|

| *ACH:* | | *WIRE TRANSFER:* | |
|---|---|---|---|
| Bank: | First Horizon Bank | Bank: | First Horizon Bank |
| ABA No.: | ▮ | ABA No.: | ▮ |
| Beneficiary: | Baker, Donelson, Bearman, Caldwell & Berkowitz | Beneficiary: | Baker, Donelson, Bearman, Caldwell & Berkowitz |
| Account No.: | ▮ | Account No.: | ▮ |
| Reference No.: | 9022482 | Swift Code: | ▮ |
| Contact: | MHazlerig@BakerDonelson.com | Reference No.: | 9022482 |
| **CREDIT CARD: BAKERDONELSON.COM/PAYMENT** | | | |

REMIT CHECK TO:
MONARCH PLAZA SUITE 1500, 3414 PEACHTREE ROAD N.E., ATLANTA, GA
30326

**Please reference your Invoice No. 9022482 and Client.Matter number . on your payment**

The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.    August 31, 2022

Atlanta Light Bulbs, Inc.                                                    Invoice No. 9022482
Client.Matter: 2960642.000001                                                Page 2

**ITEMIZED FEES**

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/10/22 | KGF | Emails to Jason Torf re: sample Motions to Appoint Chapter 11 Trustee and emails to/from Jason Torf and Brian Jackiw re: pro hac vice appliation for Brian Jackiw (.1); multiple calls with Jason Torf re: June 13 hearing and pleadings for filing (.5); research case authority in support of objection to 1112(b) (1.7); outline request for motion to authorize use of technology by pro hac attorney Jason Torf (.2); call with committee re: retention and July 13 hearing (.8); email to Chris Chickanosky with Halco Llighting with July 13 hearing details (.3); brief review of supplement to motion to dismiss (.2); draft objection to motion to dismiss (2.6) | 6.20 | 3,379.00 |
| 06/10/22 | AAL | Revise materials with additional submissions relevant to the hearing set for Monday | 0.30 | 81.00 |
| 06/11/22 | KGF | Review and outline recommended edits to Application for Retention of Tucker Ellis as Committee Counsel and related proposed order to comply with local formalities (1.1); further revise objection to motion to dismiss (.2) | 1.30 | 708.50 |
| 06/12/22 | KGF | Review and further revise Objection to Motion to Dismiss and outline service requirements re: same (.5); outline request for additional hearing notebooks and supplemental pleadings related to the same (.2); draft Committee's witness list for June 13, 2022 hearing (.3); email to Jason Torf re: scope of witness list and outline considerations re: same (.1); multiple emails with Jason Torf re: various pleadings and strategy items for June 13, 2022 hearing (.2); outline hearing exhibit request (.2); draft joinder to Jesse Root response to motion to dismiss (.3); draft declaration in support of retention application for Baker Donelson (1.3); draft application to employ Baker Donelson as co-counsel (.7) | 3.80 | 2,071.00 |
| 06/13/22 | AAL | Continue to assist with preparation of the attorneys' reference materials re today's hearing, as well as preparing multiple copies of pre-marked exhibit(s) and our Witness List | 1.80 | 486.00 |
| 06/13/22 | KGF | Review and revise motion to appoint chapter 11 trustee (1.0); final preparation for hearing on June 13, 2022 related to exhibits and notebooks (.3); draft motion to expedite and proposed order (.5); telephone call with potential chapter 11 trustee (.5); telephone call with Tom Dworschak re: chapter 11 trustee concerns and potential trustee for consideration (.7); attend omnibus hearing on motion to dismiss, motions for stay relief, and motion to prohibit cash collateral (6.8) | 9.80 | 5,341.00 |

The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, August 31, 2022
Inc.

Atlanta Light Bulbs, Inc.                                                          Invoice No. 9022482
Client.Matter: 2960642.000001                                                                Page 3

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/13/22 | LGG | Review email from Court regarding revisions required to proposed order related to Application Authorizing Baker Donelson as Co-Counsel for Unofficial Committee of Unsecured Creditors; review Judge's standing order and guidelines related to same; revise proposed order for K. Furr's review; finalize and submit to Court for approval and entry (no charge) | 0.00 | 0.00 |
| 06/14/22 | AAL | Receipt and review of correspondence from DOJ re due date for parties to submit candidates for Trustee and memo to attorney re same (no charge) | 0.00 | 0.00 |
| 06/14/22 | KGF | Review proposed red line of order to employ Baker Donelson and outline request for changes to order to comply with court procedures (.2) emails to/from chambers re: notice of withdrawal for motion for expedited hearing and tucker ellis retention order (.1); email to Jason Torf re: requested changes to retention order (.1); draft notice of withdrawal of motion for expedited hearing (.2); draft order granting motion for appointment of US Trustee (.5); emails to/from counsel for the UST, Jesse Root, Tandem Bank, and Sun Court Partners, LP re: same (.2); outline request for comprehensive service list (.2) | 1.50 | 817.50 |
| 06/15/22 | AAL | Retrieve and review the bankruptcy docket and the full claims register and prepare a comprehensive service list for use in conjunction with future filings (.5); review Order denying Tandem Bank's Motion to Dismiss (.1); review Order granting Motion for Appointing Trustee (.1) | 0.70 | 189.00 |
| 06/15/22 | KGF | Emails to/from opposing counsel re: comments/edits to order appointing trustee (.5); revise order to incorporate all changes received to date and add e-signatures (.3); review draft order granting stay relief to Sun Court and emails to/from parties in interest re: same (.2); review draft orders on motion for stay relief and motion to prohibit use of cash collateral and emails to/from parties in interest re: same (.2); review and revise motion to bring in technology (.3) ; emails to/from chambers re: proposed motion to appoint trustee (.1); review and respond to inquiries re: chapter 11 trustee appointment and outline recommendations related thereto (.3) | 1.90 | 1,035.50 |
| 06/15/22 | LGG | Draft and revise Motion Permitting Counsel to Bring Electronic Equipment into Courthouse and related proposed order granting same for K. Furr's review; finalize and prepare for filing | 0.40 | 64.00 |

The Official Committee of Unsecured Creditors of Atlanta Light Bulbs,                                    August 31, 2022
Inc.

Atlanta Light Bulbs, Inc.                                                                        Invoice No. 9022482
Client.Matter: 2960642.000001                                                                           Page 4

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/16/22 | AAL | Receipt and review of Michael Robl's Notice of Leave of Absence and memo to file re his noticed leave dates (.1); review Orders entered post-hearing granting Motion to Prohibit Use of Cash Collateral, Tandem Bank's and Sun Court Partner's Motions for Relief from Stay (.3) | 0.40 | 108.00 |
| 06/16/22 | LGG | Draft and revise Certificate of Service regarding Order Approving Baker Donelson as Co-Counsel for Official Committee of Unsecured Creditors for K. Furr's review; finalize and prepare for filing | 0.20 | 32.00 |
| 06/17/22 | AAL | Receipt and review of the Notice of Appointment of Ch. 11 Trustee and Setting of Bond, and Application for Approval re same (.1); amend the master Service List and memo to attorney re same (.1) | 0.20 | 54.00 |
| 06/17/22 | KGF | Emails to/from chambers re: order on motion to appoint trustee and notice of withdrawal and research responses to inquiry re: same (.2) | 0.20 | 109.00 |
| 06/20/22 | KGF | Review Application for Appointment of Chapter 11 Trustee filed by UST and review Order of Appointment of Chapter 11 Trustee (.1); monitor emails between Jason Torf and Committee members re: appointment of UST and Jason Torf and Greg Hayes (.1); call with Henry Sewell re: committee concerns (.2) | 0.40 | 218.00 |
| 06/21/22 | AAL | Review Application for Approval re Employment re S. Gregory Hays, in his capacity as Chapter 11 Trustee (.1); review Notice of Appearance of Henry Sewell, as counsel for Chapter 11 Trustee, and amend the master service list re same (.2); review Order granting Application for Admission Pro Hac Vice of counsel for Petitioning Creditors (.1); review Order Approving Application to Employ Hays Financial Consulting LLC as Accountant to Trustee, Subject to Objection, and memo to file re the objection due date (.1) | 0.50 | 135.00 |
| 06/21/22 | KGF | Emails to/from chambers re: Tucker Ellis order to employ as counsel for the committee and emails to/from Tucker Ellis (.2); emails to/from Henry Sewell re: call to discuss trustee's investigation on site (.1) | 0.30 | 163.50 |
| 06/21/22 | LGG | Revise proposed Order re Application to Employ Tucker Ellise; finalize and prepare for submission to USBC | 0.20 | 32.00 |
| 06/22/22 | KGF | Complete Second Declaration of Kathleen G Furr and update Notice of Filing re: same (.2); call with Jason Torf and Henry Sewell re: investigation at the business (.6); de-brief call with Jason Torf re: same (.1) | 0.90 | 490.50 |
| 06/22/22 | LGG | Draft and revise Certificate of Service regarding Order Granting Application to Employ Tucker Ellis; finalize and prepre for filing | 0.20 | 32.00 |

The Official Committee of Unsecured Creditors of Atlanta Light Bulbs,                    August 31, 2022
Inc.

Atlanta Light Bulbs, Inc.                                                          Invoice No. 9022482
Client.Matter: 2960642.000001                                                              Page 5

| DATE | TKPR | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/24/22 | AAL | Review recent submissions and Orders, including Order Approving Application re Employment Of Tucker Ellis LLP, Trustee's Notice of Abandonment of Property (multiple vehicles), Notice of Notice of Lack of Insurance or Inadequate Insurance Coverage, Notice re Trustee's Acceptance of the Appointment, Application to Employ Law Offices of Henry F. Sewell, Jr., LLC as Counsel for the Trustee, and memo to file re each docket entry's specific objection due date outlined by the submission or the Court | 0.50 | 135.00 |
| 06/27/22 | KGF | Call with Mike Robl and Committee Counsel re: Chapter 11 strategy (.7); call with Chapter 11 Trustee, Counsel for Chapter 11 Trustee, Jason Torf, and Mike Robl (.9); call to Jason Torf re: debrief on the same (.3) | 1.90 | 1,035.50 |
| 06/28/22 | KGF | Review email from Greg Hayes with financial data | 0.30 | 163.50 |
| 07/05/22 | KGF | Review Motion to Convert to Chapter 7 and Order and Notice of Hearing (.3); call with creditors committee re: case update and strategy discussion (.8); calls and emails with Jason Torf re: strategy for July 6, 2022 hearing (.2) | 1.30 | 708.50 |
| 07/06/22 | KGF | Attend virtual hearing on motion to convert case to chapter 7 (1.6); de-brief call with Jason Torf (.2) | 1.80 | 981.00 |
| 07/07/22 | KGF | Review ruling on conversion to chapter 7 and emails to/from Jason Torf re: committee call | 0.10 | 54.50 |
| 08/22/22 | AAL | Review the Court's Order and Notice establishing bar date for Gap claims and Chapter 11 administrative expense claims, and memo to file re the bar dates ordered therein (no charge) | 0.00 | 0.00 |

TOTAL CURRENT FEES    37.10    $18,624.50

**FEE RECAP**

| INITIALS | NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| LGG | Leslie Goforth | 160.00 | 1.00 | 160.00 |
| KGF | Katy Furr | 545.00 | 31.70 | 17,276.50 |
| AAL | Ali Lowe | 270.00 | 4.40 | 1,188.00 |

TOTAL CURRENT FEES    37.10    $ 18,624.50

**ITEMIZED DISBURSEMENTS**

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

The Official Committee of Unsecured Creditors of Atlanta Light Bulbs, Inc.

August 31, 2022

Atlanta Light Bulbs, Inc.

Invoice No.  9022482

Client.Matter: 2960642.000001

Page 6

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Mileage VENDOR: Kathleen Furr INVOICE#: 2698388406241637 DATE: 6/24/2022 Mileage; Mileage for hearing | 06/13/22 | 11.47 |
| Travel Expenses VENDOR: Kathleen Furr INVOICE#: 2698388406241637 DATE: 6/24/2022  Parking; Parking for hearing | 06/13/22 | 18.00 |
| TOTAL CURRENT DISBURSEMENTS | | $ 29.47 |
| CURRENT AMOUNT DUE | | $ 18,653.97 |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 8th day of September 2022, I electronically filed the foregoing

**FIRST AND FINAL APPLICATION OF BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED PERIOD JUNE 10, 2022 THROUGH JULY 7, 2022** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record.  I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

**SEE ATTACHED CREDITOR MATRIX**

Dated: September 8, 2022

By: _/s/Kathleen G. Furr_____
Kathleen G. Furr
Georgia Bar No. 589008

3

Label Matrix for local noticing
113E-1
Case 22-52950-pmb
Northern District of Georgia
Atlanta
Wed Sep  7 12:10:32 EDT 2022

A Christian Wilson
Simpson, Uchitel & Wilson LLP
PO Box 550105
Atlanta, GA 30355-2605

ABB Installation Products Inc.
1811 Hymus Blvd
Dorval, QC H9P1JK5

ABB Installation Products Inc.
PO Box 28073
Chicago, IL 60673-0001

ABRAMS GROUP CONSTRUCTION
3645 Hwy 90
Milton, FL 32571-1075

AC ELECTRONICS
3401 AVENUE D
ARLINGTON, TX 76011-7607

ACCO BRANDS - ONTARIO
PO BOX 842166
BOSTON, MA 02284-2166

ACE CASH EXPRESS
3804 Gunn Hwy
Suite B
Tampa, FL 33618-8791

ADT Commercial
PO Box 382109
Pittsburgh, PA 15251-8109

AFLAC
ATTN:  REMITTANCE PROCESSI
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0797

ALL METRO SUPPLY (#656.00)
3755 HEWATT COURT
SNELLVILLE, GA 30039-7022

ALLGOOD PLUMBING & ELECTRIC
5238 Royalwoods Parkway Suite 190
Tucker, GA 30084-8619

ALLIANCE SPORTS GROUP (NEBO)
DBA NEBO TOOLS
P O BOX 203246
DALLAS, TX 75320-3246

AMAX LIGHTING 65600
10268 SANTA FE SPRINGS RD
SANTA FE SPGS, CA 90670-3339

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

AMERICAN LIGHTING SUPPLY
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1761
LILBURN, GA 30048-1761

AMERICAN TACK AND HARDWARE
P. O. BOX 85077   (65600)
CHICAGO, IL 60680-0851

AMERICASMART
475 S. Grand Central Parkway
Suite 1615
Las Vegas, NV 89106-4552

ANDREA MCKEEVER
4370 GUNNIN RD
Norcross, GA 30092-1415

ANDRUS ELECTRICAL SOLUTIONS
10750 PLANTATION DRIVE
JOHNS CREEK, GA 30022-5653

ANTHONY
2388 COLLECTIONS CENTER DR
ACCT # 102260
CHICAGO, IL 60693-0001

ASTORIA FOOT CARE GROUP
31-17 DITMARS BLVD SUITE 1
ASTORIA, NY 11105-2300

AT&T *1882 (79020)
PO BOX 105262
ATLANTA, GA 30348-5262

AT&T CAROL STREAM *835
PO BOX 5019
CAROL STREAM, IL 60197-5019

ATG ELECTRONICS
10700 7TH STREET
RCH CUCAMONGA, CA 91730-5404

ATLANTA BOTANICAL GARDENS
ATTN: ACCOUNTS PAYABLE
1345 PIEDMONT AVE NE
ATLANTA, GA 30309-3366

ATLANTA RONALD MCDONALD HOUSE
ATTN: ACCOUNTS PAYABLE
795 GATEWOOD ROAD
ATLANTA, GA 30329-4200

ATLAS LIGHTING PROD (#65600)
P.O. BOX 740471
ATLANTA, GA 30374-0471

ATR LIGHTING
PO BOX 67
RICHLAND, MO 65556-0067

AXIS LED GROUP, LLC
L-3790
COLUMBUS, OH 43260-3790

Acuity Brands Lighting
PO Box 100863
Atlanta, GA 30384-0863

Allison Meehan
8723 stony field way
louisville, KY 40299-1597

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

American Express Travel Related Services Co.
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

American Ultraviolet
212 S. Mt. Zion Road
Lebanon, IN 46052-9479

Angela Little Hamilton
Parnell & Parnell
1200 Hwy 74 S., Ste 6-172
Peachtree City, GA 30269-3073

Ashley Van Gelder
3307 Stone Heather Ct.
Herndon, VA 20171-4021

Atlanta Light Bulbs, Inc.
2109 Mountain Industrial Blvd
Tucker, GA 30084-5013

B B Storage LLC
1811 W Jackson St
Knoxville, IA 50138-1020

B&H ELECTRIC AND SUPPLY
1330 HWY 41 BYPASS
GRIFFIN, GA 30224-3940

BATAVIA PUBLIC SCHOOLS
804 MAIN STREET
BATAVIA, IL 60510-2437

BECKER ADVENTIST SCHOOL
ATTN: ACCOUNTS PAYABLE
3567 COVINGTON HIGHWAY
DECATUR, GA 30032-1847

BLC America (formerly Green Energy Lighting
16310 ARTHUR ST.
CERRITOS, CA 90703-2129

BLUEGRASS IRRIGATION & LIGHTING INC
4855 Hills and Dales Rd NW
CANTON, OH 44708-1403

BOSTON UNIVERSITY
ATTN:  ACCOUNTS PAYABLE
25 BUICK STREET
BOSTON, MA 02215-1301

BREIT INDUSTRIAL HOLDINGS LLC (STREAM REALTY
P.O. BOX 1232
Hicksville, NY 11802-1232

BREIT Stone Mountain Owner LLC
PO Box 208046
Dallas, TX 75320-8046

BRIARLAKE BAPTIST CHURCH
ATTN: ACCOUNTS PAYABLE
3715 LAVISTA RD
DECATUR, GA 30033-1099

BUFORD HWY. FARMERS MKT
ATTN. ACCOUNTS PAYABLE
P. O. BOX 620533
ATLANTA, GA 30362-2533

BULBRITE INDUSTRIES
P.O. BOX 419890
BOSTON, MA 02241-9890

BULBTRONICS (#65600)
45 BANFI PLAZA N.
FARMINGDALE, NY 11735-1539

Barron Lighting Group (EXITRONIX)
PO BOX 8271
PASADENA, CA 91109-8271

Barton's Home Upgrading
121 Penny Lane
MCDONOUGH, GA 30253-7470

Ben Hartshorn
490 JARVIS DR
MORGAN HILL, CA 95037-2809

Benz Research and Development
6447 Parkland Drive
Sarasota, FL 34243-4035

Boise Diamond Tables
3949 Adams Street
Garden City, ID 83714-6451

Bomar Pneumatics
5785 West 74th Street
Indianapolis, IN 46278-1755

Bradley Harken
2808 South Radio Lane
Spokane, WA 99223-1406

Bryan Kaplan
6065 Roswell Road, Suite 540
Atlanta, GA 30328
atlanta 30328-4038

Bryan S Kaplan
Kaplan Legal Services
6065 Roswell Rd, Ste 540
Atlanta, GA 30328-4038

C.N.ROBINSON LIGHTING SUPPLY
ATTN. ACCOUNTS PAYABLE
4318 WASHINGTON BLVD.
BALTIMORE, MD 21227-4536

CADMET, INC.
P.O. BOX 24
MALVERN, PA 19355-0024

CANDELA CORPORATION
FILE #1033
1801 WEST OLYMPIC BLVD
PASADENA, CA 91199-1033

CAPITAL CITY ELECTRICAL SRV
1346 Oakbrook Dr
Suite 170A
Norcross, GA 30093-2229

CAPITAL ELECTRIC COMPANY
PO BOX 945650
Maitland, FL 32794-5650

CAPP, INC.
PO Box 127
Clifton Heights, PA 19018-0127

CBC LIGHTING
3025 A BATES RD
MONTREAL, QC H3S 2W8

CBC Lighting Inc.
6065 ROSWELL ROAD SUITE 540
ATLANTA GA 30328-4038

CBC Lighting Inc.
Kaplan Legal Services, LLC
6065 Roswell Road, Suite 540
Atlanta, GA 30328
atlanta, GA 30328-4038

CHRIST OUR HOPE
CATHOLIC CHURCH
1786 WELLBORN ROAD
LITHONIA, GA 30058-5462

CINTAS CORPORATION -MASTER
6800 CINTAS BLVD CINCINNATI
CINCINNATI, OH 45262

CITY ELECTRIC SUPPLY(C.E.S.)
PO Box 131811
Charleston Division
Dallas, TX 75313-1811

CITY LIGHTS (65600)
PO BOX 6586
PHOENIX, AZ 85005-6586

COMCAST
PO BOX 530098
ATLANTA, GA 30353-0098

COMMERCIAL AND CUSTOM CABINET
2111 KILMAN DRIVE
TUCKER, GA 30084-6246

COMMERCIAL LIGHTING COMPANY
8201 NORTH HIMES AVE
TAMPA, FL 33614-2772

CORPUS CHRISTI CATHOLIC CHURCH
ATTN: SALLY YADAV
600 MOUNTAIN VIEW DRIVE
STONE MOUNTAIN, GA 30083-3598

CREE LIGHTING
75 REMITTANCE DRIVE
SUITE 6403
CHICAGO, IL 60675-6403

Cadmet, Inc.
c/o David I. Grunfield, Esquire
200 South Broad Street, Suite 600
Philadelphia, PA 19102-3813

Candela Corporation
5600 Argosy Ave, Suite 300
Huntington Beach, CA 92649-1011

Capital One Spark
PO Box 71083
Charlotte, NC 28272-1083

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chinook Engineering
860 S Windrose Drive
Coupeville, WA 98239-3539

(p)SHAWN M CHRISTIANSON
ATTN BUCHALTER PC
ATTN SHAWN M CHRISTIANSON
425 MARKET ST SUITE 2900
SAN FRANCISCO CA 94105-2491

Christopher Cooper
6956 Whitewater Ln
Lincoln, NE 68521-8997

Chubb
PO Box 382001
Pittsburgh, PA 15250-8001

City Lights, Inc.
P.O. Box 6586
Phoenix, AZ
85005
Phoenix, AZ 85005-6586

City of Dekalb Streets Dept.
1316 Market St
Dekalb, IL 60115-3533

City of West Palm Beach
1045 charlotte ave
west palm beach, FL 33401-6203

Cityplex
7777 South Lewis Avenue
Tulsa, OK 74171-0003

Comcast (VOIP)
PO Box 37601
Philadelphia, PA 19101-0601

CommerceHub
25736 Network Place
Chicago, IL 60673-1257

Connie Chen
4011 Crest Ct
Pleasanton, CA 94588-4406

Connie Liles Auto Parts
1127 W.Orange Ave
Tallahassee, FL 32310-6126

Cooper Lighting (Eaton)
28362 Network Place
Chicago, IL 60673-1283

Creditsafe USA Inc
PO BOX 789985
PHILADELPHIA, PA 19178-9985

Current Electric
305 Wells St
Greenfield, MA 01301-1639

DAVID L. WOLOSHIN
ASTOR WEISS KAPLAN & MANDEL LLP
200 SOUTH BROAD ST, SUITE 600
PHILADELPHIA, PA 19102-3813

DE ANDRADE MANGIERI LLC
ATTN JEFFERY M MANGIEI ESQ
2 RAVINIA DR STE 1530
ATLANTA, GA 30346-2169

DECATUR DIGGS
141 GRAPE ST NE
ATLANTA, GA 30312-1667

DECATUR PRESBYTERIAN CHURCH
ATTN ACCTS PAYABLE
205 SYCAMORE ST
DECATUR, GA 30030-3476

DEKALB COUNTY (SAN)
P.O. BOX 105942
DECATUR, GA 30348-5942

DEKALB COUNTY (WTR)
P.O. BOX 71224
Charlotte, NC 28272-1224

DEKALB COUNTY TAX COMMISSIONER
P. O. BOX 100004
DECATUR, GA 30031-7004

DIAMOND RESTAURANT SERVICE, INC
849 EDMONDSON RD
MONROE, GA 30656-4899

DIVERSE MARKETING
2050 N. Stemmons Frwy.
Suite 439 & 421
Dallas, TX 75207, TX 75207-3214

DIVINE MORTUARY SERVICES
5620 HILLANDALE DR
LITHONIA, GA 30058-4861

Daniel Gray
867 Valley Street
Dayton, OH 45404-2065

Daniel J. Devlin
VAN DER VEEN, HARTSHORN & LEVIN
1219 Spruce Street
Philadelphia, PA 19107-5607

Dave Gomoll
3323 Dekalb Ln
Neenah, WI 54956-9032

David Amheiser
3782 Wenkel Ford
Leslie, MO 63056-1923

David Paratore
8601 Bell Mountain Dr
Austin, TX 78730-2833

Dennis Jewell
14993 sw Scarlett dr
Tigard, OR 97224-1510

Dennis Miller
8260 Lakeland Dr.
Granite Bay, CA 95746-6934

Di-Coat Corporation
42900 W. 9 Mile Rd.
Novi, MI 48375-4123

District850
2662 Fleischmann Road
Tallahassee, FL 32308-5993

Drew Bowen Electric
5231 Copelan Rd
Watkinsville, GA 30677-4321

Thomas Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

ECKARDT ELECTRIC
ATTN. ACCOUNTS PAYABLE
3690 NORTH PEACHTREE ROAD
ATLANTA, GA 30341-2337

EDWIN GAYNOR CORPORATION
200 CHARLES STREET
STRATFORD, CT 06615-6707

EIKO LTD.
8596 SOLUTION CENTER
CHICAGO, IL 60677-8005

ELECTRIC SUPPLY & EQUIPMENT
ATTN: ACCOUNTS PAYABLE
P.O. BOX 20308
GREENSBORO, NC 27420-0308

ELONG INTERNATIONAL USA.
1200 W. CROSBY ROAD
CARROLLTON, TX 75006-6906

EMORY UNIVERSITY/PHARMACOLOGY
PO Box 3807
Scranton, PA 18505-0807

ENCAPSULITE INTERNAT. (#65600)
P. O. BOX 1086
ROSENBERG, TX 77471-1086

ENERGETIC LIGHTING,INC
13445 12TH STREET
CHINO, CA 91710-5206

ESL Vision, LLC
1136 South 3600 West
Suite 400
Salt Lake City, UT 84104-6527

EYE LIGHTING
9150 Hendricks Road
Mentor, OH 44060-2146

Edward Blank
PO Box 180446
Boston, MA 02118-0005

Edward J. Lyons
847 Dewitt Road
Webster, NY 14580-1471

Eileen Guptill
1387 NYE ST
CHARLESTON, SC 29407-5121

Elaine Cox
3907 - 103RD STREET CT
GIG HARBOR, WA 98332-8814

Elite Aviation c/o Donna Tipton
18600 EDISON AVE
CHESTERFIELD, MO 63005-3644

Energetic Lighting, Inc., a division of Yank
540 North Golden Circle Drive
Suite 203
Santa Ana, CA 92705-3914

Entertainment Technology Inc
155 Atlanta Hwy
Loganville, GA 30052

Eric Macbeth
503 E Maple St
River Falls, WI 54022-2516

FANLIGHT CORPORATION
2000 S. GROVE AVE, BLDG B
ONTARIO, CA 91761-4846

FEDERAL EXPRESS
P.O. BOX 660481
DALLAS, TX 75266-0481

FEDEX FREIGHT EAST
DEPT CH
PO BOX 10306
PALATINE, IL 60055-0306

FEELUX
3000 NORTHWOODS PKWY
SUITE 165
NORCROSS, GA 30071-1545

FIRST SOUTHERN MANAGEMENT LLC
1842 INDEPENDENCE SQUARE STE C
ATLANTA, GA 30338-5168

FLORIDA DEPARTMENT OF CORRECTIONS
P.O. BOX 13600
TALLAHASSEE, FL 32317-3600

FULHAM COMPANY
P.O. BOX 845686
Los Angeles, CA 90084-5686

FUSECO INC (75600)
1865 Corporate Dr., Ste 210
Norcross, GA 30093-2927

Fairfield Inn and Suites
1355 Mall of Georgia Blvd.
Buford, GA 30519-6548

Fanlight Corporation, Inc.
c/o Simpson, Uchitel & Wilson, LLP
P.O. Box 550105
Atlanta, GA 30355-2605

Fiona Lin
75 BRIAR HILL RD
NORWICH, CT 06360-6440

Flo-control
80 Center Rd SE
Cartersville, GA 30121-2956

Ford Credit
PO Box 650574
Dallas, TX 75265-0574

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Kathleen G. Furr
Baker Donelson
3414 Peachtree Road, NE
Suite 1500, Monarch Plaza
Atlanta, GA 30326-1153

Fuses & The Spot
4432 E Bristol Rd
Feasterville Trevose, PA 19053-4758

GA CENTRAL ELECTRICAL
100 Commerce Drive
P.O. Box 723
Tyrone, GA 30290-0723

GEORGIA DEPT OF REV  (S&U Tax)
SALES AND USE TAX DIVISION
P. O. BOX 105296
Atlanta, GA 30348-5296

GEORGIA DUPLICATING PRODUCTS, INC. (Xerox)
P O BOX 3547
MACON, GA 31205-3547

GEORGIA POWER COMPANY (#79530)
96 ANNEX
ATLANTA, GA 30396-0001

GLOBAL INDUSTRIAL COMPANY
29833 Network Place
Chicago, IL 60673-1298

GREATER ATLANTA CHRISTIAN SCHOOL
1575 INDIAN TRAIL RD
NORCROSS, GA 30093-2614

GREEK ORTHODOX CATHEDRAL
2500 CLAIRMONT ROAD
ATTN: Victor Rodi - 678-478-8548
ATLANTA, GA 30329-2709

GREEN CREATIVE
PO Box 930495
Atlanta, GA 31193-0495

GREEN GLOW DOCK LIGHT
4604 49th St. North
Suite 122
Saint Petersburg, FL 33709-3842

Gatewood Schools
139 Phillips Dr.
Eatonton, GA 31024-1380

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Greg Mosely
5257 Highway 280 East
Pembroke, GA 31321-6711

Gregory Taylor
2000 Strathallan Woods Place
Innisfil, ON L9S 4T7

HALCO LIGHTING Technologies LLC
PO BOX 936822
ATLANTA, GA 31193-6822

HATCH TRANSFORMERS
7821 WOODLANDS CENTER BLVD
TAMPA, FL 33614-2410

HOLIDAY DIVISION (#65600)
ACTION LIGHTING
310 ICE POND DR
BOZEMAN, MT 59715-5464

HOLIDAY INN EXPRESS - CADILLAC
7642 SOUTH US. 131
CADILLAC, MI 49601

HONYA Lighting
Garden City NY 11530 United States
Garden City, NY 11530

HORMEL FOODS CORP
PO BOX 900
AUSTIN, MN 55912-0963

HOWARD INDUSTRIES
P. O. BOX 11407
BIRMINGHAM, AL 35246-1132

HUBBELL LIGHTING, INC.
DEPT CH 14175
PALATINE, IL 60055-0001

Halco Lighting Technologies, LLC
2940 Pacific Drive
Norcross, GA 30071-1808

Harry Ruffino
5109 W. Lemon St.
Tampa, FL 33609-1105

Hatch Transformers, Inc., d/b/a Hatch Lighti
c/o Simpson, Uchitel & Wilson, LLP
P.O BOX 550105
Atlanta, GA 30355-2605

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

Hays Financial Consulting LLC
2964 Peachtree Road NW
Suite 555
Atlanta, GA 30305-4909

Hep Group USA
12245 Florence Avenue
Santa Fe Springs, CA 90670-3805

INDUSTRIAL PKG CORP (75601)
PO BOX 740438
ATLANTA, GA 30374-0438

INFINITE ENERGY CENTER
ATT: Jan Mitchell - 678-620-4151
6400 SUGARLOAF PARKWAY
DULUTH, GA 30097-7419

INTERLIGHT
7939 NEW JERSEY AVENUE
HAMMOND, IN 46323-3040

INTERMATIC
P.O.BOX 71596
CHICAGO, IL 60694-1596


INTERSTATE ALL BATTERIES WH
PO BOX 1909
SUWANEE, GA 30024-0974

IRON MOUNTAIN
P O BOX 915004
DALLAS, TX 75391-5004

ITV ASSOCIATES, INC.
1845 SOUTH LEE COURT
BUFORD, GA 30518-8811


Ignite Industrial Consignment
Attn: Jeff Heilman
568 George Bishop Pkwy
Myrtle Beach, SC 29579-7339

Ilhom Islomov
1985 E 15TH ST APT D4
BROOKLYN, NY 11229-3343

Imaging Center
22647 Ventura Blvd.
Ste. 661
Woodland Hills, CA 91364-1416


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110-2012

J.D. INTERNATIONAL
P. O. BOX 668755
POMPANO BEACH, FL 33066-8755


J.D. International Lighting, Inc.
C/O Hays Potter & Martin, LLP
3945 Holcomb Bridge Road Suit 300
Peachtree Corners GA 30092-5200

JASON MARTON
471 Copano Ridge Rd
Rockport, TX 78382-9635

JL LIGHTING, LLC
10475 Medlock Bridge Road
Suite 820
Johns Creek GA 30097-4437


JL Lighting
4505 Peachtree Industrial Blvd
STE D
Berkeley Lake, GA 30092-4917

JR Metzger
3101 Concord ROAD
Aston PA, PA 19014-2948

Jack Eiseman
466 MILL COVE DR
Dahlonega, GA 30533-6650


Brian J. Jackiw
233 South Wacker
Suite 6950
Chicago, IL 60606-6395

Jackpot Junction Casino Hotel
PO Box 420
Morton, MN 56270-0420

James E. O'Brien
14 DAY ST
BLOOMFIELD, NJ 07003-4410


James Eifler
2800 N Flagler D
West Palm Beach, FL 33407-5228

James M Sharp
53 ALPINE GEM LN
TROUT CREEK, MT 59874-9410

Jan Schwartz
0175N 450 East
Bluffton, IN 46714


Jennifer W Gordona DDS LLC
105 East Ohio avenue
Mount Vernon, OH 43050-3528

Jermaine Williams
2 Tibbits Ave
White Plains, NY 10606-2313

Jessica Mendoza
c/o Aaron Clark, Gamble Clark LLP
869 Virginia Cir NE
Atlanta, GA 30306-3768


Jiawei Technology (USA) Limited
29470 Union City Blvd.
Union City, CA 94587-1239

Joe De leon
1210 north Richmond Road
Bay #5
Wharton, TX 77488-3014

James C. Joedecke Jr.
Andersen, Tate & Carr, PC
One Sugarloaf Centre - Suite 4000
1960 Satellite Blvd.
Duluth, GA 30097-4122

John Jimenez DDS
4831 SOQUEL DR
SOQUEL, CA 95073-2428

John Keating
6122 36TH AVE NW
SEATTLE, WA 98107-2626

John T Carter
PO BOX 772
Selma, AL 36702-0772

KC ELECTRONIC DISTRIBUTORS
186 NORTH BELLE MEAD ROAD
East Setauket, NY 11733-3455

KENDALL ELECTRIC, INC (ALL 42)
5101 S. SPRINKLE ROAD
PORTAGE, MI 49002-2055

KEYSTONE TECHNOLOGIES
PO BOX 69159
Baltimore, MD 21264-9159

Keystone Technologies, LLC
3530 Smoke Rise
Lawrenceville GA 30044-4805

LADE ELECTRICAL SUPPLY(#65600)
US ELECTRICAL SERVICES, INC, ATTN: LBS
PO BOX 101569
ATLANTA, GA 30392-1569

LEDVANCE LLC *429484*
PO BOX 5163
Carol Stream, IL 60197-5163

LIGHT EFFICIENT DESIGN
188 NORTHWEST HWY
SUITE 301
CARY, IL 60013-2987

LIGHTING ASSOCIATES
3600 SWIFTWATER PARK DRIVE
SUWANEE, GA 30024-2188

LITETRONICS (#65600)
6969 West 73rd Street
BEDFORD PARK, IL 60638-6025

LOWE ELECTRIC SUPPLY COMPANY
ATTN: ACCOUNTS PAYABLE
P O BOX 4767
MACON, GA 31208-4767

LUMIRAM (#65600)
707 Executive Blvd. 1A
Valley Cottage, NY 10989-2028

LUTRON ELECTRONICS (NO DROPSHIP)
P O BOX 643782
PITTSBURGH, PA 15264-3782

Matthew W. Levin
Scroggins & Williamson P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327-3065

Ronald A. Levine
Levine & Block, LLC
P.O. Box 422148
Atlanta, GA 30342-9148

Lewis Milner
19711 Edgecliff Drive
Euclid, OH 44119-1017

Lighting Supply (formerly LIGHT BULB DISTRIB
L-4058
Columbus, OH 43260-4058

M. Kyle Floyd
Stenger & Stenger
2618 East Paris Ave, SE
Grand Rapids, MI 49546-2458

MAINTENANCE SUPPLY
ATTN: ACCOUNTS PAYABLE
6910 Brasada Dr.
Houston, TX 77085-1530

MAJOR SUPPLY INTERNATIONAL
3562 Habersham at Northlake, Bld J
Suite 200
Tucker, GA  30084

MAJOR SUPPLY INTERNATIONAL
5400 NW 35TH Terrace
SUITE 104
Ft. Lauderdale, FL 33309-6321

MARKET GROUP VENTURES (#65600)
P.O. BOX 40
SHAWNIGAN LAKE, BC VOR 2WO

MARTIN SPROCKET & GEAR, INC.
ATTN: ACCOUNTS PAYABLE
P.O. BOX 886
SCOTTDALE, GA 30079-0886

MAXLITE/SK AMERICA
PO BOX 844825
BOSTON, MA 02284-4825

METROPOWER INC
ATTN:  ACCOUNTS PAYABLE
PO BOX 5228
ALBANY, GA 31706-5228

MICROLAMP
2954 N. W. 60TH STREET
FT LAUDERDALE, FL 33309-1735

MID-GEORGIA INDUSTRIAL SALES,INC.
P.O. BOX 6175
MACON, GA 31208-6175

MILLER OEM SUPPLIES (#65600)
3612 N. 16TH STREET
PHOENIX, AZ 85016-6422

MILWAUKEE LIGHT BULB
P.O. BOX 125
OAK CREEK, WI 53154-0125

MORRIS PRODUCTS, INC
53 CAREY ROAD
QUEENSBURY, NY 12804-7880

MULTI LITE USA (#65600)
172 W. Providencia, Unit 101
Burbank, CA 91502-2141


Mark Allen
3640 Pallos Verdas Dr.
Dallas, TX 75229-2625

Max Bodden
106 Bowsprit Drive
North Palm Beach, FL 33408-5051

Maxair Mechanical LLC
3435 Breckinridge Blvd
Ste 120
Duluth, GA 30096-7674


McGahren Law Firm, LLC
6171 Crooked Creek Road
Peachtree Corners, GA 30092-3105

Frank F. McGinn
Hackett Feinberg P.C.
9th Floor
155 Federal Street
Boston, MA 02110-1610

Scott B. McMahan
Poole Huffman, LLC
Building J, Suite 200
3562 Habersham at Northlake
Tucker, GA 30084-4010


McNeely Electric, Inc.
8201 Alcorn Circle
Austin, TX 78748-5415

MedCura Medical Center
5582 Memorial Dr.
Lithonia, GA 30032

Merchant Services
PO Box 6010
Hagerstown, MD 21741-6010


Michael Fannin
46 Gema
San Clemente, CA 92672-9494

Michael T. Rafi
Rafi Law Firm LLC
1776 Peachtree St NW, Ste 423-South
Atlanta, GA 30309-2302

Michel Moos
946 NORTH AVE NE
ATLANTA, GA 30306-4456


Modern Forms
23550 Network Place
Chicago, IL 60673-1235

Monty Benham
10611 Garden Grove Ave
Northridge, CA 91326-3211

Murphy Lomon & Associates
2860 River Rd, Ste 2000
Des Plaines, IL 60018-6007


NBT Bank
120 North Keyser Ave
Scranton, PA 18504-9701

NICOR, INC
2200 MIDTOWN PL NE
STE A
ALBUQUERQUE, NM 87107-3217

NORCROSS ELECTRIC SUPPLY
4190 Capital View Dr
Suwanee, GA 30024-3979


NORMAN LAMPS
P.O. BOX 3550
ST CHARLES, IL 60174-9090

NORTH DECATUR PRESBYTERIAN CHURCH
611 MEDLOCK RD
DECATUR, GA 30033-5599

NORTHROP GRUMMAN
1201 CONTINENTAL BLVD
CHARLOTTE, NC 28273-6320


NORTHWEST MUTUAL FINANCIAL NETWORK
ATTN: AUBREY VAUGH
3438 PEACHTREE RD SUITE 1200
ATLANTA, GA 30326-1555

NSI Industries
9730 Northcross Center Ct
Huntersville, NC 28078-7301

NULIGHT CONSULTING
PO Box 3406
Loganville, GA 30052-1976


Naitram Gopaul
407 Keys Ferry Rd
McDonough, GA 30252-6161

Nick Bohacz
27 JUNIPER DR
RICHBORO, PA 18954-1625

Noah Scher
559 Jacobs Place
Carbondale, CO 81623-2198

Northwest Exterminating
830 Kennesaw Ave
Marietta, GA 30060-1006

OFFICE DEPOT
PO BOX 88040
CHICAGO, IL 60680-1040

ON HOLD MEDIA GROUP
3001 DALLAS PARKWAY
SUITE 220
FRISCO, TX 75034-8672


OSRAM SYLVANIA INC
PO BOX 2114
CAROL STREAM, IL 60132-2114

OTTLITE TECHNOLOGIES
1715 N. WESTSHORE BLVD
TAMPA, FL 33607-3920

OXEM LLC
368 Chateauguay Dr
Ellenwood, GA 30294-2957


Ocean Glass Inn
37299 Rehoboth Avenue
Rehoboth Beach, DE 19971-3238

Old World Industries, LLC
P.O. BOX 204549
DALLAS, TX 75320-4549

Oracle America, Inc.
Buchalter, a Professional Corporation
c/o Shawn M. Christianson, Esq.
425 Market St., Suite 2900
San Francisco, CA 94105-2491


Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693-0001

Oracle America, Inc.
c/o Shawn M. Christianson, Esq.
Buchalter PC
425 Market St., Suite 2900
San Francisco, CA 94105-2491

Orbit Industries, Inc.
2100 South Figueroa Street
Los Angeles, CA 90007-2047


Orchid Cove at Palm Harbor
2600 Highlands Blvd N
Palm Harbor, FL 34684-2114

Oxem, LLC
2413 Eastwood Village Dr.
Stockbridge, GA 30281-7733

PHILIPS (FIXTURES) Luminairies (Sesco)
P.O. Box 100194
Atlanta, GA 30384-0194


PHILIPS EMERGENCY LIGHTING (#A000881)
P.O. BOX 100282
ATLANTA, GA 30384-0282

PITNEY BOWES GLOBAL
PO BOX 371887
PITTSBURGH, PA 15250-7887

POINTS ELECTRICAL
5500 Oakbrook Pkwy ste 210
NORCROSS, GA 30093-2788


POWERSELECT INC
15602 COMMERCE LANE
HUNTINGTON BEACH, CA 92649-1604

PPG AEROSPACE
6022 Corporate Way
Indianapolis, IN 46278-2923

PQL (#656.00)
2285 WARD AVENUE
SIMI VALLEY, CA 93065-1863


Peggy O'Halloran
6598 Springpath Lane
San Jose, CA 95120-4549

Philips (LAMPS) Lighting
P.O. Box 100194
Atlanta, GA 30384-0194

Philips Lighting Electronics (ADVANCE)
P.O. Box 100194
ATLANTA, GA 30384-0194


Photometric Design
1066 CHARTLEY DR SW
LILBURN, GA 30047-5278

Leslie M. Pineyro
Jones and Walden, LLC
699 Piedmont Avenue NE
Atlanta, GA 30308-1400

Todd J Poole
3562 Habersham at Northlake
Building J, Ste 200
Tucker, GA 30084-4010


Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

Pro Source Industrial, LLC
DBA. Mechanical Services
3806 Calhoun Ave
Chattanooga, TN 37407-2531

Quality Industries, Inc.
1595 Ocean Ave
Unit B1
Bohemia, NY 11716-1948

Quest Diagnostics.com
1 Malcolm Ave.
Teterboro, NJ 07608-1070

QuikTrip Floatcenter (#5)
PO Box 4337
Carol Stream, IL 60197-4337

R&L Carriers
PO Box 10020
Port William, OH 45164-2000

REECE SUPPLY CO OF GA (#65600)
5755 OAKBROOK PARKWAY
NORCROSS, GA 30093-1836

RELIANT REAL ESTATE MANAGEMENT
15600 Old 41 Rd
Naples, FL 34110-8420

RF Smart (ICS, Inc)
PO Box 638345
Cincinnati, OH 45263-8345

RIZE ENTERPRISES
PO BOX 1311
BRENTWOOD, NY 11717-0688

RKB Maintenance Solutions
350 Motor Parkway
Suite 412
Hauppauge, NY 11788-5125

ROBERT N JONES MD
217 FAIRWAY DRIVE
NEW ORLEANS, LA 70124-1018

ROBERT TAITZ
3860 Falls Landing Drive
Johns Creek, GA 30022-8097

RONALD CARPENTER
6 COLLEGE HILL RD
CANAAN, CT 06018-2313

RST VISIONS IN COLOR
8655 Tamarack Ave
Sun Valley, CA 91352-2505

RUSSELL LACEY
P. O. BOX 575
BOAZ, AL 35957-0575

Rameshwar Deokaran
555 E 90TH ST
NEW YORK, NY 10128-7803

Restaurant Technologies
2250 Pilot Knob Road
Ste 100
Mendota Heights, MN 55120-1127

Robert Beaulieu
349 Black Brook Road
Goffstown, NH 03045-2931

Robin Hopper
PO Box 670549
Chugiak, AK 99567-0549

Michael D. Robl
Robl Law Group LLC
Suite 250
3754 LaVista Road
Tucker, GA 30084-5623

Rolando Martinez
4307 9th St.
Rockford, IL 61109-3017

Ron Conti
905 Harvest Lane
Indiana, PA 15701-9738

Ronald Thon
1010 May Lane
Yankton, SD 57078-6313

SATCO PRODUCTS
900 N.W. 159TH DRIVE
MIAMI, FL 33169-5804

SCANA ENERGY
PO BOX 100157
COLUMBIA, SC 29202-3157

SEBCO INDUSTRIES
2621 S. Main Street
SANTA ANA, CA 92707-3432

SENGLED
155 Bluegrass Valley Pkwy
Suite 200
Alpharetta, GA 30005-2222

SILVERTON FIRST AID SQUAD
86 MAINE STREET
Toms River, NJ 08753-1780

SITLER'S SUPPLIES (#65600)
111 WEST VIEW DRIVE
WASHINGTON, IA 52353-2946

SOUTHERN EQUIPMENT SALES
ATTN: ACCOUNTS PAYABLE
1896 FORGE STREET
TUCKER, GA 30084-6628

SOUTHLAND ELECTRIC, INC
ATT: SCOTT NELSON
2239 DILLARD STREET
TUCKER, GA 30084-4824

STANDARD ENTERPRISES
DBA  WATT-MAN LED LIGHTING
P.O. BOX 1345
DECATUR, GA 30031-1345

STAPLES ADVANTAGE
DEPT ATL
P O BOX 405386
ATLANTA, GA 30384-5386

STEPHEN MULLADY
1100 CUMBERLAND RD
Chattanooga, TN 37419-1006

SUNSHINE LIGHTING
744 CLINTON STREET
BROOKLYN, NY 11231-2101


SUPER H MART DISTRIBUTION
2550 Pleasant Hill Rd
STE 300
Duluth, GA 30096-9250

SYNOVOS
16888 STATE ROUTE 706
MONTROSE, PA 18801-6616

Sajjadian Medical Corp.
496 Old Newport Blvd
Suite 3
Newport Beach, CA 92663-4264


Santosh Iyer
28 LEWISTON CIR
LANCASTER, PA 17601-4822

Sarah Markowitz
328 North Main St
Minoa, NY 13116-1214

Scott Long
8321 SNOWDEN OAKS PL
LAUREL, MD 20708-2315


Semperlite
141 Cassia Way
Suite A, Room 100
Henderson, NV 89014-6650

Henry F. Sewell Jr.
Law Offices of Henry F. Sewell, Jr., LLC
Suite 555
2964 Peachtree Road, NW
Atlanta, GA 30305-4909

Sharon A. Colado
628 DAVID ST
LAKE IN THE HILLS, IL 60156-5205


Signify North America Corporation
c/o Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery AL 36102-2189

Small Business Administration
Disaster Assistance Processing Ctr
14925 Kingsport Road
Fort Worth, TX 76155-2243

Small Business Administration
c/o CSC
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Sound Services-RH Nolte
Po Box 18
Bylas, AZ 85530-0018

Sparkles Smyrna
666 Smyrna Hill Dr
Smyrna, GA 30082-2836

Spot Lighting
PO Box 20860
Long Beach, CA 90801-3860


Staples Busienss Credit
PO Box 105638
Atlanta, GA 30348-5638

Stephen P. Fuler
Fuller Sloan, LLC
10475 Medlock Bridge Rd, Ste 820
Johns Creek GA 30097-4437

Steven weiher
S76W13722 MCSHANE DR
MUSKEGO, WI 53150-3931


Sun Court Partners, L.P.
c/o Hartman Simons & Wood LLP
Attn:  Todd H. Surden, Esq.
400 Interstate N Pkwy SE, #600
Atlanta, GA 30339-5001

Todd H. Surden
Hartman Simons & Wood
400 Interstate North Parkway SE
Suite 600
Atlanta, GA 30339-5001

TADD LLC
188 S Northwest Highway
Cary, IL 60013-2998


TADD LLC dba Light Efficient Design
188 S NORTHWEST HIGHWAY
CARY, IL 60013-2987

TBF Computing
1090 Cobb Industrial Dr
Marietta, GA 30066-6622

TECHNICAL CONSUMER PRODUCTS
3691 SOLUTIONS CENTER
CHICAGO, IL 60677-3006


TECHNO USA LLC
1580 Boggs Road
Suite 500
Duluth, GA 30096-1288

THE HARTFORD (#75850)
P.O. BOX 660916
DALLAS, TX 75266-0916

THHC LIGHTING
1411 North Batavia Street, Suite 212
Orange, CA 92867-3526

TOPAZ LIGHTING (65600)
PO Box 7247, Mail Code 7333
Philadelphia, PA 19170-0001

TOPSTAR INTERNATIONAL
13668 VALLEY BLVD
SUITE D-2
CITY INDUSTRY, CA 91746-2572

TOPSTAR INTERNATIONAL
291 Kettering Drive
Ontario, CA 91761-8132


TRC Electroncis
4171 Stony Lane
Doylestown, PA 18902-1160

Taniel m Cameron
9 York circle
Bluffton, SC 29909-3117

The Retirement Advantage
47 Park Place
Suite 850
Appleton, WI 54914-8233


Todd McAreavey
2605 Fieldstone Trl
Ponca City, OK 74604-1612

Tony Celli
28 E. Spring st
cookeville, TN 38501

Jason M Torf
Tucker Ellis LLP
Suite 6950
233 S. Wacker Dr.
Chicago, IL 60606-9997


Jason M. Torf
Ice Miller LLP
200 W. Madison Street
Suite 3500
Chicago, IL 60606-3417

Trent Weaver
2204 Chestnut Road
Birmingham, AL 35216-1510

Tuyen Nguyen
23 Susan Drive
Pelham, NH 03076-3571


Tyler Dillard
1960 Satellite Blvd, Ste 4000
Duluth, GA 30097-4128

Tyler MacGeorge
1031 Miller Dr.
Altamonte Springs, FL 32701-2067

U.S. Small Business Administration
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534


UNITED PARCEL SERVICE (#65702)
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UNIVERSAL LIGHTING (MAGNETEK)
PO BOX 5510
CAROL STREAM, IL 60197-5510

US BANK EQUIPMENT FINANCE
P O BOX 790448
ST LOUIS, MO 63179-0448


USHIO AMERICA
6045 SOLUTION CENTER
CHICAGO, IL 60677-6000

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315


Verizon Connect Fleet USA LLC
PO Box 15043
Albany, NY 12212-5043

Versapay
548 Market Street, #43812
San Francisco, CA 94104-5401

Verum Analytics Industries
18916 Bonanza Way
Gaithersburg, MD 20879-1512


WAGES & SONS
ATTN: HANK WAGES
P.O. BOX 605
STONE MOUNTAIN, GA 30086-0605

WESTINGHOUSE LIGHTING (ANGELO)
P. O. BOX 780984
Philadelphia, PA 19178-0984

WORLDWIDE SPECIALTY
6759 OAK RIDGE COMMERCE WY
AUSTELL, GA 30168-5891


WORLDWIDE SPECIALTY LAMP, LLC
6065 ROSWELL ROAD SUITE 540
ATLANTA GA 30328-4038

WageWorks, Inc. (take care)
1100 Park Place, 4th floor
San Mateo, CA 94403-1599

WellMax Center for Preventive Medicine
45200 Club Dr
Suite B
Indian Wells, CA 92210-8837

```
Western Securities                Wildwood Services LLC               J. Robert Williamson
2626 Howell St.                   2242 Otter Creeek Ln                Scroggins & Williamson, P.C.
Suite 850                         Sarasota, FL 34240-8592             One Riverside, Suite 450
Dallas, TX 75204-4064                                                 4401 Northside Parkway
                                                                      Atlanta, GA 30327-3065


Winfred Wiencke                   Wiredup Electric Inc.               Worldwide Specialty Lamp, LLC
2133 Newport Place NW             14723 Weeks Dr.                     c/o Bryan Kaplan, Esq.
Washington, DC 20037-3002         La Mirada, CA 90638-1056            6065 Roswell Road, Suite 540
                                                                      Atlanta, GA 30328
                                                                      Atlanta, GA 30328-4038


XTRA LITE LIGHTING                Kristen A. Yadlosky                 ZLED Lighting
6300 ST LOUIS STREET              Hartman Simons & Wood               1536 Kings Highway North
MERIDIAN, MS 39307-9560           400 Interstate North Parkway SE     Cherry Hill, NJ 08034-2313
                                  Suite 600
                                  Atlanta, GA 30339-5001


chirag patel                      john crosby                        ricky mcintyre
628 U.S. 250                      534 white pelican                  310 South Lake Avenue
Norwalk, OH 44857-9214            vero beach, FL 32963-9561           Ridgeland, MS 39157-7003


scott palmi                       shaun kennedy                      van der Veen, Hartshorn & Levin
106 Cemetery Road                 2070 kalakaua ave                  1219 Spruce St.
Putney, VT 05346-8740             Honolulu, HI 96815-2048            Philadelphia, PA 19107-5607


vonee pawlowski
PO Box 872
Hiawassee, GA 30546-0872
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card Services               Shawn M. Christianson              Ford Motor Credit Company LLC
P.O. BOX 1423                     Buchalter PC                       PO Box 62180
Charlotte, NC 28201-1423          Suite 2900                         Colorado Springs, CO 80962-2180
                                  425 Market St.
                                  San Francisco, CA 94105


(d)Ford Motor Credit Company, LLC  Georgia Department of Revenue
Drawer 55-953                     Bankruptcy Section
P.O. Box 55000                    1800 Century Blvd NE Ste 9100
Detroit, MI 48255-0953            Atlanta, GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Ultraviolet Company
212 S Mt Zion Rd
Lebanon, IN 46052-9479

(u)BREIT Stone Mountain Owner, LLC

(d)Bluegrass Irrigation & Lighting
4855 Hills & Dales Road NW
Canton, OH 44708-1403

(u)Ford Motor Credit Company, LLC A Delaware

(d)Hays Financial Consulting LLC
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305-4909

(u)Major Supply, Inc.

(d)Norcross Electric Supply Company
4190 Capital View Drive
Suwanee, GA 30024-3979

(u)PRINCIPAL HANDY SOLUTIONS

(u)Jesse Root

(u)Sun Court Partners, LP

(u)TRUE VISION SYSTEMS

(u)Tandem Bank

(u)The Official Committee of Unsecured Credit

(u)Z&R LIGHTING

End of Label Matrix
Mailable recipients   405
Bypassed recipients    14
Total                 419