UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ATLANTA LIGHT BULBS. INC, | : | CASE NO. 22-52950-PMB |
| | : | |
| _____Debtor._____ | : | JUDGE BAISIER |

**NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, S. Gregory Hays, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the following described property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to the estate of the Debtor.

> **All records, electronic documents and data and backup data of the Debtor maintained by and in the possession of Oracle America, Inc., including, but not limited to electronic data and information stored by Oracle pursuant to pre-petition license and related agreements including but not limited to electronic data and information stored pursuant to that certain NetSuite Subscription Services Agreement and related Estimates**

**PLEASE TAKE FURTHER NOTICE** that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice.  If no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court.  If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and the Debtor.

This 7th day of December, 2022.

*/s/ S. Gregory Hays, Trustee*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060